UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| J.F. NUT COMPANY, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § § | CAUSE NO. 1:17-CV-405-SS |
| SAN SABA PECAN EXPORTS CORPORATION and SAN SABA PECAN, LP, | § § § § | |
| *Defendants*. | § § | |

**NOTICE OF FILING OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT
ON SAN SABA PECAN EXPORTS CORPORATION**

TO THE HONORABLE JUDGE SAM SPARKS:

Notice is hereby given that Plaintiff J.G. Nut Company has served the Summons and Complaint [Docs. 1, 2 pp.3-4] in the above-captioned action on Defendant San Saba Pecan Exports Corporation, as evidenced by the Proof of Service of Summons and Complaint attached hereto, which is being filed with the Court.

Dated:  May 19, 2017

Respectfully submitted,

**Espinoza Law Firm, PLLC**
2211 Danbury Street
San Antonio, TX 78217
210.229.1300 t
210.229.1302 f
www.espinozafirm.com


___/s/ Javier Espinoza___
**JAVIER ESPINOZA**
Texas Bar No. 24036534
javier@espinozafirm.com
**MICHAEL D. TUTTLE**
michael@espinozafirm.com
Texas Bar No. 24037620

*Lead Counsel for Plaintiff*

And

Manuel Alejandro Pelaez-Prada
Texas Bar No. 24027599
mpp@lonestaradr.com
Pelaez Prada, PLLC
22211 IH-10 West, #1206
San Antonio, Texas 78257
210.361.0070 t

*Counsel for Plaintiff*

.