UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| J.F. NUT COMPANY, S.A. De C.V., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CAUSE NO. 1:17-CV-405-SS |
| | § | |
| SAN SABA PECAN EXPORTS | § | |
| CORPORATION and SAN SABA | § | |
| PECAN, LP, | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW J.F. NUT COMPANY, S.A. De C.V., Plaintiff in the above entitled suit (hereinafter referred to as "Plaintiff"), complaining of Defendants SAN SABA PECAN EXPORTS CORPORATION and SAN SABA PECAN, LP (hereinafter jointly referred to as "Defendants"), Defendants in the above entitled suit, and would show the court the following:

### SUMMARY

1.      Plaintiff is filing the following causes of action, jointly and alternately, against Defendants SAN SABA PECAN EXPORTS CORPORATION and SAN SABA PECAN, LP: (1) a breach of contract action pursuant to Texas common law; (2) an action for the price pursuant to Section 2.709 of the Texas Business and Commerce Code; (3) a quantum meruit claim pursuant to Texas common law; (4) a suit on sworn account pursuant to the Texas R. Civ. P. 185; (5) an unjust enrichment claim pursuant to Texas common law; and (6) a fraud cause of action pursuant to Texas common law against Defendant SAN SABA PECAN EXPORTS CORPORATION and Defendant SAN SABA PECAN, LP.

### JURISDICTION AND VENUE

2.      This Court has diversity jurisdiction over this claim pursuant to 28 U.S.C. § 1332 (a)(1) because Plaintiff is a corporation which is headquartered in Mexico and whose principle place of business is in Mexico, and Defendants SAN SABA PECAN EXPORTS CORPORATION and SAN SABA

PECAN, LP are corporations whose principle place of business is in Texas. Further, the matters in controversy exceed the sum or value of $75,000, exclusive of interest and costs.

3.      In addition, pursuant to Federal Rule of Civil Procedure 4(k)(1)(a), this Court has personal jurisdiction over Defendants SAN SABA PECAN EXPORTS CORPORATION and SAN SABA PECAN, LP because Plaintiff's claims and causes of action against both Defendants arise out of both Defendants' contacts with Texas.

4.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this judicial district.

### PARTIES

5.      Plaintiff J.F. NUT COMPANY, S.A. de C.V. is a business headquartered, and maintaining its principle place of business, in Mexico at all times relevant to this suit.

6.      Defendant SAN SABA PECAN EXPORTS CORPORATION is a Texas Corporation that has made an appearance through counsel.

7.      Defendant SAN SABA PECAN, LP is a Texas Limited Partnership that has made an appearance through counsel.

### STATEMENT OF FACTS

8.      The aforementioned causes of action arise out of various sales of pecans by Plaintiff to Defendants. Plaintiff is a company based out of Chihuahua, Mexico, that sells nuts to other wholesalers and distributors. Defendants resell pecans and are based out of San Saba, Texas.

9.      On or about December of 2015, Plaintiff and Defendants began negotiating for Plaintiff to sell to Defendants pecans of different varieties. Jorge Flores was the authorized representative of Plaintiff. Don Lindquist and his assistant, Pamela Mann, were the authorized representatives of Defendants. Flores and Lindquist communicated via text message regarding the potential transactions. The parties ultimately entered into an arrangement whereby Plaintiff would ship pecans to Defendants and, upon the pecans passing minimum standards, Defendants would pay Plaintiff the agreed price.

10.     On December 10, 2017, Plaintiff provided Defendants with its bank information for making

payments.  The address information provided by Plaintiff to Defendants was:

> Calle Gonzalez Ortega #1207.
> Cd. Camargo, Chih.
> C.P. 33700

The banking information for payment via wire transfer was also provided (which is redacted for privacy reasons):

> Sucursal:  XXX7
> Cuenta:  XXXXX59
> Clabe interbancaria:  XXXXXXXXXXXXXXX94
> Codigo Swift:  XXXXXXXM
> Banco: Banamex, Direccion: Comonfort#406, Colonia Centro, Camargo, Chih., C.P. 33700.

It is important to note that both Plaintiff and its bank were located in the same city.

11.     From approximately December of 2015 until approximately early February of 2016, the above

arrangement continued without issue.  Defendants would send Plaintiff a purchase order.  Plaintiff

would fill the order, ship the pecans, and upon meeting specifications, Defendants would pay Plaintiff

the price as agreed.  Payment was made by wire per the agreement.  During this period, Plaintiff and

Defendants maintained regular contact via e-mail and text message regarding orders, prices, the status

of deliveries, minimum standards testing results, and payment status.

12.     On or about the middle of February 2016, upon information and belief, an unknown third

party (the "imposter") hacked into Plaintiff's primary business email account.  On February 16, 2017,

the imposter sent Defendants an e-mail requesting that payment for goods be wired to a new bank

account to a different beneficiary unrelated and unknown to Plaintiff.

13.     The imposter's new wire instructions differed in every respect from the wiring instructions

agreed upon by Plaintiff and Defendants on December 10, 2017.  The new instructions changed the

payee, account number, address, swift code, and bank.

14.     Without making any attempt to confirm the information provided by the imposter, and

contrary to the parties' agreement and prior business dealings, Defendants paid the imposter per the

imposter's instructions.  Over the next couple of weeks, unknown to Plaintiff, Defendants continued

to pay the imposter all the sums owed to Plaintiff even though the imposter changed the wiring

instructions three times to beneficiaries with different addresses and banks that had no connection to Plaintiff and that should have arisen a suspicion in Defendant. At no point did Defendant take any steps to verify the identity of the imposter or to verify the authenticity of these payment instructions with Plaintiff.

15.     During this time, Plaintiff was continuing to fulfill Defendants' purchase orders. On February 17, 2017, Jorge Flores sent an email to Pamela Mann. The February 17, 2017 email between Flores and Mann was an inquiry into the status of payment on the product that had been shipped. That same day, Pamela Mann responded by stating payment was being made that day. Don confirmed this as well.

16.     On February 19, 2017, Flores again inquired with Don Lindquist as to the status of payment. Again, in that communication, Jorge Flores requests from Don Lindquist confirmation that certain deposits had been made per his previous communications with Pamela Mann. Mr. Lindquist represented that payment had, in fact, been made. Based on that representation, which was false at the time it was made, Plaintiff continued fulfilling Defendants' purchase orders. Also, Plaintiff did not take steps to suspend delivery or recall his product based on Mann's and Lindquists' false representations that Plaintiff had been paid.

17.     In the meantime, Defendants accepted delivery of Plaintiff's pecans and did not reject any of the loads. Consequently, Defendants incurred the obligation to make payment pursuant to the agreed upon terms and method of payment which had been provided on December 10, 2017. The fact that Defendants made payment to the imposter does not relieve it from liability to pay the Plaintiff.

18.     True and correct copies of the invoices from Plaintiff to Defendants evidencing the debt at issue are attached hereto as **Exhibit A** and have been provided to Defendants on previous occasions.

19.     Defendants have failed to make payment to Plaintiff on the delinquent amounts owed in the attached invoices. Defendants have failed to pay the agreed upon price after having accepted delivery of the pecans.

20.     Plaintiff has repeatedly informed Defendants of the deficiency in telephone conversations and in writing and requested that Defendants pay the outstanding debt. Despite Plaintiff's efforts, Defendants have failed to pay this price/outstanding amounts.  As of the filing of this complaint, the total amount delinquent, due, and owing to Plaintiff J.F. NUT COMPANY from Defendants is **$1,539,136.50**, exclusive of interest and attorney's fees.  The amount is based on the invoices contained in **Exhibit A** for invoices A1067, A1074, A1080, A1088, A1089, A1090, and A1094.  Based on information and belief, the amount paid to the unknown third party was $1,539,136.50.  Plaintiff J.F. NUT COMPNAY did not receive any direct or indirect benefit from the $1,539,136.50 that was wired negligently, fraudulently, wrongfully, and without authorization to the unknown third party.

21.     On multiple occasions, demand was made on Defendants for payment. Although Defendants received the benefit of the product, Defendants have refused and continue to refuse to pay the amounts due and owing under the invoices and agreement. As a result, Plaintiff was required to retain legal counsel to pursue its legal claims. All conditions precedent have been performed or occurred pursuant to Texas Rule of Civil Procedure 54.

22.     Plaintiff attaches hereto the affidavit of Jorge Flores, Managing Owner of J.F. NUT COMPANY, which verifies the above facts as stated therein, as **Exhibit B** and incorporates it by reference into this complaint.

### COMMON LAW BREACH OF CONTRACT BY DEFENDANTS

23.     Paragraphs 8 through 22 of this Complaint are incorporated as if set forth verbatim herein.

24.     Plaintiff J.F. NUT COMPANY, S.A. de C.V. entered into an agreement with Defendants SAN SABA PECAN EXPORTS CORPORATION and SAN SABA PECAN, LP to provide Defendants with pecans of various varieties in consideration for Defendants' agreement and promise to pay for all pecans received by them, upon the nuts meeting the minimum quality requirements.

25.     Plaintiff relied upon representations made by Defendants that Plaintiff would be paid in full for all the nuts that it sent Defendants. Under the terms of the agreement, Plaintiff would provide the nuts to Defendants. Defendant would test a portion of the nuts to ensure they met the agreed upon

minimum quality standards. Upon meeting the standards, Defendants would pay Plaintiff the full amount owing to the bank account information provided to Defendant by Plaintiff.

26.    Defendants have accepted all shipments of nuts sent to them by Plaintiff.

27.    Defendants have represented to Plaintiff that all shipments of nuts received and accepted by Defendants have met the agreed upon minimum quality standards.

28.    Defendants have failed to make full payment to Plaintiff for the goods they accepted from Plaintiff.

29.    Defendants have breached the contract with Plaintiff by negligently and recklessly paying a criminal third party the monies owed to Plaintiff without taking any reasonable steps to ascertain the authenticity of the new wiring instructions.

30.    As a result of Defendants' breach, Plaintiff sustained damages as described in further detail herein. The total amount delinquent, due, and owing to Plaintiff from Defendants is **$1,539,136.50,** plus all interest accrued to date and attorneys' fees.

31.    The total balance owed of **$1,539,136.50** as of the filing of this complaint, plus interest and attorney's fees, is true and just, due, unpaid, and all lawful and just offsets, payments, and credits have been allowed. Plaintiff makes a claim herein for all damages allowed by law for breach of contract.

32.    All conditions precedent to recovery by Plaintiff have been performed, have occurred, or alternatively have been waived.

### BREACH OF TEXAS BUSINESS AND COMMERCE CODE

33.    Paragraphs 8 through 32 of this Complaint are incorporated as if set forth verbatim herein.

34.    Plaintiff J.F. NUT COMPANY and Defendants SAN SABA PECAN EXPORTS CORPORATION and SAN SABA PECAN, LP were both merchants where Plaintiff agreed to sell goods—pecans--to Defendants. After delivery of the goods to Defendants and Defendants accepted the goods, the Defendants failed to pay the agreed upon price for the goods.

35.    Once Defendant accepted the goods, the agreed upon price was $1,539,136.50 as of the filing of this complaint, plus interest and attorney's fees. However, Defendants failed to pay Plaintiff for

the goods it accepted. Plaintiff has made demand for payment and seeks to enforce its rights against Defendants pursuant to Chapter 2 of the Texas Business and Commerce Code. Section 2.301 imposes an obligation on the buyer of goods to accept and pay in accordance with the agreement. Section 2.607 provides that the buyer—the Defendants—must pay at the agreed upon rate for any goods accepted. Plaintiff is making a claim for the price of the pecans under Section 2.709. The price that Defendants owe is **$1,539,136.50**.

## QUANTUM MERUIT

36.     Paragraphs 8 to 35 of this Complaint are incorporated herein as set forth verbatim herein.

37.      Alternatively, and without waiving the foregoing, Plaintiff asserts a claim against Defendants for Quantum Meruit. As set forth above, Plaintiff provided goods to Defendants, and these goods were accepted and retained by Defendants. Defendants have received the benefit of the goods and Plaintiff has not received the benefit of payment. Defendants had reasonable notice that Plaintiff expected compensation for these goods. *See* **Exhibits A and B.**

38.     As a result, Plaintiff sustained damages described herein and is entitled to recover from Defendants under its claim of Quantum Meruit. The total amount delinquent, due, and owing to Plaintiff from Defendants as of the filing of this complaint is **$1,539,136.50**, plus all interest accrued to date and attorney's fees.

## SUIT ON SWORN ACCOUNT

39.     Paragraphs 8 through 38 of this Complaint are incorporated herein as if set forth verbatim herein.

40.     Plaintiff provided the goods at issue to Defendants on an open account. Defendants accepted these materials, and became bound to pay Plaintiff's designated charges, which were usual, reasonable, and customary for such materials. The invoices attached hereto as **Exhibit A** to this Complaint represent Defendants' current account with Plaintiff and is a true and accurate representation of the outstanding invoices, the date of each of the invoices, and the amount of each of the invoices. The summary – along with the invoices – represents the record of the transactions Plaintiff J.F. NUT

COMPANY systematically keeps in the ordinary course of business. The total amount owed and delinquent under the account equals **$1,539,136.50**, plus interest, as of the filing of this complaint.

41.     The amounts of the invoices represent reasonable and customary charges for these types of materials. *See* **Exhibit B.**

42.     Defendants accepted these goods and agreed to pay the stated amounts when they received the equipment.

43.     Defendants have failed to make full payment to Plaintiff on the delinquent amounts owed in the invoices.

44.     The total balance on the account of **$1,539,136.50** as of the filing of this complaint is true and just, due, and all lawful and just offsets, payments, and credits have been allowed. The affidavit of Plaintiff J.F. NUT COMPANY's owner and managing member – Jorge Flores – verifies these facts as set forth therein. *See* **Exhibit B.**

45.     All conditions precedent to recovery by Plaintiff have been performed, have occurred, or alternatively have been waived.

## UNJUST ENRICHMENT

46.     Paragraphs 8 through 45 of this Complaint are incorporated herein as if set forth verbatim herein.

47.     Plaintiff has provided Defendants with goods which Defendants accepted and represented passed all the minimum quality standards agreed to by both parties. Defendants, though retaining the profit and benefits of the goods provided to them by Plaintiff, have not paid Plaintiff the amount owed to Plaintiff for said goods.

48.     As a result of the receipt and acceptance of the goods in question, Defendants have been unjustly enriched.  Defendants are accountable to Plaintiff for the benefit they have unjustly obtained at the expense of Plaintiff. Therefore, Defendants should be disgorged of the benefit and compensate Plaintiff for the value of the goods in question: **$1,539,136.50**, plus interest.

49.    All conditions precedent to recovery by Plaintiff have been performed, have occurred, or alternatively have been waived.

### COMMON LAW FRAUD

50.    Paragraphs 8 through 49 of this Complaint are incorporated herein as if set forth verbatim herein.

51.    Defendants recklessly represented to Plaintiff that all monies Plaintiff alleges are owed to it were paid to Plaintiff's account. This representation was false as the monies had, in fact, been paid to a criminal third party. Defendants reasonably should have known that such monies had not, in fact, been paid to Plaintiff.

52.    Plaintiff relied on these recklessly made false representations and continued to ship goods to Defendants. Further, Plaintiff relied upon Defendants' recklessly made false representations and did not investigate further into the matter.

53.    As a direct and proximate cause of Plaintiff's reliance on Defendants' representations, Plaintiff was damaged in the amount of **$1,539,136.50**, plus interest, as of the filing of this complaint.

54. All conditions precedent to recovery by Plaintiff have been performed, have occurred, or alternatively have been waived.

### ATTORNEYS' FEES

55.    Paragraphs 8 through 54 of this Complaint are incorporated herein as if set forth verbatim herein.

56.    Plaintiff would show the Court that the recovery of attorney's fees is authorized as provided under and according to the provisions of Section 38.001 of the Texas Civil Practice and Remedies Code, and Plaintiff further sues for reasonable attorney's fees, including fees for any appeal, insomuch as Plaintiff has been required to employ the undersigned attorneys to file suit and has agreed to pay them reasonable attorney's fees for their services. Demand has been presented to Defendants in accordance with the agreement of the parties and/or Section 38.001 of the Texas Civil Practice and Remedies Code.

## DAMAGES

57.     Paragraphs 8 through 54 of this Complaint are incorporated herein as if set forth verbatim herein.

58.     The principal balance due to Plaintiff J.F. NUT COMPANY, S.A. de C.V., as of the filing of this complaint from Defendants is **$1,539,136.50**, plus interest and attorney's fees, after allowing for all just and lawful offsets, payments, and credits. This amount represents Plaintiff's damages for suit on breach of contract, negligence, quantum meruit, sworn account, unjust enrichment, and fraud.

59.     Plaintiff is further entitled to attorney's fees and pre-judgment and post-judgment interest.

## JURY DEMAND

60.     Plaintiff respectfully requests a trial by jury of the issues in this case.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff requests that after trial, it have judgment against Defendants for all relief requested, for attorney's fees, for pre-judgment interest, post judgment interest, for costs of this suit, punitive damages and for such other and further relief, general and special, at law or in equity, to which Plaintiff may be justly entitled.

Respectfully Submitted,

**Espinoza Law Firm, PLLC**
2211 Danbury Street
San Antonio, TX 78217
210.229.1300 t
210.229.1302 f
www.espinozafirm.com


    /s/ *Javier Espinoza*
**JAVIER ESPINOZA**
Texas Bar No. 24036534
javier@espinozafirm.com
**MICHAEL D. TUTTLE**
michael@espinozafirm.com
Texas Bar No. 24037620

And

Manuel Alejandro Pelaez-Prada
Texas Bar No. 24027599
mpp@lonestaradr.com
Pelaez Prada, PLLC
22211 IH-10 West, #1206
San Antonio, Texas 78257
210.361.0070 t

### CERTIFICATE OF SERVICE

This document was filed electronically on July 14, 2017, and a copy of this document has been served on all counsel of record via the Court's Electronic Case Filing system.

J. Meghan Nylin
THOMPSON & KNIGHT LLP
1722 Routh St.) Suite 1500
Dallas, Texas 75201-2533

--and--

Joel M. Carson, III
Christopher A. Lauderman
CARSON RYAN LLC
Po Box 1612
Roswell, NM 88201

*Counsel for Defendants*

*/s/ Michael Dean Tuttle*
_____
Michael D. Tuttle

# Exhibit A

**Factura A1067**
Certificado Digital 00001000000202506214
Folio Fiscal 44c047c5-36b1-4919-99b5-19a147c3dde6

**J. F. NUT COMPANY SA DE CV**
R.F.C. JFN070227TI9
Regimen General de Ley Personas Morales
Ben Perez  No. 07
Cuatro Milpas  C.P. 33759  Camargo
Camargo, Chihuahua México
Tel. 6484625933
e-Mail: jfloresnuez@prodigy.net.mx
Lugar de expedición: Camargo Chihuahua

**Cliente:**

| | | | |
|---|---|---|---|
| Fecha de Emisión: | 02/02/2016 19:20:35 | R.F.C.: | XEXX010101000 |
| Nombre o Razón Social: | SAN SABA PECAN LP | | |
| Calle: | 2803 W WALLACE | Número: | |
| Código Postal: | 76877 | Municipio: | SAN SABA |
| Estado: | TEXAS | País: | ESTADOS UNIDOS DE NORTE AMERICA |
| No. de Orden: | | Forma de Pago: | Pago en una sola exhibición |
| Método de pago: | NO IDENTIFICADO | Número de cuenta: | |
| Moneda: | USD | Tipo de Cambio: | 18.1935 |

**Conceptos:**

| Clave | Cantidad | Unidad de Medida | Descripción | Precio Unidad | Importe |
|---|---|---|---|---|---|
| | 27900.00 | LIBRAS | NUEZ SIN CASCARA EN PEDAZO CHICO, EN 930 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 16 PALLETS | 5.40 | 150,660.00 |
| | 9000.00 | LIBRAS | NUEZ SIN CASCARA EN PEDAZO MEDIANO, EN 300 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 5 PALLETS | 5.40 | 48,600.00 |
| | 3600.00 | LIBRAS | NUEZ SIN CASCARA EN PEDAZO EXTRA GRANDE, EN 120 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 2 PALLETS | 5.40 | 19,440.00 |

| | |
|---|---|
| Subtotal : | 218,700.00 |
| Descuento : | 0.00 |
| **Total a pagar :** | **218,700.00** |

Importe con letra:  Doscientos dieciocho mil setecientos dólares 00/100

Observaciones:  TRANSPORTE: EXPRESS HALCHISA, PLACAS: 070C139, NUMERO ECONOMICO: T58744

**Información del Timbre Fiscal Digital**

| Certificado Digital SAT | Fecha de Certificación |
|---|---|
| 00001000000202693892 | 02/02/2016 19:20:35 |

**Cadena Original del Timbre**

||1.0|44c047c5-36b1-4919-99b5-19a147c3dde6|2016-02-02T19:20:35|g1MJOWIucgWgD3MVOoBqbQg65ytLh
rTQy0GykLye9Bw1wKsjWxZMGccrLs7vsHCPj4KN3E5iY7pk11/o0KSpPIyVVc1q8c3gUZUjE84PiOOoHpIdc7hcFFvXa
08p6p+NQaQzCRJKHfKPhTkVlkgkmIuNffB7jLCKb4ZX1ViYnBs=|00001000000202693892||

**Sello Digital del Emisor**

g1MJOWIucgWgD3MVOoBqbQg65ytLhrTQy0GykLye9Bw1wKsjWxZMGccrLs7vsHCPj4KN3E5iY7pk11/o0KSpPIyVVc1q
8c3gUZUjE84PiOOoHpIdc7hcFFvXa08p6p+NQaQzCRJKHfKPhTkVlkgkmIuNffB7jLCKb4ZX1ViYnBs=

**Sello Digital del SAT**

7VkzFreQ+aHwX5z1ptsu3lUSr4lDyLqEDA/3oyvPxtBTl2vqIMto3PcSv5oHfFNaVIU5pLLCbWpjCpPstkF7hWbwRf8w
wq6fgpuRbcJV3ecpPy9uUbdqqL4VuyIRRNYYQlyXOQUY/Tb9Zzd7yB/9WKM2IIRHMrh8HUTnOgeEzUc=



CRUZA POR: ZARAGOZA, SELLO: BB-465118, SCAC CODE: EXHS, CAAT: 0132



**Factura  A1074**
Certificado Digital 00001000000202506214
Folio Fiscal 084edffa-f9f6-42db-bd41-37b78fd23e15

**J. F. NUT COMPANY SA DE CV**
R.F.C. JFN070227719
Regimen General de Ley Personas Morales
Ben Perez  No. 07
Cuatro Milpas  C.P. 33759  Camargo
Camargo, Chihuahua México
Tel. 6484625933
e-Mail: jfloresnuez@prodigy.net.mx
Lugar de expedición: Camargo Chihuahua

| Cliente: | | | |
|---|---|---|---|
| Fecha de Emisión: | 08/02/2016 10:28:51 | R.F.C.: | XEXX010101000 |
| Nombre o Razón Social: | SAN SABA PECAN LP | | |
| Calle: | 2803 W WALLACE | Número: | |
| Código Postal: | 76877 | Municipio: | SAN SABA |
| Estado: | TEXAS | País: | ESTADOS UNIDOS DE NORTE AMERICA |
| No. de Orden: | | Forma de Pago: | Pago en una sola exhibición |
| Método de pago: | NO IDENTIFICADO | Número de cuenta: | |
| Moneda: | USD | Tipo de Cambio: | 18.3748 |

**Conceptos:**

| Clave | Cantidad | Unidad de Medida | Descripción | Precio Unidad | Importe |
|---|---|---|---|---|---|
| | 10800.00 | LIBRAS | NUEZ SIN CASCARA EN PEDAZO CHICO, EN 360 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 6 PALLETS | 5.40 | 58,320.00 |
| | 23400.00 | LIBRAS | NUEZ SIN CASCARA EN PEDAZO MEDIANO, EN 780 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 13 PALLETS | 5.40 | 126,360.00 |
| | 6300.00 | LIBRAS | NUEZ SIN CASCARA EN PEDAZO EXTRA GRANDE, EN 210 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 4 PALLETS | 5.40 | 34,020.00 |

|  | | |
|---|---|---|
| Subtotal : | | 218,700.00 |
| Descuento : | | 0.00 |
| **Total a pagar :** | | **218,700.00** |

| Importe con letra: | Doscientos dieciocho mil setecientos dólares 00/100 |
|---|---|
| Observaciones: | TRANSPORTE: TRANSPORTES HERMANOS BELTRAN, PLACAS: 294-UK-6, NUMERO ECONOMICO: 45 |

**Información del Timbre Fiscal Digital**

| | Certificado Digital SAT | Fecha de Certificación |
|---|---|---|
| | 00001000000202693892 | 08/02/2016 10:28:51 |

**Cadena Original del Timbre**

||1.0|084edffa-f9f6-42db-bd41-37b78fd23e15|2016-02-08T10:28:51|YGX+HOd4V7qj8iODN9U2wnc5+jBqkoGLmNV03AZYt6xTbzWs05o1cpHsXe40f0EyDOG+CLwj9B1HgIqJZ6YnoZY63bSat07eVSvDwuKfqgN+1rEJzmn8XgkIDs8rbrOubOxXbyX3MHLztZBe/VE22R35jc1tGKx1pet4Ksb4rhk=|00001000000202693892||

**Sello Digital del Emisor**

YGX+HOd4V7qj8iODN9U2wnc5+jBqkoGLmNV03AZYt6xTbzWs05o1cpHsXe40f0EyDOG+CLwj9B1HgIqJZ6YnoZY63bSat07eVSvDwuKfqgN+1rEJzmn8XgkIDs8rbrOubOxXbyX3MHLztZBe/VE22R35jc1tGKx1pet4Ksb4rhk=

**Sello Digital del SAT**

wFtx/m1twOhznC/4qT+k+fNb7bMkG0r2zuVdMXpL+3s32ymba/pMsiedtHCbSLu9yi5ZjmrzrDYNQkFzSpOXLycnL3iZ2UbN3LSTzxhoH63nbo9OyuEIqVG2gfa2I0xjm1YklkFuyjaYEpAglIYbZK54bNSBXxsptKvDdQQHkxw=



CRUZA POR: ZARAGOZA, SELLO: BB-455178, SCAC CODE: THBE, CAAT: 0584

Este documento es una representación impresa de un CFDI
Hoja 1 de 1

Factura  A1080
Certificado Digital 00001000000202506214
Folio Fiscal 01dabaef-6ddc-4a7e-bf7e-04a34f2c52b6

**J. F. NUT COMPANY SA DE CV**
R.F.C. JFN070227I9
Regimen General de Ley Personas Morales
Ben Perez  No. 07
Cuatro Milpas  C.P. 33759  Camargo
Camargo, Chihuahua México
Tel. 6484625933
e-Mail: jfloresnuez@prodigy.net.mx
Lugar de expedición: Camargo Chihuahua

| Cliente: | | | |
|---|---|---|---|
| Fecha de Emisión: | 10/02/2016 18:24:22 | R.F.C.: | XEXX010101000 |
| Nombre o Razón Social: | SAN SABA PECAN LP | | |
| Calle: | 2803 W WALLACE | Número: | |
| Código Postal: | 78877 | Municipio: | SAN SABA |
| Estado: | TEXAS | País: | ESTADOS UNIDOS DE NORTE AMERICA |
| No. de Orden: | | Forma de Pago: | Pago en una sola exhibición |
| Método de pago: | NO IDENTIFICADO | Número de cuenta: | |
| Moneda: | USD | Tipo de Cambio: | 18.7818 |

Conceptos:

| Clave | Cantidad | Unidad de Medida | Descripción | Precio Unidad | Importe |
|---|---|---|---|---|---|
| | 5400.00 | LIBRAS | NUEZ SIN CASCARA EN MITADES JUMBO, EN 180 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 3 PALLETS | 5.45 | 29,430.00 |
| | 6300.00 | LIBRAS | NUEZ SIN CASCARA EN MITADES JR. MAMMOTH, EN 210 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 4 PALLETS | 5.45 | 34,335.00 |
| | 28800.00 | LIBRAS | NUEZ SIN CASCARA EN MITADES MAMMOTH, EN 960 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 16 PALLETS | 5.45 | 156,960.00 |

|  | |
|---|---|
| Subtotal : | 220,725.00 |
| Descuento : | 0.00 |
| Total a pagar : | 220,725.00 |

Importe con letra:   Doscientos veinte mil setecientos veinticinco dólares 00/100

Observaciones:   TRANSPORTE: TRANSPORTES HERMANOS BELTRAN, PLACAS: 018-WE-2, NUMERO ECONOMICO: 20

**Información del Timbre Fiscal Digital**

| | Certificado Digital SAT | Fecha de Certificación |
|---|---|---|
| | 00001000000202693892 | 10/02/2016 18:24:22 |

**Cadena Original del Timbre**

||1.0|01dabaef-6ddc-4a7e-bf7e-04a34f2c52b6|2016-02-10T18:24:22|J0Cy/hWsQSugENf8CyxmOId2qMzOb+GPVRq0wQqkxq/nizL3ZyVZV8CrSozFLQlvkeG83spNfCRv+XQsF93Q7txNUyk6a314n5Y6dNDQjmgqFUr1JiHPoSq4BjpRD7bx+2A3t7j5DB11CbZWfj2YueZZ3395rJygiU3wmjpFWKc=|00001000000202693892||

**Sello Digital del Emisor**

J0Cy/hWsQSugENf8CyxmOId2qMzOb+GPVRq0wQqkxq/nizL3ZyVZV8CrSozFLQlvkeG83spNfCRv+XQsF93Q7txNUyk6
a314n5Y6dNDQjmgqFUr1JiHPoSq4BjpRD7bx+2A3t7j5DB11CbZWfj2YueZZ3395rJygiU3wmjpFWKc=

**Sello Digital del SAT**

fAZV7qKMfk1eN6CEIbPO1TvoPqnt8NYBcgx57OaQWMvM4U83S0A/MRYildBmvcZFjhLHLCNOJpvjLn9u8bUq5OF1R11m
1dVKKVjnHU36TxCN40FZc+qrCY0U7aqqPPXoAPfGh5oX0Pagb6rUSJtvbIommr5EO9ptRPfSbu+tZ74=

CRUZA POR: ZARAGOZA, SELLO: BB-465135, SCAC CODE: THBA, CAAT: 0584, (P.O. 001888)

Factura  A1088
Certificado Digital 00001000000202506214
Folio Fiscal c7d01f8f-b1c4-4af3-9d81-e862ff2df607

**J. F. NUT COMPANY SA DE CV**
R.F.C. JFN070227I9
Regimen General de Ley Personas Morales
Ben Perez  No. 07
Cuatro Milpas  C.P. 33759  Camargo
Camargo, Chihuahua México
Tel. 6484625933
e-Mail: jfloresnuez@prodigy.net.mx
Lugar de expedición: Camargo Chihuahua

**Cliente:**

| | | | |
|---|---|---|---|
| Fecha de Emisión: | 15/02/2016 15:18:44 | R.F.C.: | XEXX010101000 |
| Nombre o Razón Social: | SAN SABA PECAN LP | | |
| Calle: | 2803 W WALLACE | Número: | |
| Código Postal: | 76877 | Municipio: | SAN SABA |
| Estado: | TEXAS | País: | ESTADOS UNIDOS DE NORTE AMERICA |
| No. de Orden: | | Forma de Pago: | Pago en una sola exhibición |
| Método de pago: | NO IDENTIFICADO | Número de cuenta: | |
| Moneda: | USD | Tipo de Cambio: | 19.0392 |

**Conceptos:**

| Clave | Cantidad | Unidad de Medida | Descripción | Precio Unidad | Importe |
|---|---|---|---|---|---|
| | 1800.00 | LIBRAS | NUEZ SIN CASCARA EN MITADES JUMBO, EN 60 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 1 PALLET | 5.45 | 9,810.00 |
| | 17100.00 | LIBRAS | NUEZ SIN CASCARA EN MITADES JR. MAMMOTH, EN 570 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 10 PALLETS | 5.45 | 93,195.00 |
| | 19800.00 | LIBRAS | NUEZ SIN CASCARA EN MITADES MAMMOTH, EN 660 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 11 PALLETS | 5.45 | 107,910.00 |
| | 1800.00 | LIBRAS | NUEZ SIN CASCARA EN MITADES EXTRA MAMMOTH, EN 60 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 1 PALLET | 5.45 | 9,810.00 |

| | |
|---|---|
| Subtotal : | 220,725.00 |
| Descuento : | 0.00 |
| Total a pagar : | 220,725.00 |

Importe con letra:   Doscientos veinte mil setecientos veinticinco dólares 00/100

Observaciones:   TRANSPORTE: EXPRESS HALCHISA, PLACAS: 070C-149, NUMERO ECONOMICO: 537642

**Información del Timbre Fiscal Digital**

| Certificado Digital SAT | Fecha de Certificación |
|---|---|
| 00001000000202693892 | 15/02/2016 15:18:44 |



### Cadena Original del Timbre

||1.0|c7d01f8f-b1c4-4af3-9d81-e862ff2df607|2016-02-15T15:18:44|VghOXzQibu9a6uzLumcbmzrWXIAFW
9p9mWhAxUvGqbOYxRalAYNCJmDyg55i/9yLPh4faGAJqgVMb7tP587SNdIaSM1ya3jK28Er186PSPgF652U5gnASYYsw
nos91rO31iL6kVq+vAUe8bB1vWtOLYhta/ICw27E8ORaK/xLDY=|00001000000202693892||

### Sello Digital del Emisor

VghOXzQibu9a6uzLumcbmzrWXIAFW9p9mWhAxUvGqbOYxRalAYNCJmDyg55i/9yLPh4faGAJqgVMb7tP587SNdIaSM1y
a3jK28Er186PSPgF652U5gnASYYswnos91rO31iL6kVq+vAUe8bB1vWtOLYhta/ICw27E8ORaK/xLDY=

### Sello Digital del SAT

rNRf/6mOqlq84fxGtbwoGkRLmi5AXg/d+ZYJsnWuWN3reBzdK88cZ2nlloGRaPKw6C0fFRZwo/uT2JEi1rpRI4p+HD8e
2x5Y8MfgZat9VyLfHCa4THvyuUKHNrZaOV6KHeYbnGNiEI7Bu+ZAd4JyA71ptHp665X3DFEVoKsIups=

CRUZA POR: ZARAGOZA, SELLO: BB-485177, SCAC CODE: EXHS, CAAT: 0132

Factura  A1089
Certificado Digital 00001000000202506214
Folio Fiscal 6115be65-6a4c-4ebe-9e85-c12b4833fe9e

J. F. NUT COMPANY SA DE CV
R.F.C. JFN070227I9
Regimen General de Ley Personas Morales
Ben Perez  No. 07
Cuatro Milpas  C.P. 33759  Camargo
Camargo, Chihuahua México
Tel. 6484525933
e-Mail: jfloresnuez@prodigy.net.mx
Lugar de expedición: Camargo Chihuahua

**Cliente:**

| | | | |
|---|---|---|---|
| Fecha de Emisión: | 15/02/2016 15:27:18 | R.F.C.: | XEXX010101000 |
| Nombre o Razón Social: | SAN SABA PECAN LP | | |
| Calle: | 2803 W WALLACE | Número: | |
| Código Postal: | 76877 | Municipio: | SAN SABA |
| Estado: | TEXAS | País: | ESTADOS UNIDOS DE NORTE AMERICA |
| No. de Orden: | | Forma de Pago: | Pago en una sola exhibición |
| Método de pago: | NO IDENTIFICADO | Número de cuenta: | |
| Moneda: | USD | Tipo de Cambio: | 19.0392 |

**Conceptos:**

| Clave | Cantidad | Unidad de Medida | Descripción | Precio Unidad | Importe |
|---|---|---|---|---|---|
| | 7200.00 | LIBRAS | NUEZ SIN CASCARA EN MITADES JUMBO, EN 240 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 4 PALLETS | 5.45 | 39,240.00 |
| | 14400.00 | LIBRAS | NUEZ SIN CASCARA EN MITADES JR. MAMMOTH, EN 480 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 8 PALLETS | 5.45 | 78,480.00 |
| | 17100.00 | LIBRAS | NUEZ SIN CASCARA EN MITADES MAMMOTH, EN 570 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 10 PALLETS | 5.45 | 93,195.00 |
| | 1800.00 | LIBRAS | NUEZ SIN CASCARA EN MITADES EXTRA MAMMOTH, EN 60 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 1 PALLET | 5.45 | 9,810.00 |

| | |
|---|---|
| Subtotal : | 220,725.00 |
| Descuento : | 0.00 |
| Total a pagar : | 220,725.00 |

Importe con letra:    Doscientos veinte mil setecientos veinticinco dólares 00/100

Observaciones:    TRANSPORTE: TRANSPORTES HERMANOS BELTRAN, PLACAS: 433-WU-8, NUMERO ECONOMICO: R004

**Información del Timbre Fiscal Digital**

| Certificado Digital SAT | Fecha de Certificación |
|---|---|
| 00001000000202693892 | 15/02/2016 15:27:18 |

### Cadena Original del Timbre



||1.0|6115be65-6e4c-4ebe-9e85-c12b4833fe9e|2016-02-15T15:27:18|1Tknp/APSlAmjYdGz8Jxjn87g0+ze
dBV5O9n/cK7UiwSO3C5aW9hguOOliEGLjIop7Vv16cOW+w+jfQ/Ys/tUzMi5jXsso25crFXfvKYZw1KO9DjoHC6OWUGe
gYxRPio4smWguPwglsqsTcPsMM0yUpXAuYMv8aSowXJlrQ1Plo=|00001000000202693892||

### Sello Digital del Emisor

1Tknp/APSlAmjYdGz8Jxjn87g0+zedBV5O9n/cK7UiwSO3C5aW9hguOOliEGLjIop7Vv16cOW+w+jfQ/Ys/tUzMi5jXs
so25crFXfvKYZw1KO9DjoHC6OWUGegYxRPio4smWguPwglsqsTcPsMM0yUpXAuYMv8aSowXJlrQ1Plo=

### Sello Digital del SAT

ZyIFFlaaz4JLK9RjC+SM18XYOuTaE+hfPY2NWR4l/Yx1eHj0sKCRtJtnONxsYEnVonWUZRmy3f6aRhvrq5oyomUgnYN7
ZsPZZzwanu0yr5N9m9KVBqClFj+Dwgm+/gxR9wMrTCscS3m+xlgsjdQMBVAJMrlLjKf+nPJfEWJu+fg=

CRUZA POR: ZARAGOZA, SELLO: BB-465136, SCAC CODE: THBE, CAAT: 0584

**Factura  A1090**
Certificado Digital 00001000000202506214
Folio Fiscal 4d8805bf-950f-4d98-b892-c0d1f0dc8415

**J. F. NUT COMPANY SA DE CV**
**R.F.C. JFN0702277I9**
Regimen General de Ley Personas Morales
Ben Perez  No. 07
Cuatro Milpas  C.P. 33759  Camargo
Camargo, Chihuahua México
Tel. 6484625933
e-Mail: jfloresnuez@prodigy.net.mx
Lugar de expedición: Camargo Chihuahua

| Cliente: | | | |
|---|---|---|---|
| Fecha de Emisión: | 15/02/2016 18:03:41 | R.F.C.: | XEXX010101000 |
| Nombre o Razón Social: | SAN SABA PECAN LP | | |
| Calle: | 2803 W WALLACE | Número: | |
| Código Postal: | 76877 | Municipio: | SAN SABA |
| Estado: | TEXAS | País: | ESTADOS UNIDOS DE NORTE AMERICA |
| No. de Orden: | | Forma de Pago: | Pago en una sola exhibición |
| Método de pago: | NO IDENTIFICADO | Número de cuenta: | |
| Moneda: | USD | Tipo de Cambio: | 19.0392 |

| **Conceptos:** | | | | | |
|---|---|---|---|---|---|
| Clave | Cantidad | Unidad de Medida | Descripción | Precio Unidad | Importe |
| | 5400.00 | LIBRAS | NUEZ SIN CASCARA EN PEDAZO CHICO, EN 180 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 3 PALLETS | 5.40 | 29,160.00 |
| | 9000.00 | LIBRAS | NUEZ SIN CASCARA EN PEDAZO MEDIANO, EN 300 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 5 PALLETS | 5.40 | 48,600.00 |
| | 14400.00 | LIBRAS | NUEZ SIN CASCARA EN PEDAZO GRANDE, EN 480 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 8 PALLETS | 5.40 | 77,760.00 |
| | 1800.00 | LIBRAS | NUEZ SIN CASCARA EN PEDAZO EXTRA GRANDE, EN 60 CAJAS DE 30 LIBRAS CADA UNA, EN 1 PALLET | 5.40 | 9,720.00 |
| | 1800.00 | LIBRAS | NUEZ SIN CASCARA EN MITADES JUMBO, EN 60 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 1 PALLET | 5.45 | 9,810.00 |
| | 1800.00 | LIBRAS | NUEZ SIN CASCARA EN MITADES JR, MAMMOTH, EN 60 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 1 PALLET | 5.45 | 9,810.00 |
| | 6300.00 | LIBRAS | NUEZ SIN CASCARA EN MITADES MAMMOTH, EN 210 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 4 PALLETS | 5.45 | 34,335.00 |

|  | | |
|---|---|---|
| | Subtotal : | 219,195.00 |
| | Descuento : | 0.00 |
| | **Total a pagar :** | **219,195.00** |

| **Importe con letra:** | Doscientos diecinueve mil ciento noventa y cinco dólares 00/100 |
|---|---|
| **Observaciones:** | TRANSPORTE: TRANSPORTES HERMANOS BELTRAN, PLACAS: 2043541, NUMERO ECONOMICO: 54010 |

**Información del Timbre Fiscal Digital**

| Certificado Digital SAT | Fecha de Certificación |
|---|---|
| 00001000000202693892 | 15/02/2016 18:03:41 |

Este documento es una representacion impresa de un CFDI
Hoja 1 de 2



### Cadena Original del Timbre

||1.0|4d8805bf-950f-4d98-b892-c0d1f0dc8415|2016-02-15T18:03:41|ESaVKHYRH3/MoTkSxjDElHeWazPoT
Xny6xOQUAXir7SPkCidRH1RK8HJTu/Q6FSdlR6uBACHaaw1+HKkwZ1YHG0atBZrZ3KN2b4+gWSVyYpoYB1qBvcdYXRgV
MVNyBOvXhmPcLP5S5xObUmnFsEU8Ct0fiUXHWH/fWnaGg3ek/4=|00001000000202693892||

### Sello Digital del Emisor

ESaVKHYRH3/MoTkSxjDElHeWazPoTXny6xOQUAXir7SPkCidRH1RK8HJTu/Q6FSdlR6uBACHaaw1+HKkwZ1YHG0atBZr
Z3KN2b4+gWSVyYpoYB1qBvcdYXRgVMVNyBOvXhmPcLP5S5xObUmnFsEU8Ct0fiUXHWH/fWnaGg3ek/4=

### Sello Digital del SAT

06uKI902nGV9Mp9EXp+cQ+DeGIyjxWCkRaccNZ9XpvAOQZcX/K+VNSM26N0BrVEflinxG/2QQLdGJyKtB+oTsHtLFktn
/WDdPXKn4/SgVexle/Vaki0jr4MtGJuETpqKtGV+04jiNbBXHUlS9ellc/0jNRfmW0yY9NFRnFctmdU=

CRUZA POR: ZARAGOZA, SELLO: BB-465137, SCAC CODE: THBE, CAAT: 0584

Factura  A1094
Certificado Digital 00001000000202506214
Folio Fiscal 4f9393a7-a009-4fe8-bcb9-5b6d27131ef9

**J. F. NUT COMPANY SA DE CV**
R.F.C. JFN0702271I9
Regimen General de Ley Personas Morales
Ben Perez  No. 07
Cuatro Milpas  C.P. 33759  Camargo
Camargo, Chihuahua México
Tel. 6464625933
e-Mail: jfloresnuez@prodigy.net.mx
Lugar de expedición: Camargo Chihuahua

**Cliente:**

| | | | |
|---|---|---|---|
| Fecha de Emisión: | 17/02/2016 17:47:23 | R.F.C.: | XEXX010101000 |
| Nombre o Razón Social: | SAN SABA PECAN LP | | |
| Calle: | 2803 W WALLACE | Número: | |
| Código Postal: | 76877 | Municipio: | SAN SABA |
| Estado: | TEXAS | País: | ESTADOS UNIDOS DE NORTE AMERICA |
| No. de Orden: | | Forma de Pago: | Pago en una sola exhibición |
| Método de pago: | NO IDENTIFICADO | Número de cuenta: | |
| Moneda: | USD | Tipo de Cambio: | 18.8148 |

**Conceptos:**

| Clave | Cantidad | Unidad de Medida | Descripción | Precio Unidad | Importe |
|---|---|---|---|---|---|
| | 2070.00 | LIBRAS | NUEZ SIN CASCARA EN PEDAZO CHICO, EN 69 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 1 PALLET | 5.40 | 11,178.00 |
| | 1470.00 | LIBRAS | NUEZ SIN CASCARA EN PEDAZO MEDIANO, EN 49 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 1 PALLET | 5.40 | 7,938.00 |
| | 1440.00 | LIBRAS | NUEZ SIN CASCARA EN PEDAZO GRANDE, EN 48 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 1 PALLET | 5.40 | 7,776.00 |
| | 210.00 | LIBRAS | NUEZ SIN CASCARA EN MITADES EXTRA GRANDES, EN 7 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 1 PALLET | 5.45 | 1,144.50 |
| | 2700.00 | LIBRAS | NUEZ SIN CASCARA EN MITADES JUMBO, EN 90 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 1 PALLET | 5.45 | 14,715.00 |
| | 15810.00 | LIBRAS | NUEZ SIN CASCARA EN MITADES JR. MAMMOTH, EN 527 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 8 PALLETS | 5.45 | 86,164.50 |
| | 13500.00 | LIBRAS | NUEZ SIN CASCARA EN MITADES MAMMOTH, EN 450 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 8 PALLETS | 5.45 | 73,575.00 |
| | 2190.00 | LIBRAS | NUEZ SIN CASCARA EN PEDAZO EXTRA GRANDE, EN 73 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 1 PALLET | 5.40 | 11,826.00 |
| | 1110.00 | LIBRAS | NUEZ SIN CASCARA EN MITADES EXTRA MAMMOTH, EN 37 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 1 PALLET | 5.45 | 6,049.50 |

| | |
|---|---|
| Subtotal : | 220,366.50 |
| Descuento : | 0.00 |
| **Total a pagar :** | **220,366.50** |

| | |
|---|---|
| Importe con letra: | Doscientos veinte mil trescientos sesenta y seis dólares 50/100 |
| Observaciones: | TRANSPORTE: TRANSPORTES HERMANOS BELTRAN, PLACAS: 2043344, NUMERO ECONOMICO: 53977 |

Esto documento es una representación impresa de un CFDI
Hoja 1 de 2

# Exhibit B

## **AFFIDAVIT**

§
§
§

Before me, the undersigned authority, personally appeared S, who, after proving his identity to me and after being by me duly sworn, deposed and stated:

1. "My name is Jorge Flores. I am over the age of twenty-one (21) years, I have never been convicted of a felony or a crime involving moral turpitude, and I am fully competent to make this affidavit. All of the facts and statements contained herein are true and correct and of my personal knowledge.

2. I am the owner of and presently employed by JF Nut Co., Plaintiff in this action. As part of my duties I am responsible for the servicing and collection of the indebtedness owed to JF Nut Co.

3. I have reviewed the books and records of JF Nut Co., with respect to the indebtedness of Defendants San Saba Pecan Exports Corporation and San Saba Pecan, LP. The business records of JF Nut Co. support the statements contained in this affidavit. I am authorized to make this affidavit as I am the custodian of records of JF Nut Co. The pages of documents attached hereto are records from JF Nut Co. The said pages of records are kept by JF Nut Co. in the regular course business, and it was the regular course of business of JF Nut Co. or an employee or representative of JF Nut Co. with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

4. For many months, Defendants San Saba Pecan Exports Corporation and San Saba Pecan, LP "San Saba" have had an ongoing business relationship wherein JF Nut Co. provided Defendants with pecans and Defendants would pay the invoices. Defendants San Saba provided both written and oral documentation to Plaintiff requesting that Plaintiff provide pecans to Defendants on an open account basis (the "Agreement"). Plaintiff provided Defendants with the pecans according to the terms of the Agreement.

5. The parties established a course of dealing wherein JF Nut Co. would provide a shipment of nuts to San Saba and invoice the sale, and San Saba would make payment pursuant to the invoices into JF Nut's bank account.

6. As of the filing of this suit, San Saba has failed to pay JF Nut Co. for the purchase of pecans in the amount of $1,539,136.50, as evidenced by the Invoices dated February 2, 2016 through February 17, 2016 (the "Invoices"). True and correct copies of the Invoices are attached hereto as Exhibit A and incorporated herein by reference.

7. On multiple occasions, demand was made on Defendants San Saba for payment and Defendants refused, and continue to refuse, to pay the amounts due and owing under the Invoices and the Agreement. As a result, Plaintiff was required to retain legal counsel to pursue its legal claims.

8. JF Nut Co.'s claim is founded upon account and business dealings between the parties for which systematic records have been kept. The debt owed by Defendant is within my

knowledge, just and true, is due, remains unpaid, and all lawful offsets, payments and credits have been allowed to the best of my knowledge.

9. Further affiant sayeth not."


JF Nut Co.

By:_____

JORGE FLORES, Managing Member



SWORN TO AND SUBSCRIBED BEFORE ME on this the __10__ the day of __FEBRUARY__, 20_17_.



My commission expires:                        NOTARY PUBLIC in and for the
                                              State of Texas

__10 - 06 - 2018__

CLAUDIO MESSA
NOTARY PUBLIC - STATE OF TEXAS
ID # 129983561
COMML. EXP. 10-06-2018