IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

J.F. NUT COMPANY,

    Plaintiff,

    v.                                                                              Civil Action No.: 1:17-cv-405-SS

SAN SABA PECAN, LP,

    Defendant.

## DEFENDANT SAN SABA PECAN, LP'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant San Saba Pecan, LP, moves for an Order granting summary judgment in its favor on all of Plaintiff J.F. Nut's claims. The grounds upon which this Motion is based are fully detailed in the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment.

Dated: June 19, 2018

Respectfully Submitted,

*/s/ J. Meghan Nylin*
Gregory D. Binns
Texas Bar No. 24027148
J. Meghan Nylin
Texas Bar No. 24070083
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
(214) 969-1700
Fax: (214) 969-1751
Gregory.binns@tklaw.com
Meghan.nylin@tklaw.com

## CERTIFICATE OF SERVICE

I certify that I electronically filed the forgoing document on June 19, 2018 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Javier Espinoza, Esquire
Michael D. Tuttle, Esquire
Espinoza Law Firm, PLLC
2211 Danbury Street
San Antonio, TX 78217

*/s/ J. Meghan Nylin*
J. Meghan Nylin

**Defendant San Saba Pecan, LP's Motion for Summary Judgment— Page 2**