# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

J.F. NUT COMPANY,

Plaintiff

v. Civil Action No. 1:17-cv-405-SS

SAN SABA PECAN EXPORTS
CORPORATION and
SAN SABA PECAN, L.P.

*********************************************

VIDEOTAPED ORAL DEPOSITION
OF JORGE FLORES
APRIL 23, 2018

*********************************************

VIDEOTAPED ORAL DEPOSITION OF JORGE FLORES, produced as a witness at the instance of Defendants, and duly sworn, was taken in the above-styled and numbered cause on April 23, 2017, from 9:11 a.m. to 9:19 p.m. before Dawn Flippin, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine, at the Espinoza Law Firm, PLLC, 2211 Danbury Street, San Antonio, Bexar County, Texas, pursuant to the Federal Rules and any provisions stated on the record or attached hereto.

APPEARANCES

FOR THE PLAINTIFF:

Michael D. Tuttle
Espinoza Law Firm, PLLC
2211 Danbury Street
San Antonio, Texas 78217
(210) 670-5977
michael@espinozafirm.com

FOR THE DEFENDANTS:

Gregory D. Binns
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1700
gregory.binns@tklaw.com

ALSO PRESENT:

Donald Lindquist
Jason Lemley - Videographer
Shane Ramirez - Videographer
Dawn Flippin, CSR - Court Reporter

INDEX


| | Page |
|---|---|
| STIPULATIONS | 1 |
| APPEARANCES | 2 |
| WITNESS: JORGE FLORES | |
| EXAMINATION BY: | |
| Mr. Binns | 9 |
| WITNESS CHANGES/CORRECTIONS | 184 |
| WITNESS SIGNATURE | 185 |
| REPORTER'S CERTIFICATE | 186 |

EXHIBITS


| No. | Description | Page |
|---|---|---|
| Exhibit 20. | J.F. Nut e-mail addresses | 35 |
| Exhibit 21. | Yahoo e-mail address password | 46 |
| Exhibit 22. | Yahoo password changes document | 46 |
| Exhibit 23. | Lololo document | 65 |
| Exhibit 24. | Invoices & purchase orders | 69 |
| Exhibit 25. | Invoices & purchase orders | 69 |
| Exhibit 26. | Invoices & purchase orders | 69 |
| Exhibit 27. | Invoices & purchase orders | 69 |
| Exhibit 28. | Invoices & purchase orders | 69 |
| Exhibit 29. | Invoices & purchase orders | 69 |
| Exhibit 30. | Invoices & purchase orders | 69 |
| Exhibit 31. | Invoices & purchase orders | 69 |
| Exhibit 32. | Invoices & purchase orders | 69 |
| Exhibit 33. | Invoices & purchase orders | 69 |
| Exhibit 34. | Invoices & purchase orders | 69 |
| Exhibit 35. | Invoices & purchase orders | 69 |
| Exhibit 36. | Invoices & purchase orders | 69 |
| Exhibit 37. | Invoices & purchase orders | 69 |
| Exhibit 38. | Wire Transfer Instructions | 70 |
| Exhibit 39. | Original Complaint | 72 |
| Exhibit 40. | San Saba Pecan Exports Certificate of Filing | 75 |
| Exhibit 41. | FBI Summary Notes | 89 |

| No. | Description | Page |
|---|---|---|
| Exhibit 42. | FBI/Flores text messages | 91 |
| Exhibit 43. | E-mails regarding bank contacts | 99 |
| Exhibit 44. | Paul Koenig e-mail correspondence | 105 |
| Exhibit 45. | Paul Koenig e-mail correspondence | 112 |
| Exhibit 46. | Thin Line document | 115 |
| Exhibit 47. | Credit Union Loan document | 118 |
| Exhibit 48. | Abraham Ibarra texts | 128 |
| Exhibit 49. | Initial e-mail with San Saba Pecan | 134 |
| Exhibit 50. | E-mail from Yahoo address | 135 |
| Exhibit 51. | E-mail from Yahoo address | 135 |
| Exhibit 52. | E-mail from Yahoo address | 136 |
| Exhibit 53. | Lindquist e-mail | 136 |
| Exhibit 54. | Pam Mann e-mail | 136 |
| Exhibit 55. | E-mail from Yahoo address | 137 |
| Exhibit 56. | E-mail from Yahoo address | 137 |
| Exhibit 57. | E-mail from Yahoo address | 138 |
| Exhibit 58. | Pam Mann e-mail | 138 |
| Exhibit 59. | E-mail from Yahoo address | 139 |
| Exhibit 60. | E-mail from Yahoo address | 139 |
| Exhibit 61. | Claudia Vasquez e-mail address e-mail | 139 |
| Exhibit 62. | E-mail from Yahoo address | 140 |
| Exhibit 63. | E-mail from Yahoo address | 140 |
| Exhibit 64. | E-mail from Yahoo address | 140 |
| Exhibit 65. | E-mail from Yahoo address | 140 |

| No. | Description | Page |
|---|---|---|
| Exhibit 66. | E-mail from Yahoo address | 140 |
| Exhibit 67. | E-mail from Yahoo address | 141 |
| Exhibit 68. | E-mail from Yahoo address | 141 |
| Exhibit 69. | E-mail from Yahoo address | 142 |
| Exhibit 70. | E-mail from Yahoo address | 142 |
| Exhibit 71. | E-mail from Yahoo address | 142 |
| Exhibit 72. | E-mail from Yahoo address | 142 |
| Exhibit 73. | E-mail from Yahoo address | 143 |
| Exhibit 74. | E-mail from Yahoo address | 143 |
| Exhibit 75. | E-mail from Yahoo address | 144 |
| Exhibit 76. | E-mail from Yahoo address | 144 |
| Exhibit 77. | E-mail from Yahoo address | 144 |
| Exhibit 78. | E-mail from Yahoo address | 144 |
| Exhibit 79. | E-mail from Yahoo address | 145 |
| Exhibit 80. | E-mail from Yahoo address | 145 |
| Exhibit 81. | E-mail from Yahoo address | 145 |
| Exhibit 82. | E-mail from Yahoo address | 147 |
| Exhibit 83. | E-mail from Yahoo address | 147 |
| Exhibit 84. | E-mail from Yahoo address | 148 |
| Exhibit 85. | E-mail from Yahoo address | 148 |
| Exhibit 86. | E-mail from Yahoo address | 148 |
| Exhibit 87. | E-mail from Yahoo address | 148 |
| Exhibit 88. | E-mail from Yahoo address | 148 |
| Exhibit 89. | E-mail from Yahoo address | 149 |

| No. | Description | Page |
|---|---|---|
| Exhibit 90. | E-mail from Yahoo address | 149 |
| Exhibit 91. | E-mail from Yahoo address | 149 |
| Exhibit 92. | E-mail from Yahoo address | 149 |
| Exhibit 93. | E-mail from Yahoo address | 149 |
| Exhibit 94. | E-mail from Yahoo address | 149 |
| Exhibit 95. | E-mail from Yahoo address | 150 |
| Exhibit 96. | E-mail from Yahoo address | 150 |
| Exhibit 97. | E-mail from Yahoo address | 150 |
| Exhibit 98. | E-mail from Yahoo address | 150 |
| Exhibit 99. | E-mail from Yahoo address | 150 |
| Exhibit 100. | E-mail from Yahoo address | 151 |
| Exhibit 101. | E-mail from Yahoo address | 151 |
| Exhibit 102. | E-mail from Yahoo address | 152 |
| Exhibit 103. | E-mail from Yahoo address | 152 |
| Exhibit 104. | E-mail from Yahoo address | 153 |
| Exhibit 105. | E-mail from Yahoo address | 153 |
| Exhibit 106. | E-mail from Yahoo address | 153 |
| Exhibit 107. | E-mail from Yahoo address | 154 |
| Exhibit 108. | E-mail from Yahoo address | 154 |
| Exhibit 109. | E-mail from Yahoo address | 154 |
| Exhibit 110. | E-mail from Yahoo address | 155 |
| Exhibit 111. | E-mail from Yahoo address | 155 |
| Exhibit 112. | E-mail from Yahoo address | 155 |
| Exhibit 113. | E-mail from Yahoo address | 155 |

| No. | Description | Page |
|---|---|---|
| Exhibit 114. | E-mail from Yahoo address | 156 |
| Exhibit 115. | E-mail from Yahoo address | 156 |
| Exhibit 116. | E-mail from Yahoo address | 156 |
| Exhibit 117. | Text messages with Don Lindquist | 157 |
| Exhibit 118. | E-mail from Yahoo address | 161 |
| Exhibit 119. | E-mail from Yahoo address | 161 |
| Exhibit 120. | J.F. Nut Company Purchase Order e-mail | 161 |
| Exhibit 121. | E-mail from Yahoo address | 162 |
| Exhibit 122. | E-mail from Yahoo address | 162 |
| Exhibit 123. | E-mail from Yahoo address | 162 |
| Exhibit 124. | E-mail from Yahoo address | 162 |
| Exhibit 125. | E-mail from Yahoo address | 162 |
| Exhibit 126. | E-mail from Yahoo address | 162 |
| Exhibit 127. | E-mail from Yahoo address | 162 |
| Exhibit 128. | E-mail from Yahoo address | 162 |
| Exhibit 129. | E-mail from Yahoo address | 171 |
| Exhibit 130. | E-mail from Yahoo address | 171 |
| Exhibit 131. | E-mail from Yahoo address | 171 |
| Exhibit 132. | E-mail from Yahoo address | 173 |
| Exhibit 133. | E-mail from Yahoo address | 174 |
| Exhibit 134. | CONTPAQ Internal Controls document | 179 |

P R O C E E D I N G S:

VIDEOGRAPHER: Here begins the deposition of Jorge Flores. Today's date is April 23rd, 2018. The time is 9:11.

Will the court reporter please swear in the interpreter and the witness?

(Interpreter sworn).

JORGE FLORES,

having been sworn to tell the truth, testified as follows:

EXAMINATION BY DEFENDANT

BY MR. BINNS:

Q Could you please state your full name for the record?

A Jorge Luis Flores Uribi.

Q Mr. Flores, have you ever had your deposition taken before?

A No.

Q It's a pretty simple process. I'm going to ask you questions. I ask that you give a verbal response.

A Okay. Yes.

Q The court reporter sitting next to me is going to transcribe what you and I say. So as a result, head shakes and head nods and uh-huhs and huh-uhs don't come up very well. So please give a verbal response and answer yes or no as applicable.

A Okay.
Q If I ask you a question that you don't understand, will you make sure and ask me to restate it or rephrase it?
A Okay.
Q We're working through an interpreter here today, correct?
A Correct.
Q Now, I know from prior to this deposition when you were speaking with Mr. Lindquist, you understand some spoken English, right?
A I understand -- I do speak some English. I don't understand one hundred percent, but I do speak some.
Q And that's my question is what percentage of spoken English would you estimate that you understand?
A I would say less than 50 percent or 50.
Q In connection with your work for J.F. Nut Company, you conduct business in English, right?
A Yes, yes.
Q And you read English, right?
A Yes.
Q And you don't have any issues with reading English, do you?
A Well, if it's formal English, I don't. But if it's with idioms and things like that, if I'm reading something like a book, then I can understand it or if I'm reading

something that has to do with nuts. But when it comes to idioms and American English, things like that, then I have a problem.

Q In connection with J.F. Nuts business dealings with San Saba Pecan L.P., you corresponded with San Saba Pecan in English, correct?

A Yes.

Q What is your current address?

A In the United States or for the business?

Q Your personal address.

A In San Antonio, [redacted].

Q Do you also have a home in Mexico?

A My mom's.

Q Do you spend some time down there and live out of Mexico?

A Yes, during pecan season.

Q When did you move to -- well, let me back up.

Were you born in the United States?

A No.

MR. TUTTLE: Jorge, please wait. I'm going to tell him in Spanish.

(Speaking Spanish).

MR. TUTTLE: So I just told him that please wait until the translation is finished before he responds even though he already knows what the answer may be.

A Okay.
Q (By Mr. Binns) When did you move to the United States?
A About -- well, living here to live here, five years ago, more or less.
Q Why did you move to the United States?
A That was a lifelong plan to move here, but that period just kept getting longer and longer. And then I started spending more time here, like a month or two months at a time, and then that time that I was spending here was longer and longer. And taking advantage of the fact that things in Mexico became more difficult and things got ugly, then I moved here.
Q Was one of the reasons that you moved to the United States due to safety issues?
A No. No, not because of safety issues. I knew that the situation was getting uglier, but I never had any personal safety issues.
Q During the time that you lived in the United States, have you lived at that address that you gave me earlier during the deposition?
A Yes. Well, yes. Alternatively, what happened was that I first was spending my time in an apartment, and then I was coming and going back and forth. And then eventually I bought a house about, I want to say, eight years ago. And

then I was coming back and forth, but then I moved here permanently about four or five years ago.

Q Are you employed by J.F. Nut Company?

A What do you mean by employed?

Q Do you work for J.F. Nut Company?

A Well, I'm a partner there. I'm partly owner. I own a percentage.

Q Do you have a title or position within J.F. Nut Company?

A It's mentioned in the Articles of Incorporation. I don't remember what it says. Maybe I'm an administrator. I'm not a manager. I really don't know what it says, but it's in the Articles of Incorporation.

Q Who are the other partners of J.F. Nut Company?

A The names, Juan. My brother, Juan Geraldo Flores Uribi. And the other partner is Javier Fierro Olono.

Q When was J.F. Nut Company formed?

A In 2007.

Q Was J.F. Nut Company started by you, your brother and Javier Lone -- what was it -- Olono?

A Fierro. Did we form it? Yes.

Q And what business is J.F. Nut Company in?

A As it says in their article is buying and selling pecans and dry peppers or pecans and dry products.

Q What kind of dry products?

A Peppers. Peppers. At some point maybe Oregano too, but just peppers now. Chipotle peppers. Almonds. Sometimes cashews, cashews.
Q Anything else?
A Some other kind of peppers like Chile de Arbol maybe.
Q With respect to your J.F. Nut Company's business transactions with San Saba Pecan, L.P., those solely involved pecans, correct?
A Yes.
Q Does J.F. Nut Company own its own pecan orchards?
A Yes, but just a little bit. We brokerage more than what we produce. What -- we buy more than we produce.
Q Explain to me the brokerage side of the business that J.F. Nut Company does in connection with pecans?
A Well, we do basically what other brokerage firms do. We buy pecans from other producers in Mexico, occasionally in the U.S., and then we process them at the J.F. Nut Company plant. We process it, we package them, and then we sell them.
Q So with respect to the brokerage business, you buy in-shell pecans, shell them and sell the meats?
A Yes.
Q Do you sell any in-shell pecans?
A Yes, that too, yes.
Q What percentage of J.F. Nut Company's business is

meat -- selling meats versus -- pecans versus in-shell pecans?
A It's very difficult to give you a percentage, because it varies year after year. One year might be 50/50, the following year might be 10/90. It's very difficult to say. It depends on the market needs and the needs of our clients as well. It all depends how much shelled product is needed. It's very difficult to set a percentage.
Q What are your responsibilities at J.F. Nut?
A Well, I do everything. I do a little bit of everything you might say. I do purchasing, I advise in the administrative area. I am an industrial engineer, so I focus on the plant planning and processes, and I do most of the sales. That's what I do.
Q What are Juan Flores' responsibilities at J.F. Nut?
A Purchase, purchasing basically.
Q Your third partner, Javier Fierro, what are his responsibilities at J.F. Nut?
A That too, purchasing.
Q And when you refer to purchasing, are you referring to purchasing pecans from growers or other product that J.F. Nut would otherwise acquire?
A Yes. Pecans always come from growers, and so we purchase that from different regions. And when I say purchasing pecans, I mean shelled pecan.
Q So is it fair to say, Mr. Flores, that you are

essentially the head of J.F. Nut company?
A I would say the three of us, we have equal percentages.
Q As far as day-to-day operations however, you are primarily responsible for those, correct?
A In purchasing, they are responsible in a very high percentage, and I am responsible for sales in a high percentage. So it's like we are split up in purchasing and sales.
Q Is there anyone within the J.F. Nut Company organization that to your knowledge has any knowledge of the facts and circumstances giving rise to the litigation you're sitting here for today?
A Let me see -- could you say that again?
Q Other than yourself, are you aware of anyone within J.F. Nut Company that has any knowledge of the facts and circumstances giving rise to the lawsuit that you're here for today?
A Yes, my two partners and possibly the administrator as well. No, she knows. Not possibly, but she knows. The administrator knows.
Q Who is the administrator?
A Claudia Vasquez.
Q How was Claudia Vasquez involved in the facts and circumstances that gave rise to this litigation?

A I wouldn't say involved. She simply knows about the facts.

Q The facts that she knows, do they all come from you?

A Yes.

Q Was Claudia Vasquez involved in any way in corresponding or doing business deals with San Saba Pecan, L.P.?

A She did not carry out business, but she was in charge of export, of invoicing, she used to deal with custom brokers. She would gather all documents to pass on to the clients. I don't know if she did that with San Saba, but she knows about the operation because she would gather all the documents for what I had mentioned before.

Q With respect to Juan Flores and Javier Fierro, do they have any knowledge other than what you told them?

A I don't believe so. They know what I've told them. My brother, Juan, came with us and with Mr. Lindquist to San Saba when the facts occurred. He came with us.

Q Other than coming to San Saba Pecan, L.P.'s offices with you, did Juan Flores have any other involvement with respect to J.F. Nut Company's business dealings with San Saba Pecan, L.P.?

A No. Except for what I told you, Juan knows what both of them know. Juan and Javier know all the transactions with San Saba Pecan, what I've told them.

Q Likewise, J.F. Nut Company has a policy that employees are not to use their mobile devices for company work, and that policy is not written down, correct?

A That's correct. But if I need to talk to somebody via what's up and ask them a question, I can do that. And if that's considered to be work use on their mobile device, well, that is allowed. Or I could call somebody on their cell phone at any time. I do do that.

Q Other than the two policies that we just talked about, does J.F. Nut Company have any other policies with respect to usage of information technology?

A I don't remember. I don't believe so. I don't know.

Q During the time period from December 2015 through February 2016, did J.F. Nut Company have an e-mail system that gave each employee a company e-mail address?

A No.

Q So each person set up their own individual e-mail account to use for company business, correct?

A I believe so.

Q And you personally set up an e-mail address with Yahoo, correct?

A Correct.

Q And others in your company use e-mail addresses from Prodigy, right?

A Yes.

Q And others within your company used e-mails from Hotmail, Gmail and other service providers, correct?

A I don't know.

Q Did J.F. Nut have any rules or requirements for its employees when setting up these e-mail addresses?

A As to rules and procedures, no. I know Claudia used to have a Hotmail account that we used to communicate, but we didn't have any written rules or procedures. This was only for internal communication. So I don't know what we used actually.

Q Well, each of the employees used their personal e-mail account to correspond outside of J.F. Nut as well as within J.F. Nut, correct?

MR. TUTTLE: Objection, mischaracterization.

A Could you repeat the question? I got lost just a little bit.

Q (By Mr. Binns) Yeah, that's fine.

So during the December '15 to February 2016 time frame, there was no company wide e-mail system, and each person set up their own e-mail, correct?

A I'm not sure -- well, we don't have a domain name. And I imagine Claudia would oversee that because I would only have communication with Claudia. Well, I always have good communication with Claudia and I don't go around her to talk

to somebody else directly. So I don't know how they had it established.

Q You know Claudia used an e-mail address provided by Prodigy, right?

A Yes, but that was not the most common account. I know that there was a JFloresnuez account. But I'm not sure that that was the main account that I used to communicate with her. I believe there was another account that was the main account through which I communicated with her.

Q Okay. My question is a little bit different.

With respect to J.F. Nut employees, they used e-mail accounts from various service providers to correspond on company business, correct?

A Yes, each of them had one.

Q Okay. I'm going to hand you what's been marked as Exhibit 20.

(Deposition Exhibit Number 20 marked).

Q (By Mr. Binns) Do you recognize Exhibit 20?

A This seems familiar. It says here that I sent it on December 21st.

Q Exhibit 20 is an e-mail from the e-mail address that you set up and used for J.F. Nut business, right?

A Correct.

Q If you go to the third page from the back of Exhibit 20, the Bates number San Saba 911.

A Yes.

Q And on this it shows that Generoso Alonso Navarro is a manager for San Saba -- for J.F. Nut, right?

INTERPRETER: Could you repeat your question, sir, please?

Q (By Mr. Binns) Uh-huh. On the page of Exhibit 20 Bates labeled San Saba 911, it shows that Generoso Alonso Navarro is a manager for J.F. Nut, correct?

A Yes, that's correct.

Q And also on that same page it shows that Mr. Navarro used the e-mail address AlonsoNavarro@Prodigy.net.mx, correct?

A Yes.

Q Also on that same page Jesus Javier Sanchez Dominguez was a quality assurance manager for J.F. Nut, and he used the e-mail address Javier.221190@Hotmail.com, correct?

A Well, yes, it's right here. I don't remember the e-mail addresses, but it's written down right here.

Q So what rules or requirements did -- let me back up.

How did J.F. Nut ensure that these e-mail addresses that were being used were secure?

A I imagine that with antivirus software, because they never had any problems. If something is not working properly, they will communicate that to the heads of the company that would communicate it to Generoso Alonso who is the manager of the plant or to Claudia Vasquez. If anything was not working

properly, they would communicate that to them.

Q My question is different. My question is not whether or not something is working properly or not.

My question is: How did J.F. Nut ensure that all these e-mail addresses that were being used by company employees, including yourself, were secure?

A No, I don't know.

Q And so I assume that if there was anything that was required to ensure that these e-mails were secure, you wouldn't know whether you were complying with them or not, because you don't even know what they are, right?

MR. TUTTLE: Objection, speculation.

A Let me see. Say that again.

Q (By Mr. Binns) Uh-huh. You just testified that you didn't know what J.F. Nut did to ensure that the e-mails used by its employees, including yourself, were secure. And so my question is: If you don't know what was done, then you necessarily don't know whether you were complying with any requirements if they existed?

A Yes. No, I don't know. I'm not sure about that.

MR. TUTTLE: Objection, speculation.

Q (By Mr. Binns) Do you have a computer at your home that you use for work?

A Yes, I to.

Q Is it a laptop or a desktop?

A It goes in this order: First of all, I use my phone. Secondly, I will use a tablet, which I'm not using right now. And thirdly, I have one of these, a laptop (indicating).

Q During the time period of December 2015 to February 2016, you would check your e-mail on your phone, correct?

A Yes.

Q And what kind of phone was that?

A I've always had Samsung phones. And back then it was a Samsung Note II. It must have been a Samsung Note II. And now I have -- well, I used to have back then a Note II.

Q Was it called Samsung Galaxy Note II?

A Yes.

Q What steps did J.F. Nut take to ensure that you're use of e-mail on your mobile phone was secure during the December '15 to March 2016 time period?

A I don't believe anything was done. I mean I don't check it. I don't know if anything should have been done. I don't know.

Q What type of tablet did you use during the December '15 to March 2016 time period?

A It's a Surface.

Q What did J.F. Nut do to ensure that your use of the tablet when e-mailing on it was secure?

A No. We don't have a procedure for checking on the

tablet.

Q Your phone that you were using between December '15 and February 2016 to check the JorgeFlores_jf@Yahoo.com.mx e-mail, you used for personal use also, right?

A Yes.

Q And you used the mail address JorgeFlores_jf@Yahoo.com.mx for personal use also, correct?

A Yes.

Q The computer, the laptop that you would use at your home, you would check your e-mail on that periodically, correct?

A Not very often. I would check it occasionally, but not very often. Rarely. I would really use more my phone and my laptop -- I mean my tablet.

Q What did J.F. Nut do to ensure that your e-mails that you sent from your laptop at your home were secure?

A No, nothing.

Q And you did nothing either to ensure that the e-mails that you sent from your mobile device, your laptop and your tablet were secure, correct?

A No.

Q That's not correct or that is correct?

A I just got -- let's go back to the beginning. What was the question?

Q Yeah. I'll ask it differently.

What did you do to ensure that the e-mails you sent from your mobile device, your tablet and your laptop were secure?

A No, nothing.

Q Did you have another e-mail address other than the JorgeFlores_jf@Yahoo.com.mx?

A Yes, I do.

Q Did you have it during the December 2015 to February 2016 time period?

A One of them maybe so, maybe not. I don't know. I would have to check on my phone. And the other one was set up afterwards.

Q The one that you're not certain about, did you use it for business purposes or just personal use?

A For personal.

Q Only?

A As far as I remember, yes.

Q When you set up your JorgeFlores_jf@Yahoo.com.mx e-mail, when was that?

A When? I don't remember. Many years ago. I don't remember exactly when, but many years ago.

Q Do you remember whenever you set that up you had to use or give it a secondary e-mail account?

A When I opened that account, the J.F. account, the JorgeFlores_jf account?

Q Correct.

A It's just that I don't remember if I gave an alternative e-mail address. I don't remember. It's been a long time. I do remember being asked for an alternative e-mail address when you buy a new phone and you get asked for a Gmail account for I don't know what.

Q What was your user name and password for the JorgeFlores_jf@Yahoo.com.mx account during the December '15 to February 2016 time frame?

A The user name was I think Jorgitito. And the password -- it's in my head I mean.

Q Was it Jorgitito8383?

A I believe so, yes.

Q What does Tito mean in Spanish?

A I'm just laughing about the name. The name that I assigned is a very, very little Jorge, and I'm laughing about it. I'm sorry.

Q Is that what Tito -- what does Tito mean in Spanish?

A That is the little of the little Jorge.

Q And what significance does that have with respect to you? Do they call you little Jorge or something like that?

A No, no.

Q So why did you pick that user name?

A No, no. Well, it's a long story. I have a friend -- well, he's a vendor from a ranch. His name is

Q (By Mr. Binns) I'll hand you what's been marked as Exhibit 22. Have you had a chance to review Exhibit 22?
A I'm looking at it. This is like password changes.
Q It's a document that was produced by J.F. Nut that you pulled from your Yahoo e-mail account, is it not?
A Did I get it or was it obtained in the case?
Q This came from J.F. Nut.
A Uh-huh. Yes, for this case from the attorneys.
Q That's right. And you got this document that's been marked as Exhibit 22 by logging onto your Yahoo e-mail account, correct?
A Yes, that's where it came from.
Q And what you did was you pulled down the history of your password changes, correct?
A Uh-huh, yes.
Q And the password changes that Exhibit 22 relates to is the Yahoo e-mail account, correct?
A Yes.
Q And this indicates that your password was first changed in November of 2008, right?
A Yes.
Q It was subsequently changed in June 2012, right?
A Yes.
Q It was subsequently changed again in 2014, June of 2014, right?

A Yes.
Q And then finally it was changed again in November of 2014, right?
A Yes.
Q Okay. And the events that gave rise to J.F. Nut's claims in this lawsuit occurred between December 2015 and March 2016, correct?
A Yes.
Q And in this instance you hadn't changed the password to your Yahoo e-mail account for over a year prior to that time period, had you?
A Yes, I have not.
Q And then you changed the password to your Yahoo e-mail again in April of 2016 after the issues that gave rise to this lawsuit, correct?
A Yes.
Q And you learned that there was an issue with respect to your Yahoo e-mail in early March of 2016, correct?
MR. TUTTLE: Objection, facts not in evidence.
THE REPORTER: Could you say the objection again?
MR. TUTTLE: Facts not in evidence. Assumes facts not in evidence.
A I'm sorry. Say that again.
Q (By Mr. Binns) Yeah. It was in early March of 2016

A I don't know what a password administrator is.
Q Password what? Oh, password administrator, okay.
To log in to your Yahoo e-mail account did you ever use a two-step verification process or a multi-factor authentication process?
A I believe so, because when you're creating your password, you enter what you want your password to be. It'll tell you if it's too weak. It'll tell you that or if it's medium or strong. So I would enter things that came to my mind to a series of characters in my mind to make it stronger.
Q Okay. My question was a little bit different.
To access your e-mail, did you have to do anything other than type in a password?
A User name. User name and password.
Q And nothing else, correct?
A To access my e-mail account, no. Well, in order to open my laptop, you have to enter a code or a password, and the same thing for my phone. But once I was in my e-mail account, there was nothing else to do other than user name and password.
Q Prior to March of 2016, were you aware that e-mails such as your Yahoo e-mail could be hacked?
A No, I didn't know anything like that. I thought that was fiction. Once, somebody told me that somebody hacked into the White House, but I wouldn't know exactly.

MR. BINNS: All right. Let's go off the record.

VIDEOGRAPHER: Going off the record, time is 1:36.

(Off-the-record discussion).

VIDEOGRAPHER: Back on the record, time is 1:38.

Q (By Mr. Binns) Exhibits 24 through 37 contain the invoices and purchase orders for the shipment of pecans that J.F. Nut contends it did not receive payment for from San Saba, L.P., correct?

A Yes.

Q I want to go to Exhibit 29 in particular.

A Yes.

(Deposition Exhibit Number 38 marked).

Q (By Mr. Binns) Now I'll hand you Exhibit 38.

A Yes.

Q Exhibit 38 is a document produced by J.F. Nut Company in this litigation, correct?

A Yes, this is it. This is my information.

Q Okay. And on Exhibit 38 it contains the correct wiring instructions for J.F. Nut Company, correct?

A I believe so. I don't know the Interbank Clabe number, but I believe so. This is my handwriting. This is the name, the city.

Q That's your handwriting?
A So it seems.
Q That's your handwriting on Exhibit 38, correct?
A Yes.
Q And at the top it says Right Bank, and on the right in your handwriting it says received by San Saba March 14th, invoice number 1090, right?
A Yes.
Q Okay. So you've already received payment for the invoice that's marked Exhibit 29, correct?
A Well, so it seems.
Q So J.F. Nut Company isn't seeking payment for Exhibit 29. Instead, it's just seeking payment for the other invoices from J.F. Nut that were in Exhibit 24 through 37, correct?
A Let me review these.
Q And just so it's clear I'm talking about Exhibit 29 and 38. You're welcome to look at whatever you want to, but Exhibit 29 and 38 are the A1090 invoice.
MR. TUTTLE: 29 and what? What was the other one? I'm sorry. 38 and 29, right?
MR. BINNS: Yeah.
Let's go off the record one more time.
VIDEOGRAPHER: Off the record, time is 1:43.
(Off-the-record discussion).

VIDEOGRAPHER: Back on the record, time is 1:51.

Q (By Mr. Binns) Mr. Flores, am I correct that J.F. Nut Company isn't seeking payment for the invoice marked Exhibit 29; instead, it's just seeking payment for the other invoices that are contained in Exhibits 24 through 37?

A Yes, I suppose so. I'm seeking payment for what I have not received.

Q Okay. At the beginning of this deposition, the court reporter put you under oath; do you remember that?

A Yes.

Q And you understand what it means to be under oath, that you're supposed to tell the truth and that you've sworn to do so, and that you could be subject to perjury or other penalties theoretically if you didn't tell the truth, correct?

A Yes, I know that I must tell the truth, and I'm doing so.

Q All right. And likewise, you understand when you give an affidavit that you're also testifying and verifying that under oath, correct?

A Yes.

(Deposition Exhibit Number 39 marked).

Q (By Mr. Binns) I'll hand you what's been marked as Exhibit 39. Do you see in Exhibit 39 the Original Complaint that was filed by J.F. Nut Company in this case?

the files.

Q If I was to ask you those same two questions of where you got the pecans from and how much you paid for them with respect to each of the remaining invoices that relate to shipments at issue in this litigation, would your answer be the same, that you don't know off the top of your head; you'd have to track it?

A Yes, that's correct. Yes, what I can tell you is that it was purchased at above-market price, that is these shipments were sold at a below cost -- actual cost, so there was some loss there.

Q And that was in part because some of those shipments were the crop from the year before, right?

A Yes.

Q J.F. Nut contends in this lawsuit that your Yahoo e-mail account was hacked; do you understand that?

A Let me see. Ask me that question again.

Q You understand that J.F. Nut contends in this lawsuit that your e-mail account, your Yahoo e-mail account was hacked, right?

A I suppose so. The only thing I'm asking for is payment for what I sent.

Q I understand. Do you believe your e-mail -- your Yahoo e-mail was hacked?

A I suppose so, because I went to San Saba, and they

showed it to me. I suppose so. I don't know it for a fact, but there are some e-mails that came out from my account which were not written by me. And I suppose that that means it was hacked.

Q Okay. And so tell me all the evidence that you believe indicates that your e-mail was hacked.

A And that's what I mean. There were some e-mails that were sent to us by San Saba by Mr. Lindquist showing some conversations from e-mails that were sent from my account that I didn't write.

Q So nothing else other than you've seen some e-mails that you believe came from your Yahoo account that you did not write? There is no other evidence you believe you have that supports your assertion that your Yahoo e-mail account was hacked, correct?

A When I discovered that somebody had e-mailed from my account, what I did was I opened my e-mail on my phone, and somebody was confirming some address in Mexico, somebody saying yes, please, whatever it said. And then it was signed by Jorge Flores, which I didn't do, but it was from my own e-mail. I saw it in my own phone.

Q When was that?

A I don't remember quite well exactly when, but it was one day before I went to San Saba to talk to the people there, Mr. Lindquist, and I don't remember who else. But that was

one -- that was probably the first week of March or so. That was one day before I went to San Saba.

When I discovered that, I called Mr. Lindquist, and he was kind enough to put his wife on the phone. She speaks Spanish. And she told me we did make the payment, but we didn't see it. So that's when we realized that something bad was happening.

Q My question is a little bit different. We've talked about why you think your Yahoo e-mail was hacked, and you've told me that one of the reasons is because you've seen e-mails that came from your Yahoo e-mail account that you did not send.

What else is there that you are relying upon to support your belief that your Yahoo e-mail account was hacked?

A I don't know. I don't know what other evidence. It was you all who came up with some addresses, some e-mail addresses where -- from which -- where some e-mails were coming from from South Africa or I don't know where else.

Q Okay. Is there anything else that you're relying upon to support your contention that your Yahoo e-mail account was hacked?

A I don't believe so. I don't remember at this time if there's anything else.

Q Did you personally do any investigation into whether

or not your e-mail was hacked?

A Well, I went to the FBI, I spoke to an agent, but I didn't get anything from that. I also called the banks in Mexico, but I got no answer from them either. Because I was told I was not the sender or the recipient, so I was one in a thousand people, but I was nobody in that transaction. So the person who had to ask for that information had to be either the sender or the recipient. So nobody was able to help me.

Q My question isn't what you did to try and find your money. My question is: What investigation did you do that supports your contention that your e-mail was hacked?

MR. TUTTLE: Objection, asked and answered.

A I don't know. I tried to get help from the FBI, and they couldn't help me. Apparently, this hacking subject is something that they're unable to handle. They didn't tell me or they couldn't tell me what I had to do or what the next step was for me to do.

Q (By Mr. Binns) Did you contact Yahoo?

A No.

Q Did J.F. Nut contact Yahoo?

A No.

Q Did J.F. Nut do any investigation into whether or not your e-mail account with Yahoo was hacked?

A No.

Q Did you or J.F. Nut take any steps to preserve the

information contained in your Yahoo e-mail account?

A I did not. The only thing I did was I turned off my computer, and I didn't access my e-mail. I was even afraid to turn it on.

Q I take it J.F. Nut didn't do anything either?

MR. TUTTLE: Objection, mischaracterizes his testimony.

Q (By Mr. Binns) Did you or J.F. Nut take any steps to preserve any login or access information related to your Yahoo account?

A I don't understand the question.

Q Well, you understand that you can get certain information from your Yahoo account, correct? And, in fact, you got some of it in that Exhibit that shows your password changes that we talked about earlier today.

A Yes. I got help. I got help from here.

Q From here? From San Antonio? Somebody in San Antonio?

A No, the law firm here.

Q Okay. So was any of your login or access information related to your Yahoo account ever preserved or retained?

A I don't understand. I don't know what that is. I don't know what the question is.

Q Let me ask it a different way. Do you know of

anyone who collected any information from your Yahoo e-mail account other than the information contained on Exhibit 22?

A Which one is Exhibit 22?

Q (Indicating).

A Oh, okay. Just attorneys.

Q The mobile device that you used during the time period prior to March of -- including March 2016 and before, do you still have that?

A No.

Q What happened to it?

A It didn't work. Well, at one point I used to charge it while I was sleeping. And then one morning I woke up and it wasn't working.

Q When was that?

A It had to be in November. November -- October or November 2016.

Q Okay. Between March of 2016 and October or November of 2016, did you, J.F. Nut or anybody else take any efforts -- undertake any efforts to preserve any information contained upon that mobile device?

A No, that wasn't done, because it stopped working. And there was some information saved on the computer, but it was part of the computer, not the e-mail or anything particular.

Q Has anybody, whether it be you or J.F. Nut or

anybody else, done anything to preserve any information contained upon the tablet that you used to access your Yahoo e-mail?

A Just what I told you, that some information was saved from the computer in a memory card. It was -- I don't even know where it ended up, but it was like this big (indicating).

Q So going back to my question that was dealing with the tablet though, nothing was done by anyone to retain any of the information on that tablet, right?

A No.

Q No, that's not right? Or yes, that is right?

A No one saved anything.

Q Same question with respect to your laptop computer. Has anyone, whether it be you or J.F. Nut or somebody else, done anything to preserve information contained on the laptop computer that you would check your Yahoo e-mail from?

A The only thing that was done was what I told you earlier. Everything was saved in a memory card or a memory drive that was this big. I bought it at Best Buy. And that was the only thing that was done regarding all those things.

Q So you did that yourself?

A No. A friend of mine who went with me to San Saba transferred information from the computer to the memory drive. We just waited for it to transfer out, and that's it.

Q And where is that memory drive today?
A It must be at home. I haven't seen it lately, because I don't -- I haven't seen it, but it must be at home.
Q Why did your friend transfer information from the computer onto the memory drive?
A Because we were going to San Saba that day. I believe they asked me to bring it with me. And on this case I didn't trust anybody, and I was told you know what, just in case anybody does anything to your computer, put all the information in a drive just in case.
Q Has anybody, whether it be you, J.F. Nut or somebody else, done anything to preserve information contained on the desktop computer at the front desk at J.F. Nut's headquarters that you would use?
A No, I don't believe so.
Q Did you ever -- has anybody, whether it be you, J.F. Nut or somebody else, run any diagnostics looking for malware or viruses on your mobile device, your tablet or your computer that you used to access your Yahoo e-mail?
A I don't believe so. I believe that antiviruses work by themselves. They're always checking until you get the message to renew, and then you have to renew. But I don't have somebody tracking down viruses or anything like that. I don't.
Q After you came to the conclusion that you thought

that I would endeavor to try and be done in an hour and a half or two hours. That's what I estimated it would be, but I didn't know for sure.

Now I'm done using my time. If you want time; you've got to give it back to me.

Q (By Mr. Binns) Armando Rivera, Exhibit 48, who is he?

A That's another pecan vendor.

Q In Exhibit 48 the text messages between Armando Rivera and who; who are they with?

A Juan Flores, my brother.

Q Okay. In Exhibit 48 there is text messages between somebody named Francisco -- I assume it's -- Carrillo. Is that right?

A Yes.

Q Okay. None of these text messages in Exhibit 48 are with you, correct?

A No, none of them. That's because my brother is the person who buys the most, and so people call him to try to collect.

(Deposition Exhibit Number 49 marked).

Q (By Mr. Binns) I'm going to hand you --

MR. BINNS: Objection, nonresponsive to everything after yes.

Q (By Mr. Binns) I'll hand you what's been marked as

Exhibit 49.
A Yes.
Q Exhibit 49 is from your Yahoo e-mail address, correct?
A Yes.
Q Did you send Exhibit 49?
A Yes.
Q Was this the initial e-mail to San Saba Pecan, L.P. where you were trying to get work -- start a relationship with them?
A Yes, I believe so. That's the -- what's most possible, because I'm introducing myself.
(Deposition Exhibit Number 50 marked).
Q (By Mr. Binns) I'll hand you what's been marked as Exhibit 50. Exhibit 50 come from your Yahoo e-mail address?
A Yes.
Q Did you write Exhibit 50, the e-mail that's at the top of that?
A Yes.
(Deposition Exhibit Number 51 marked).
Q (By Mr. Binns) I'll hand you what's been marked as Exhibit 51. Did exhibit -- the e-mail at the top of Exhibit 51 come from your Yahoo e-mail address?
A Yes.
Q Did you write that e-mail?

A Yes.

(Deposition Exhibit Number 52 marked).

Q (By Mr. Binns) I'll hand you a document marked Exhibit 52. At the top of Exhibit is an e-mail from you to Don Lindquist that came from your Yahoo e-mail address, correct?

A Yes.

Q Did you write that e-mail?

A Yes.

(Deposition Exhibit Number 53 marked).

Q (By Mr. Binns) I'll hand you what's been marked as Exhibit 53. This is an e-mail from your Yahoo e-mail address, correct?

A Yes.

Q Did you write Exhibit 53?

A Yes.

(Deposition Exhibit Number 54 marked).

Q (By Mr. Binns) I'll hand you what's been marked as Exhibit 54. Exhibit 54 is an e-mail string between you and Pam Mann, correct?

A Yes.

Q And in the bottom e-mail of Exhibit 54 Pam Mann at San Saba Pecan, L.P. asks for your payment information, correct?

A Yes.

Q And you provided it to her in Exhibit 54, right?
A Yes.
Q You wrote Exhibit 54, the e-mail at the top, correct?
A Yes.
Q Did it give you any concern to be sending your wiring instructions via e-mail?
A The information, no. I believe that I had to send it.
Q Okay. And you do business for J.F. Nut Company via e-mail and text primarily, correct?
A Yes.
(Deposition Exhibit Number 55 marked).
Q (By Mr. Binns) I'll hand you what's been marked as Exhibit 55. Am I -- it is correct that Exhibit 55 is an e-mail from your Yahoo e-mail address, and you wrote the one at the top of Exhibit 55, correct?
A Yes.
(Deposition Exhibit Number 56 marked).
Q (By Mr. Binns) Exhibit -- I'll hand you Exhibit 56. Exhibit 56 at the top of it contains an e-mail from you, and it came from your Yahoo e-mail address and you wrote it, correct?
A Yes.
MR. BINNS: Let's go off the record.

(Deposition Exhibit Number 69 marked).

Q (By Mr. Binns) I'll hand you what's been marked as Exhibit 69. 69 is an e-mail from your Yahoo e-mail address at the top, and you wrote that e-mail at the top, correct?

A Yes.

(Deposition Exhibit Number 70 marked).

Q (By Mr. Binns) Exhibit 70. At the top of Exhibit 70 has an e-mail from your Yahoo account, and you wrote that e-mail, correct?

A Yes.

(Deposition Exhibit Number 71 marked).

Q (By Mr. Binns) Exhibit 71 I've handed you is an e-mail from your Yahoo e-mail account, and it was written by you; is that correct?

A I suppose so.

Q Do you have any question about it?

A It seems familiar to me. I don't remember exactly the entire e-mail, but it seems familiar to me. The amount for a shipment and a $90 commission doesn't sound strange to me.

(Deposition Exhibit Number 72 marked).

Q (By Mr. Binns) Exhibit 72 is an e-mail from your Yahoo e-mail account, and you wrote it, correct?

A I believe so. Chase must be a freight company, right?

Q I believe it is.
A I don't remember who Chase is, and so I don't remember these thoughts.
Q I just handed you a document that's been marked as Exhibit 74.
(Deposition Exhibit Number 74 marked).
Q (By Mr. Binns) Does that refresh your memory as to whether or not you wrote Exhibit 72? That doesn't refresh your memory?
A It sounds to me like there was something like this that it makes sense. That we had a small detail or a situation with a transportation company.
But you went from 72 to 74. You skipped 73.
Q I know.
(Deposition Exhibit Number 73 marked).
Q (By Mr. Binns) Here's 73. Exhibit 73 is an e-mail from your Yahoo e-mail account that you wrote, correct?
A Yes.
Q Exhibit 73 relates to some of the pecans that are at issue in this lawsuit, right?
A So it seems, because it deals with some halves and some pieces. All sizes for halves and all sizes for pieces. So it seems like these are the pecans that weren't paid for.
(Deposition Exhibit Number 75 marked).
Q (By Mr. Binns) Exhibit 75 is an e-mail from your

the top of Exhibit 99 is an e-mail from your Yahoo account, and you wrote it, correct?

A Yes.

MR. BINNS: Let's go off the record.

VIDEOGRAPHER: Going off the record, time is 6:58.

(Short break).

(Deposition Exhibit Number 100 marked).

VIDEOGRAPHER: Back on the record, time is 7:11.

Q (By Mr. Binns) I've handed you what's been marked as Exhibit 100. At the top of it is an e-mail that came from your Yahoo e-mail address, correct?

A It goes out from my account and goes to Pamela.

Q Okay. Did you write the e-mail that's at the top of Exhibit 100?

A No. I did not write it.

(Deposition Exhibit Number 101 marked).

Q (By Mr. Binns) Exhibit 101 is an e-e-mail from your Yahoo e-mail account, correct?

A I'm looking at it and it's going out from my account.

Q Did you write Exhibit 101?

A I don't know.

Q What would you do to find out?

A I don't remember, but it doesn't seem to be strange to me. This is something that I could have written, because I was asking for payment. This is something that I could have written to Pamela.

(Deposition Exhibit Number 102 marked).

Q (By Mr. Binns) Exhibit 102 is another e-mail from Pam Mann to you at your Yahoo e-mail address telling you about a wire that's being sent today -- that day, correct?

A I believe this is the same one that you have shown to me in another Exhibit.

Q It's not. You're referring to Exhibit 83, correct?

A Uh-huh, yes.

Q Exhibit 83 is dated February 1st; whereas, the other one ...

A Uh-huh, it's not. Yes. It's simply yes, it says the same thing.

Q But it's different e-mails, right?

A Yes, yes.

(Deposition Exhibit Number 103 marked).

Q (By Mr. Binns) Hand you what's been marked as Exhibit 103. 103 is an e-mail from your e-mail account, correct, your Yahoo e-mail account?

A Yes. It shows here that it's going out from mine and it's going to Pamela.

Q Did you write the e-mail that's contained at the top

of Exhibit 103?

A No. No, I did not write it.

Q You didn't?

A No.

(Deposition Exhibit Number 104 marked).

Q (By Mr. Binns) I hand you what's been marked as Exhibit 104. At the top of Exhibit 104 is an e-mail from your Yahoo e-mail account, correct?

A Yes, it went out from my account.

Q Did you write the e-mail that's at the top of Exhibit 104?

A No.

Q Do you know who wrote it?

A I don't know. No, I don't know. I have no idea. I understand that was the hacker.

(Deposition Exhibit Number 105 marked).

Q (By Mr. Binns) Exhibit 105 is an e-mail. At the top of Exhibit 105 is an e-mail from your Yahoo e-mail address, correct?

A Yes, it went out from my account to Pamela's, but I didn't write this.

(Deposition Exhibit Number 106 marked).

Q (By Mr. Binns) I hand you what's been marked as Exhibit 106. 106 is an e-mail from your Yahoo e-mail account, correct?

**From:** Pamela Mann
**Sent:** Wednesday, February 17, 2016 9:57 AM
**To:** jorgeflores_jf@yahoo.com.mx
**Subject:** WIREjfnut
**Attachments:** WIREjfnut.doc

Going today

PENGAD 800-631-6989
EXHIBIT
102

WIRE TRANSFER INSTRUCTIONS

DATE 2/17/16

Banco : **Banamex branch 0647**
**Comonfort #406, colonia centro, Carmargo, chih, cp 33700**

RECEIVER **CLABE INTERBANK** : **002155064790016594**

AMOUNT: **$ 218,625.00** FUNCTION CODE: _____ REFERENCE#_____
**SWIFT #BNMXMXMM**

WIRE FEE: $______75.00______

ORIGINATOR NAME: San Saba Pecan, LP STREET ADD: 2803 W WALLACE

CITY: San Saba STATE: TX. TIN (IF NON-CUSTOMER)

ACCOUNT NO. TO DEBIT: [redacted]

BENEFICIARY: **JF NUT COMPANY** ID CODE:__

**ACCOUNT** [redacted]**659**

NAME: **JF NUT COMPANY** STREET ADDRESS: CALLE GONZALES ORTEGA # 1207

CITY: **CD. CARMARGO CHIH** *STATE* **MEXICO**

ORIGINATOR TO BENEFICIARY INFORMATION:

IF THROUGH OTHER BANK:

NAME OF BANK______________________ ABA NO______________________

ADDRESS:______________________

TO CREDIT:______________________ ACCOUNT NO:______________________

I understand that once this request has been processed, the funds will have been permanently transferred to the above Beneficiary and a stop payment order is impossible. This payment implements an agreement between the undersigned and the beneficiary. The bank is not a part of this agreement and has no obligation other than to wire transfer the funds in accordance with the request. I understand that wire transfer requests are handled expeditiously by the bank, but that there is no guarantee that this request will be completed by a specific time period.

Signature: ______________________

Printed Name: ______________________
inv a-1067

Recent activity

X

**Recent account access changes**

Password changed
on your account info page
Wed, Apr 13, 2016 12:40 PM CDT

Password changed
after account recovery via SMS code
Mon, Nov 10, 2014 11:00 AM CST

Password changed
on your account info page
Sun, Nov 9, 2014 4:50 PM CST

Password changed
after account recovery via SMS code
Sat, Nov 8, 2014 2:21 PM CST

Password changed
on your account info page
Thu, Jun 12, 2014 11:32 AM CDT

Password changed
on your account info page
Mon, Jun 18, 2012 11:11 AM CDT

Password changed
on your account info page
Mon, Jun 18, 2012 11:08 AM CDT

Password changed
on your account info page
Sun, Nov 30, 2008 8:05 PM CST

EXHIBIT
PENGAD 800-631-6989
22

**Factura** A1090
Certificado Digital 00001000000202506214
Folio Fiscal 4d8805bf-950f-4d98-b892-c0d1f0dc8415

**J. F. NUT COMPANY SA DE CV**
**R.F.C. JFN070227719**
Regimen General de Ley Personas Morales
Ben Perez No. 07
Cuatro Milpas C.P. 33759 Camargo
Camargo, Chihuahua México
Tel. 6484625933
e-Mail: jfloresnuez@prodigy.net.mx
Lugar de expedición: Camargo Chihuahua

**Cliente:**

| | | | |
|---|---|---|---|
| Fecha de Emisión: | 15/02/2016 18:03:41 | R.F.C.: | XEXX010101000 |
| Nombre o Razón Social: | SAN SABA PECAN LP | | |
| Calle: | 2803 W WALLACE | Número: | |
| Código Postal: | 76877 | Municipio: | SAN SABA |
| Estado: | TEXAS | País: | ESTADOS UNIDOS DE NORTE AMERICA |
| No. de Orden: | | Forma de Pago: | Pago en una sola exhibición |
| Método de pago: | NO IDENTIFICADO | Número de cuenta: | |
| Moneda: | USD | Tipo de Cambio: | 19.0392 |

**Conceptos:**

| Clave | Cantidad | Unidad de Medida | Descripción | Precio Unidad | Importe |
|---|---|---|---|---|---|
| | 5400.00 | LIBRAS | NUEZ SIN CASCARA EN PEDAZO CHICO, EN 180 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 3 PALLETS | 5.40 | 29,160.00 |
| | 9000.00 | LIBRAS | NUEZ SIN CASCARA EN PEDAZO MEDIANO, EN 300 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 5 PALLETS | 5.40 | 48,600.00 |
| | 14400.00 | LIBRAS | NUEZ SIN CASCARA EN PEDAZO GRANDE, EN 480 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 8 PALLETS | 5.40 | 77,760.00 |
| | 1800.00 | LIBRAS | NUEZ SIN CASCARA EN PEDAZO EXTRA GRANDE, EN 60 CAJAS DE 30 LIBRAS CADA UNA, EN 1 PALLET | 5.40 | 9,720.00 |
| | 1800.00 | LIBRAS | NUEZ SIN CASCARA EN MITADES JUMBO, EN 60 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 1 PALLET | 5.45 | 9,810.00 |
| | 1800.00 | LIBRAS | NUEZ SIN CASCARA EN MITADES JR, MAMMOTH, EN 60 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 1 PALLET | 5.45 | 9,810.00 |
| | 6300.00 | LIBRAS | NUEZ SIN CASCARA EN MITADES MAMMOTH, EN 210 CAJAS DE 30 LIBRAS CON BOLSA CADA UNA, EN 4 PALLETS | 5.45 | 34,335.00 |

| | |
|---|---|
| Subtotal : | 219,195.00 |
| Descuento : | 0.00 |
| **Total a pagar :** | **219,195.00** |

**Importe con letra:** Doscientos diecinueve mil ciento noventa y cinco dólares 00/100

**Observaciones:** TRANSPORTE: TRANSPORTES HERMANOS BELTRAN, PLACAS: 2043541, NUMERO ECONOMICO: 54010

**Información del Timbre Fiscal Digital**

| Certificado Digital SAT | Fecha de Certificación |
|---|---|
| 00001000000202693892 | 15/02/2016 18:03:41 |

Este documento es una representacion impresa d
Hoja 1 de 2

EXHIBIT 29
PENGAD 800-631-6989

**Cadena Original del Timbre**

||1.0|4d8805bf-950f-4d98-b892-c0d1f0dc8415|2016-02-15T18:03:41|ESaVKHYRH3/MoTkSxjDE1HeWazPoTXny6xOQUAXir7SPkCidRH1RK8HJTu/Q6FSdlR6uBACHaaw1+HKkwZ1YHG0atBZxZ3KN2b4+gWSVyYpoYB1qBvcdYXRgVKVNyBOvXhmPcLP5S5xObUmnFsEU8Ct0fiUXHWH/fWnaGg3ek/4-|00001000000202693892||

**Sello Digital del Emisor**

ESaVKHYRH3/MoTkSxjDE1HeWazPoTXny6xOQUAXir7SPkCidRH1RX8HJTu/Q6FSdlR6uBACHaaw1+HKkwZ1YHG0atBZr
Z3KN2b4+gWSVyYpoYB1qBvcdYXRgVKVNyBOvXhmPcLP5S5xObUmnFsEU8Ct0fiUXHWH/fWnaGg3ek/4-

**Sello Digital del SAT**

06uKI902nGV9Mp9EXp+cO+DeGIyjxWCkRaccNZ9XpvAOQZcX/K+VNSM26N0BrVEflinxG/2QQLdGJyKtB+oTsHtLFktn
/WDdPXKn4/SgVexle/Vaki0jr4MtGJuETpqKtGV+04jiNhEXHU1S9ellc/0jNRfmWGyY9NFRnFctmdU=

CRUZA POR: ZARAGOZA, SELLO: BB-405137, SCAC CODE: THBE, CAAT: 0584

Este documento es una representacion impresa de un CFDI
Hoja 2 de 2

**From:** Jorge Flores <jorgeflores_jf@yahoo.com.mx>
**Sent:** Wednesday, December 09, 2015 2:51 PM
**To:** Don Lindquist
**Subject:** JF Nut Pecans

Mr. Lindquist,

Let me introduce myself
This is Jorge Flores From JF Nut Co.
We have a pecan shelling plant in chihuahua, mex.
We have SQF Certificate, level 2 certified HACCP plan , code Edition 7.2
and Kosher certificate.

We can process 500,000 inshell pounds per week,about 3- 4 containers of halves and 1 of pieces weekly.
when we started production some years ago, we sold to San Saba Pecan inc. some pecans.
Today I talked with Ruben Parra and told me that Mr. Adams don´t work there anymore,
son we are trying to sell halves and pieces with very good quality.

Please let me know if you have any interest.

Best Regards!!!!

Jorge Flores

EXHIBIT 49

PENGAD 800-631-6989

**From:** Jorge Flores <jorgeflores_jf@yahoo.com.mx>
**Sent:** Wednesday, December 09, 2015 3:12 PM
**To:** Don Lindquist
**Subject:** Re: JF Nut Pecans

Mr. Lindquist,

You will be very welcome to visit our plant anytime.
We started with new crop processing last week, so we have not sell anything yet.
I would like to hear your really best Price, because here , all the buyers are
so agressive and we need to have competitive prices to face them.

Best Regards!!!

Jorge Flores

El Miércoles, 9 de diciembre, 2015 14:00:50, Don Lindquist <dlindquist@sansabapecan.com> escribió:

Hi Jorge... I hope you are doing well. Please advise what price you need on halves and pieces and we will see what we can do. I get down to Chihuahua periodically so I might be able to visit in the coming months.

Don

---

**From:** Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
**Sent:** Wednesday, December 09, 2015 1:51 PM
**To:** Don Lindquist
**Subject:** JF Nut Pecans

Mr. Lindquist,

Let me introduce myself
This is Jorge Flores From JF Nut Co.
We have a pecan shelling plant in chihuahua, mex.
We have SQF Certificate, level 2 certified HACCP plan , code Edition 7.2
and Kosher certificate.

We can process 500,000 inshell pounds per week,about 3- 4 containers of halves and 1 of pieces weekly.
when we started production some years ago, we sold to San Saba Pecan inc. some pecans.
Today I talked with Ruben Parra and told me that Mr. Adams don´t work there anymore,
son we are trying to sell halves and pieces with very good quality.

Please let me know if you have any interest.

EXHIBIT
PENGAD 800-631-6989
50

Best Regards!!!!

Jorge Flores

**From:** Jorge Flores <jorgeflores_jf@yahoo.com.mx>
**Sent:** Wednesday, December 09, 2015 5:06 PM
**To:** Don Lindquist
**Subject:** Re: JF Nut Pecans

Mr. Lindquist,

We really would like to work with you.
At this time we can offer to You 3-4 loads of halves jumbo, jr. Mammoth and Mammoth at $5.05 and pieces at $ 4.95
FOB El Paso Basis

Best Regards!!!!

Jorge Flores

El Miércoles, 9 de diciembre, 2015 13:16:44, Don Lindquist <dlindquist@sansabapecan.com> escribió:

Hi Jorge... Thanks for your reply. For right now, we are in good shape. After you start shelling, if you want to offer firm bids to us, please do so and we will try and get started. If that doesn't work, I completely understand. Thank you for your interest in San Saba Pecan.

Don

---

**From:** Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
**Sent:** Wednesday, December 09, 2015 2:12 PM
**To:** Don Lindquist
**Subject:** Re: JF Nut Pecans

Mr. Lindquist,

You will be very welcome to visit our plant anytime.
We started with new crop processing last week, so we have not sell anything yet.
I would like to hear your really best Price, because here , all the buyers are
so agressive and we need to have competitive prices to face them.

Best Regards!!!

Jorge Flores

EXHIBIT 51
PENGAD 800-631-6989

El Miércoles, 9 de diciembre, 2015 14:00:50, Don Lindquist <dlindquist@sansabapecan.com> escribió:

Hi Jorge... I hope you are doing well. Please advise what price you need on halves and pieces and we will see what we can do. I get down to Chihuahua periodically so I might be able to visit in the coming months.

Don

---

**From:** Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
**Sent:** Wednesday, December 09, 2015 1:51 PM
**To:** Don Lindquist
**Subject:** JF Nut Pecans

Mr. Lindquist,

Let me introduce myself
This is Jorge Flores From JF Nut Co.
We have a pecan shelling plant in chihuahua, mex.
We have SQF Certificate, level 2 certified HACCP plan , code Edition 7.2
and Kosher certificate.

We can process 500,000 inshell pounds per week,about 3- 4 containers of halves and 1 of pieces weekly.
when we started production some years ago, we sold to San Saba Pecan inc. some pecans.
Today I talked with Ruben Parra and told me that Mr. Adams don´t work there anymore,
son we are trying to sell halves and pieces with very good quality.

Please let me know if you have any interest.

Best Regards!!!!

Jorge Flores

**From:** Jorge Flores <jorgeflores_jf@yahoo.com.mx>
**Sent:** Wednesday, December 09, 2015 6:34 PM
**To:** Don Lindquist
**Subject:** Re: JF Nut Pecans

Mr. Lindquist,

How long do you think it will take the COAS?

Regards!!!

Jorge Flores

El Miércoles, 9 de diciembre, 2015 15:11:11, Don Lindquist <dlindquist@sansabapecan.com> escribió:

I can take these but I would like for you to look at my specs.... If you agree, I will send you some POs. I will send the specs on the next email.
Payment would be after we rec'v a clear COA from our independent lab.

Don

---

**From:** Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
**Sent:** Wednesday, December 09, 2015 4:06 PM
**To:** Don Lindquist
**Subject:** Re: JF Nut Pecans

Mr. Lindquist,

We really would like to work with you.
At this time we can offer to You 3-4 loads of halves jumbo, jr. Mammoth and Mammoth at $5.05 and pieces at $ 4.95
FOB El Paso Basis

Best Regards!!!!

Jorge Flores

El Miércoles, 9 de diciembre, 2015 13:16:44, Don Lindquist <dlindquist@sansabapecan.com> escribió:

EXHIBIT 52
PENGAD 800-631-6989

Hi Jorge... Thanks for your reply. For right now, we are in good shape. After you start shelling, if you want to offer firm bids to us, please do so and we will try and get started. If that doesn't work, I completely understand. Thank you for your interest in San Saba Pecan.

Don

---

**From:** Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
**Sent:** Wednesday, December 09, 2015 2:12 PM
**To:** Don Lindquist
**Subject:** Re: JF Nut Pecans

Mr. Lindquist,

You will be very welcome to visit our plant anytime.
We started with new crop processing last week, so we have not sell anything yet.
I would like to hear your really best Price, because here , all the buyers are
so agressive and we need to have competitive prices to face them.

Best Regards!!!

Jorge Flores

El Miércoles, 9 de diciembre, 2015 14:00:50, Don Lindquist <dlindquist@sansabapecan.com> escribió:

Hi Jorge... I hope you are doing well. Please advise what price you need on halves and pieces and we will see what we can do. I get down to Chihuahua periodically so I might be able to visit in the coming months.

Don

---

**From:** Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
**Sent:** Wednesday, December 09, 2015 1:51 PM
**To:** Don Lindquist
**Subject:** JF Nut Pecans

Mr. Lindquist,

Let me introduce myself
This is Jorge Flores From JF Nut Co.
We have a pecan shelling plant in chihuahua, mex.
We have SQF Certificate, level 2 certified HACCP plan , code Edition 7.2
and Kosher certificate.

We can process 500,000 inshell pounds per week,about 3- 4 containers of halves and 1 of pieces weekly.
when we started production some years ago, we sold to San Saba Pecan inc. some pecans.
Today I talked with Ruben Parra and told me that Mr. Adams don´t work there anymore,
son we are trying to sell halves and pieces with very good quality.

Please let me know if you have any interest.

Best Regards!!!!

Jorge Flores

**From:** Jorge Flores <jorgeflores_jf@yahoo.com.mx>
**Sent:** Thursday, December 10, 2015 1:48 PM
**To:** Don Lindquist
**Subject:** Re: JF Nut Pecans

Mr. Lindquist,
To review, if You are agree could You send Me 1 P.O for halves
450 cases Fcy. jumbo halves
450 cases Fcy. jr. Mammoth halves
450 cases Fcy. Mammoth halves

At $5.05 FOB El Paso,Tx
and I am agree with your specs of Quality received
I will check the freight to San Saba, Tx and You cover the cost of it.
I would like You Know our product.

Best Regards!!!!

Jorge Flores

El Jueves, 10 de diciembre, 2015 9:33:48, Don Lindquist <dlindquist@sansabapecan.com> escribió:

Meats all come to:

2803 W. Wallace St.
San Saba, TX 76877

---

**From:** Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
**Sent:** Thursday, December 10, 2015 10:29 AM
**To:** Don Lindquist
**Subject:** Rv: JF Nut Pecans

Mr. Lindquist
Good Morning,
Do you have an address in El Paso to receive?

EXHIBIT 53
PENGAD 800-631-6989

Best Regards!!!!

Jorge Flores

El Miércoles, 9 de diciembre, 2015 16:40:20, Jorge Flores <jorgeflores_jf@yahoo.com.mx> escribió:

El Miércoles, 9 de diciembre, 2015 16:34:01, Jorge Flores <jorgeflores_jf@yahoo.com.mx> escribió:

Mr. Lindquist,

How long do you think it will take the COAS?
About the pieces, do you take all the sizes?
We don't have problems with the specs, that's fine

Regards!!!

Jorge Flores

El Miércoles, 9 de diciembre, 2015 15:11:11, Don Lindquist <dlindquist@sansabapecan.com> escribió:

I can take these but I would like for you to look at my specs.... If you agree, I will send you some POs. I will send the specs on the next email.
Payment would be after we rec'v a clear COA from our independent lab.

Don

---

**From:** Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
**Sent:** Wednesday, December 09, 2015 4:06 PM
**To:** Don Lindquist
**Subject:** Re: JF Nut Pecans

Mr. Lindquist,

We really would like to work with you.
At this time we can offer to You 3-4 loads of halves jumbo, jr. Mammoth and Mammoth at $5.05 and pieces at $ 4.95
FOB El Paso Basis

Best Regards!!!!

Jorge Flores

El Miércoles, 9 de diciembre, 2015 13:16:44, Don Lindquist <dlindquist@sansabapecan.com> escribió:

Hi Jorge... Thanks for your reply. For right now, we are in good shape. After you start shelling, if you want to offer firm bids to us, please do so and we will try and get started. If that doesn't work, I completely understand. Thank you for your interest in San Saba Pecan.

Don

**From:** Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
**Sent:** Wednesday, December 09, 2015 2:12 PM
**To:** Don Lindquist
**Subject:** Re: JF Nut Pecans

Mr. Lindquist,

You will be very welcome to visit our plant anytime.
We started with new crop processing last week, so we have not sell anything yet.
I would like to hear your really best Price, because here , all the buyers are
so agressive and we need to have competitive prices to face them.

Best Regards!!!

Jorge Flores

El Miércoles, 9 de diciembre, 2015 14:00:50, Don Lindquist <dlindquist@sansabapecan.com> escribió:

Hi Jorge... I hope you are doing well. Please advise what price you need on halves and pieces and we will see what we can do. I get down to Chihuahua periodically so I might be able to visit in the coming months.

Don

---

**From:** Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
**Sent:** Wednesday, December 09, 2015 1:51 PM
**To:** Don Lindquist
**Subject:** JF Nut Pecans

Mr. Lindquist,

Let me introduce myself
This is Jorge Flores From JF Nut Co.
We have a pecan shelling plant in chihuahua, mex.
We have SQF Certificate, level 2 certified HACCP plan , code Edition 7.2
and Kosher certificate.

We can process 500,000 inshell pounds per week,about 3- 4 containers of halves and 1 of pieces weekly.
when we started production some years ago, we sold to San Saba Pecan inc. some pecans.
Today I talked with Ruben Parra and told me that Mr. Adams don´t work there anymore,
son we are trying to sell halves and pieces with very good quality.

Please let me know if you have any interest.

Best Regards!!!!

Jorge Flores

**From:** Jorge Flores <jorgeflores_jf@yahoo.com.mx>
**Sent:** Thursday, December 10, 2015 3:14 PM
**To:** Pamela Mann
**Subject:** Re: address

Hellow Pam,

My Address is
Calle Gonzales Ortega #1207
Cd. Camargo,Chih.
c.p 33700
The Bank info for deposit:

JF Nut Company, S. A. de C. V.

Sucursal: 0647

Cuenta: [redacted]659

Clabe interbancaria: [redacted]016594

Código Swift: BNMXMXMM

Banco: Banamex, Dirección: Comonfort # 406, Colonia Centro, Camargo, Chih, C.P. 33700

If you have additional questions please let me know

Best Regards!!!!

Jorge Flores

EXHIBIT 54
PENGAD 800-631-6989

El Jueves, 10 de diciembre, 2015 12:42:00, Pamela Mann <pmann@sansabapecan.com> escribió:

Good afternoon.
Don Lindquist has ask me to send you a po for a load of pecan meats. I need your address and payment information please.
I also need to know when this product will be shipping?

Thanks
Pam Mann
San Saba Pecan
2803 W Wallace
San Saba, Texas 76877
325-372-5727

**From:** Jorge Flores <jorgeflores_jf@yahoo.com.mx>
**Sent:** Thursday, December 10, 2015 8:23 PM
**To:** Pamela Mann
**Subject:** Re: po

Pamela, Good night

Could you please provide me the export information of your company?
Do you have that number?

Regards!!!

Jorge Flores

El Jueves, 10 de diciembre, 2015 14:27:11, Pamela Mann <pmann@sansabapecan.com> escribió:

-----Original Message-----
From: Pamela Mann
Sent: Thursday, December 10, 2015 4:27 PM
To: Pamela Mann
Subject: Emailing: 20151210162415

Your message is ready to be sent with the following file or link attachments:

20151210162415

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

EXHIBIT
55
PENGAD 800-631-6989

**From:** Jorge Flores <jorgeflores_jf@yahoo.com.mx>
**Sent:** Monday, December 14, 2015 5:19 PM
**To:** Pamela Mann
**Subject:** Asunto: po

Hello Pamela,
Just to let you know that the load #1
will be delivering tomorrow.

Best Regards!!!

Jorge Flores

---

**From:** Pamela Mann <pmann@sansabapecan.com>;
**To:** Jorge Flores <jorgeflores_jf@yahoo.com.mx>;
**Subject:** RE: po
**Sent:** Fri, Dec 11, 2015 8:36:34 PM

Tx-14-1868007

---

**From:** Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
**Sent:** Friday, December 11, 2015 2:35 PM
**To:** Pamela Mann
**Subject:** Re: po

Pamela,

Do I need your Tax ID Number?

El Viernes, 11 de diciembre, 2015 11:58:50, Pamela Mann <pmann@sansabapecan.com> escribió:

San Saba Pecan LP

2803 W Wallace

San Saba, Texas 76877

EXHIBIT 56
PENGAD 800-631-6989

325-372-5727

---

**From:** Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
**Sent:** Friday, December 11, 2015 1:55 PM
**To:** Pamela Mann
**Subject:** Re: po

Hello Pamela,

Could you provide to me the whole information, address, invoicing info,etc.?

Regards!!!

Jorge Flores

El Viernes, 11 de diciembre, 2015 5:30:01, Pamela Mann <pmann@sansabapecan.com> escribió:

San Saba Pecan LP

# 12378662616

---

**From:** Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
**Sent:** Thursday, December 10, 2015 8:23 PM
**To:** Pamela Mann
**Subject:** Re: po

Pamela, Good night

Could you please provide me the export information of your company?

Do you have that number?

Regards!!!

Jorge Flores

El Jueves, 10 de diciembre, 2015 14:27:11, Pamela Mann <pmann@sansabapecan.com> escribió:

-----Original Message-----
From: Pamela Mann
Sent: Thursday, December 10, 2015 4:27 PM
To: Pamela Mann
Subject: Emailing: 20151210162415

Your message is ready to be sent with the following file or link attachments:

20151210162415

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

**From:** Jorge Flores <jorgeflores_jf@yahoo.com.mx>
**Sent:** Wednesday, January 27, 2016 7:37 PM
**To:** Pamela Mann
**Subject:** Re: freight invoice

Pamela,
I asked Chase and they say the payment should be to an other company.

Tomorrow they will contact you .

Regards!!!

Jorge Flores

El Miércoles, 27 de enero, 2016 16:12:33, Pamela Mann <pmann@sansabapecan.com> escribió:

Please see attached freight invoice do we pay chase? If so I need a mailing address.
Thanks
pam
Your message is ready to be sent with the following file or link attachments:

20160127161037

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

PENGAD 800-631-6989 EXHIBIT 72

**From:** Jorge Flores <jorgeflores_jf@yahoo.com.mx>
**Sent:** Tuesday, February 16, 2016 7:40 AM
**To:** Pamela Mann
**Subject:** Re: Coa's and Payment
**Attachments:** JF Nut Wire Instruction.jpg

Hello Pamela,
Sorry for the short notice, our account is not active to receive payment due to bogus checks received from customers said
by our banker. We would appreciate if payment is made to our Financial Controller's account and wire confirmation should
be forwarded to me for record purpose. Attached is the wire instruction.

Best Regards!!!!

Jorge Flores

El Lunes, 15 de febrero, 2016 23:23:00, jorgeflores_jf <jorgeflores_jf@yahoo.com.mx> escribió:

Thanks Pamela,
Early morning today one load were delivered at your plant.
Best Regards!!!!

Jorge Flores

Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone

Thanks Pamela,
Early morning today one load were delivered at your plant.
Best Regards!!!!

Jorge Flores

Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone
<br><br><div>-------- Original message --------</div><div>From: Pamela Mann <pmann@sansabapecan.com> </div><div>Date:02/15/2016 12:50 (GMT-07:00) </div><div>To: Jorge Flores <jorgeflores_jf@yahoo.com.mx> </div><div>Subject: RE: Coa's and Payment </div><div><br></div>
Yes we are working today. my guys go home at 6 pm so if loads are here by 5 pm they will unload. We can receive any day Monday thr Friday as long as trucks are here by 5 pm.

Coa's take 7 to 10 business days. So if truck is here early in the morning sample should go out the same day. if trucks are late in the day sample should go out the next morning except on Fridays.
Thanks
pam

From: Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]

EXHIBIT
100
PENGAD 800-631-6989

Sent: Monday, February 15, 2016 1:30 PM
To: Pamela Mann
Subject: Re: Coa's and Payment

Pamel

Yes we are working today. my guys go home at 6 pm so if loads are here by 5 pm they will unload. We can receive any day Monday thr Friday as long as trucks are here by 5 pm.

Coa's take 7 to 10 business days. So if truck is here early in the morning sample should go out the same day. if trucks are late in the day sample should go out the next morning except on Fridays.
Thanks
pam

From: Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
Sent: Monday, February 15, 2016 1:30 PM
To: Pamela Mann
Subject: Re: Coa's and Payment

Pamel

BBVA Bancomer

AVENIDA RICARDO FLORES MAGON NO 799 Loc 11 Col Ramos 16 FEBRUARY 2016

To whom it may concern:

By means of this document, the following information is made of their knowledge:

Beneficiary Name: JUDE OKOH
Account Number: [redacted]2345
Interbank CLABE: [redacted]23451
Swift Code: BCMRMXMM
Bank Name: BBVA Bancomer
Bank Address: 799 Loc 11 Col Ramos Millan ciudad de Mexico, Distrito Federal 08000 iztacalco

No more for now, I am at your service.

Vicente M. Rodero
Gerente de Sucursal
337.29

**From:** jorgeflores_jf <jorgeflores_jf@yahoo.com.mx>
**Sent:** Tuesday, February 16, 2016 7:56 PM
**To:** Pamela Mann
**Subject:** COAS and Payment

Pammela,
How are you?
Just checking with you if you make the deposit?
We just checked and we didn't received it.

Best Regards

Jorge Flores

Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone

EXHIBIT
PENGAD 800-631-6989
101

**From:** Pamela Mann
**Sent:** Wednesday, February 17, 2016 9:57 AM
**To:** jorgeflores_jf@yahoo.com.mx
**Subject:** WIREjfnut
**Attachments:** WIREjfnut.doc

Going today

EXHIBIT
102
PENGAD 800-631-6989

WIRE TRANSFER INSTRUCTIONS

DATE 2/17/16

Banco : **Banamex branch 0647**
**Comonfort #406, colonia centro, Carmargo, chih, cp 33700**

RECEIVER **CLABE INTERBANK** : [redacted]**6594**

AMOUNT: **$ 218,625.00** FUNCTION CODE: _____ REFERENCE#_____
**SWIFT #BNMXMXMM**

WIRE FEE: $ 75.00

ORIGINATOR NAME: San Saba Pecan, LP STREET ADD: 2803 W WALLACE

CITY: San Saba STATE: TX TIN (IF NON-CUSTOMER)

ACCOUNT NO. TO DEBIT: [redacted]

BENEFICIARY: **JF NUT COMPANY** ID CODE:__

**ACCOUNT #**[redacted]**659**

NAME: **JF NUT COMPANY** STREET ADDRESS: CALLE GONZALES ORTEGA # 1207

CITY: **CD. CARMARGO CHIH** *STATE* **MEXICO**

ORIGINATOR TO BENEFICIARY INFORMATION:

IF THROUGH OTHER BANK:

NAME OF BANK______________________ ABA NO______________________

ADDRESS:______________________

TO CREDIT:______________________ ACCOUNT NO:______________________

I understand that once this request has been processed, the funds will have been permanently transferred to the above Beneficiary and a stop payment order is impossible. This payment implements an agreement between the undersigned and the beneficiary. The bank is not a part of this agreement and has no obligation other than to wire transfer the funds in accordance with the request. I understand that wire transfer requests are handled expeditiously by the bank, but that there is no guarantee that this request will be completed by a specific time period.

Signature: ______________________

Printed Name: ______________________
inv a-1067