# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| J.F. NUT COMPANY,<br>Plaintiff,<br>VS.<br>SAN SABA PECAN EXPORTS CORPORATION AND SAN SABA PECAN, LP,<br>Defendant | CAUSE ACTION NO. 1:17-CV-405-SS |

ORAL DEPOSITION OF

MR. JAMES K. SHAHAN

MAY 1, 2018

VOLUME 1 OF 1

ORAL DEPOSITION OF MR. JAMES K. SHAHAN, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on May 1, 2018, from 4:22 p.m. to 8:10 p.m., before Carol A. Curtis, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Thompson & Knight, LLP, 1722 Routh Street, Suite 1500, Dallas, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions attached hereto or stated on the record.

A P P E A R A N C E S

FOR THE PLAINTIFF:

Mr. Michael D. Tuttle
ESPINOZA LAW FIRM, PLLC
2211 Danbury Street
San Antonio, Texas 78217
Telephone: (210) 229-1300
Facsimile: (210) 229-1302
michael@espinozafirm.com

FOR THE DEFENDANT:

Mr. Gregory D. Binns
THOMPSON & KNIGHT, LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751
gregory.binns@tklaw.com

ALSO PRESENT: Mr. Donald K. Lindquist, III

# I N D E X

Appearances . . . . . . . . . . . . . . . . . . . . . 2
Stipulations . . . . . . . . . . . . . . . . . . . . 7
MR. JAMES K. SHAHAN
Direct Examination by Mr. Tuttle . . . 7
Cross-Examination by Mr. Binns . . . . 116
Redirect Examination by Mr. Tuttle . . 120
Recross-Examination by Mr. Binns . . . 134
Redirect Examination by Mr. Tuttle . . 140
Recross-Examination by Mr. Binns . . . 144
Signature Page . . . . . . . . . . . . . . . . . . 150
Reporter's Certificate . . . . . . . . . . . . . . 151

E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 15 | Wire transfer instructions dated February 17, 2016 (Bates No. San Saba 00000482) (Previously marked) | 34 |
| 136 | Arrowhead Bank account statement dated January 29, 2016, to February 29, 2016 (Bates Nos. San Saba 00000476 through San Saba 00000477) (Previously marked) | 82 |
| 140 | J.F. Nut Company invoice (Bates No. 000018) (Previously marked) | 80 |
| 141 | Freight bill (Bates No. 000022) (Previously marked) | 80 |
| 142 | Pedimento (Bates No. 000023) (Previously marked) | 80 |
| 143 | Certificate of origin (Bates No. 000025) (Previously marked) | 80 |
| 144 | Finished product shipment format (Bates No. 00017) (Previously marked) | 80 |
| 145 | San Saba Pecan, LP, check request dated January 19, 2016, and attachments (Bates Nos. San Saba 00000451 through San Saba 00000459) (Previously marked) | 69 |
| 146 | E-mail dated April 21, 2016, and attached spreadsheet (Bates Nos. San Saba 00001713 through San Saba 00001714) (Previously marked) | 61 |
| 147 | Federal Bureau of Investigation public service announcement dated January 22, 2015 (Previously marked) | 55 |

E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 148 | Federal Bureau of Investigation public service announcement dated August 27, 2015 (Previously marked) | 55 |
| 149 | E-mail dated March 28, 2016 (Bates Nos. San Saba 00000262 through San Saba 00000263) (Previously marked) | 55 |
| 151 | San Saba, LP, check request dated February 17, 2016, and attachments (Bates Nos. San Saba 00000417 through San Saba 00000424) | 85 |
| 152 | San Saba, LP, check request dated February 25, 2016, and attachments (Bates Nos. San Saba 00000409 through San Saba 00000416) | 86 |
| 153 | San Saba, LP, check request dated February 25, 2016, and attachments (Bates Nos. San Saba 00000400 through San Saba 00000408) | 86 |
| 154 | San Saba, LP, check request dated February 25, 2016, and attachments (Bates Nos. San Saba 00000391 through San Saba 00000399) | 87 |
| 155 | San Saba, LP, check request dated March 15, 2016, and attachments (Bates Nos. San Saba 00000371 through San Saba 00000380) | 87 |
| 156 | San Saba, LP, check request dated February 22, 2016, and attachments (Bates Nos. San Saba 00000425 through San Saba 00000432) | 88 |
| 157 | Wire transfer instructions date February 18, 2016 (Bates No. San Saba 00000483) | 111 |

# E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 158 | Wire transfer instructions date February 26, 2016 (Bates No. San Saba 00000484) | 111 |
| 159 | Wire transfer instructions date February 29, 2016 (Bates No. San Saba 00000488) | 112 |
| 160 | Wire transfer instructions date March 4, 2016 (Bates No. San Saba 00000491) | 113 |
| 161 | Supplier information packet (Bates Nos. San Saba 00000910 through San Saba 00000913, San Saba 00000726, and San Saba 00000902 through San Saba 00000903) | 130 |

A G R E E M E N T S

THE REPORTER: Today's date is May 1st, 2018. The time is approximately 4:22 p.m. We are located in Dallas, Texas.

This is the oral deposition of Mr. James Shahan, in the matter of J.F. Nut Company vs. San Saba Pecan Exports Corporation and San Saba Pecan, LP, in the United States District Court for the Western District of Texas, Austin Division, Cause No. 1:17-CV-405-SS. My name is Carol Curtis, certified shorthand reporter, representing Kim Tindall & Associates, Inc., 16414 San Pedro, Suite 900, San Antonio, Texas.

Will all counsel present please state their appearances and whom they represent and any stipulations, and then I will swear the witness.

MR. BINNS: Greg Binns for San Saba Pecan, LP, and San Saba Pecan Exports Corporation.

MR. TUTTLE: Mike Tuttle for the Plaintiff, J.F. Nut Company.

MR. JAMES K. SHAHAN,

having been first duly sworn, testified as follows:

DIRECT EXAMINATION

BY MR. TUTTLE:

Q. Will you please state your name for the record?

A. Full name is James Keith Shahan. I go by Keith.

Q. Are you the I, the II, the III?
A. I'm the one and only.
Q. Do you have a son who's also a CPA?
A. I have a son who's a CPA. I have two sons who are CPAs.
Q. Well, lucky you.
A. They're twins.
Q. Really?
A. Yeah.
Q. Well, congratulations.
A. One practices publicly. The other is in industry.
Q. What are their names?
A. Kevin Lee and Brian Keith.
Q. The only reason I ask, because when I was looking up -- when I was Googling your name, I kept on coming across other Shahans who are CPAs in San Saba?
A. Yeah. Well, there's only one in San Saba. The other one is up here in Dallas. I also have a sister that's a CPA.
Q. Numbers run in the family. Mr. Shahan, what -- do you have a driver's license on you?
A. Yeah.
Q. May I see it, please?
A. (Witness tenders document.)

yes.
Q. And -- but as you sit here today, in response to those -- to you reading those articles and those issues being brought to your attention through your continuing education, you didn't do anything to try to contact Don or -- or someone else within San Saba to try to do something affirmatively to prevent against those risks?
A. No, I did not.
Q. And the person that would have been -- the person that a change in payment instructions had to go through was Pamela, correct?
A. It started with her, yes.
Q. And I'm talking about back at the time of --
A. Yes.
Q. -- this. Would you have to sign off on a change for payment instructions?
A. Most of the time, she would bring it to me --
Q. Okay.
A. -- and say, We've got a change in wire instructions.
Q. Do you know in this particular case as it relates to J.F. Nut and the -- the change in payment instructions, in this case, whether she brought those changes to you to sign off on?
A. She brought me the e-mail that basically read

that they had had trouble with their bank. Would you please send the money to my financial accountant, Jude Okoh.

Q. And did that raise any red flags in your mind?

A. No, because it's not the first time it had ever happened.

Q. Did you instruct her to try to get a confirmation through Don or through some other method of that change, some method other than e-mail of that change?

A. Nothing other than e-mail, no. And I think she did try to get a confirmation, but she did it through e-mail.

Q. And at the time, knowing about the risk of phishing where someone can take control over someone's computer, knowing that risk, did you think about -- before approving that change in payment, did you think about trying to ask her, being Pamela, to change or to get some other confirmation through a means other than e-mail before approving that?

A. Up to this point, we had never had a problem with an e-mail not -- I mean, with a wire transfer not getting to the person that it was supposed to go to. In most cases, they sent us instructions by e-mail, so I didn't think that it was necessary to do anything else. I had an e-mail, and it came from him.

Q. And -- and you could have sent a text, correct?
A. Possibly.
Q. And it's -- and it's -- is it your testimony that under no circumstances could have anybody at San Saba called anybody in Mexico to try to figure out whether or not the -- the instructions should be -- should be changed?
A. I think if that was the only case where we had -- ever had a Mexican entity change wiring instructions, we might have probably done a little more investigation, but it happened all the time with the Mexican entities.
Q. And so in light of that fact, wouldn't it be incumbent upon San Saba even more to try to make sure that there's that additional layer of protection under those circumstances?
A. If we had never had an instance before where any of the Mexican entities had changed wiring instructions and didn't get their money, then maybe we might have been a little bit more diligent, but we had never had that happen in the past.
Q. Well, you -- you've already testified previously that you're aware of the risks posed by phishing, correct?
A. Everybody has risks from phishing.
Q. Sure. And because of everybody has risks for