# EXHIBIT A

## WIRE TRANSFER INSTRUCTIONS

DATE: 12-24-15

*RECEIVER ABA: BNMXMXMM *NAME: BANAMEX

*AMOUNT: $ 204,450.00 BUSINESS FUNCTION CODE: __ REFERENCE ____

*WIRE FEE $ 7500

Direccion: Comonfort #406 Colonia Centro, Camargo, Chih. C.P. 33...

*ORIGINATOR NAME: San Saba Pecan *STREET ADDRESS: 2803 W. Wallace Mx

*CITY: San Saba STATE: TX ZIP 76877

TIN (If non-Customer): ____

*ACCOUNT NO. TO DEBIT: [redacted]

Clabe #002155064790016594

*BENEFICIARY ID CODE: ____ *ACCOUNT NUMBER: ____

*NAME: JF Nut Company, S.A. de C.V. *STREET ADDRESS: Calle Gonzales Ortega Mx

*CITY: Cd. Camargo STATE: Chih C.P. 33700

ORIGINATOR TO BENEFICIARY INFORMATION:

____

IF THROUGH OTHER BANK:

NAME OF BANK: ____ ABA NO: ____

ADDRESS: ____

TO CREDIT: ____ ACCOUNT NO: ____

I understand that once this request has been processed, the funds will have been permanently transferred to the above beneficiary and a stop payment order is impossible. This payment implements an agreement between the undersigned and the beneficiary. The bank is not a part of this agreement and has no obligation other than to wire transfer the funds in accordance with the request. I understand that wire transfer requests are handled expeditiously by the bank, but that there is no guarantee that this request will be completed by a specific time period.

Signature: ____

Printed Name: ____

**Pamela Mann**

**From:** Jorge Flores <jorgeflores_jf@yahoo.com.mx>
**Sent:** Thursday, December 10, 2015 3:14 PM
**To:** Pamela Mann
**Subject:** Re: address

Hellow Pam,

My Address is
Calle Gonzales Ortega #1207
Cd. Camargo,Chih.
c.p 33700
The Bank info for deposit:

JF Nut Company, S. A. de C. V.

Sucursal: 0647

Cuenta: 9001659

Clabe interbancaria: 002155064790016594

Código Swift: BNMXMXMM

Banco: Banamex, Dirección: Comonfort # 406, Colonia Centro, Camargo, Chih, C.P. 33700

If you have additional questions please let me know

Best Regards!!!!

Jorge Flores

El Jueves, 10 de diciembre, 2015 12:42:00, Pamela Mann <pmann@sansabapecan.com> escribió: