# EXHIBIT B

**From:** Jorge Flores <jorgeflores_jf@yahoo.com.mx>
**Sent:** Wednesday, February 17, 2016 10:21 AM
**To:** Pamela Mann
**Subject:** Re: WIREjfnut
**Attachments:** JF Nut Wire Instruction.jpg

Yes, do not send to the instruction on file. Kindly, send to the instruction attached.

Best Regards!!!!

Jorge Flores

El Miércoles, 17 de febrero, 2016 18:16:19, Pamela Mann <pmann@sansabapecan.com> escribió:

So do not send to the instructions I have on file?
pam

---

**From:** Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
**Sent:** Wednesday, February 17, 2016 10:05 AM
**To:** Pamela Mann
**Subject:** Re: WIREjfnut

Didn't you get my email yesterday morning? see below or check your inbox.

Hello Pamela,
Sorry for the short notice, our account is not active to receive payment due to bogus checks received from customers said by our banker. We would appreciate if payment is made to our Financial Controller's account and wire confirmation should be forwarded to me for record purpose. Attached is the wire instruction.

Best Regards!!!!

Jorge Flores

El Miércoles, 17 de febrero, 2016 17:57:08, Pamela Mann <pmann@sansabapecan.com> escribió:

Going today

BBVA Bancomer

AVENIDA RICARDO FLORES MAGON NO 799 Loc 11 Col Ramos 16 FEBRUARY 2016

To whom it may concern:

By means of this document, the following information is made of their knowledge:

Beneficiary Name: JUDE OKOH
Account Number: 2981302345
Interbank CLABE: 012180029813023451
Swift Code: BCMRMXMM
Bank Name: BBVA Bancomer
Bank Address: 799 Loc 11 Col Ramos Millan ciudad de Mexico, Distrito Federal
08000 iztacalco

No more for now, I am at your service.

Vicente M. Rodero
Geronte de Sucursal
337.29

# WIRE TRANSFER INSTRUCTIONS

DATE 2/17/16

Bank : **BBVA BANCOMER**
**799 LOC 11 COL RAMOS MILLAN**
**CUIDAD DE MEXICO, DISTRITO**
**FEDERAL 08000 IZTACALO**

RECEIVER **CLABE INTERBANK : 012180029813023451**

AMOUNT: **$ 218,625.00** FUNCTION CODE: _____ REFERENCE# _____
**SWIFT # BCMRMXMM**

WIRE FEE: $ 75.00

ORIGINATOR NAME: San Saba Pecan, LP STREET ADD: 2803 W WALLACE

CITY: San Saba STATE: TX. TIN (IF NON-CUSTOMER)

ACCOUNT NO. TO DEBIT: [redacted]

BENEFICIARY: **JUDE OKOH** ID CODE: __

**ACCOUNT #2981302345** **address centeno 999**

NAME: **JUDE OKOH** STREET ADDRESS:
CITY: **999 Mexico city** *08400* *STATE* ***Mexico***

ORIGINATOR TO BENEFICIARY INFORMATION:

IF THROUGH OTHER BANK:

NAME OF BANK ____________ ABA NO ____________

ADDRESS: ____________

TO CREDIT: ____________ ACCOUNT NO: ____________

I understand that once this request has been processed, the funds will have been permanently transferred to the above Beneficiary and a stop payment order is impossible. This payment implements an agreement between the undersigned and the beneficiary. The bank is not a part of this agreement and has no obligation other than to wire transfer the funds in accordance with the request. I understand that wire transfer requests are handled expeditiously by the bank, but that there is no guarantee that this request will be completed by a specific time period.

Signature: [signature]

Printed Name: ____________
inv a-1067

#6611

WIRE TRANSFER INSTRUCTIONS

DATE 2/18/16

Bank **: BBVA BANCOMER**
**799 LOC 11 COL RAMOS MILLAN**
**CUIDAD DE MEXICO, DISTRITO**
**FEDERAL 08000 IZTACALO**

RECEIVER **CLABE INTERBANK : 012180029813023451**

AMOUNT: **$ 218,625.00** FUNCTION CODE: _____ REFERENCE#_____
**SWIFT # BCMRMXMM**
WIRE FEE: $ 75.00

ORIGINATOR NAME: San Saba Pecan, LP STREET ADD: 2803 W WALLACE

CITY: San Saba STATE: TX. TIN (IF NON-CUSTOMER)

ACCOUNT NO. TO DEBIT: [redacted]

BENEFICIARY: **JUDE OKOH** ID CODE:__

**ACCOUNT #2981302345** **address centeno 999**

NAME: **JUDE OKOH** STREET ADDRESS:
CITY: **999 Mexico city** *08400* *STATE* ***Mexico***

ORIGINATOR TO BENEFICIARY INFORMATION:

IF THROUGH OTHER BANK:

NAME OF BANK________________ ABA NO________________

ADDRESS:________________

TO CREDIT:________________ ACCOUNT NO:________________

I understand that once this request has been processed, the funds will have been permanently transferred to the above Beneficiary and a stop payment order is impossible. This payment implements an agreement between the undersigned and the beneficiary. The bank is not a part of this agreement and has no obligation other than to wire transfer the funds in accordance with the request. I understand that wire transfer requests are handled expeditiously by the bank, but that there is no guarantee that this request will be completed by a specific time period.

Signature: ________________

Printed Name: ________________
inv a-1000

#6687

**From:** Jorge Flores <jorgeflores_jf@yahoo.com.mx>
**Sent:** Friday, February 26, 2016 1:10 PM
**To:** Pamela Mann
**Cc:** Don Lindquist
**Subject:** Re: WIREJfnut#2CFO

Pamela,
For the meantime the 5 loads payment should go to our Financial Accountant's account. Because there is a complex technical issue with our Financial Controller's bank (internet banking systems) which has been the results of the delay of payment reflection on his account. To avoid further argument below is the appropriate wire instructions.

Bank Name: Banco Mercantil del Norte

Account Name: Asesores Comerciales Mundo,S.A. DE C.V

ACCOUNT NUMBER: 0270769645

CLABE: 072320002707696452

SWIFT CODE MENOMXMT

Beneficary Address Amon Ra 4757,C.P 45050,Col.Mirador del Sol RFC

Bank Address: Nino obrero 820A Cp 45050 Zapopan jalisco Colonia Chapalita

Best Regards!!!!

Jorge Flores

El Viernes, 26 de febrero, 2016 20:47:43, Pamela Mann <pmann@sansabapecan.com> escribió:

Wiring instructions sent to bank for money to go today.
pam

# WIRE TRANSFER INSTRUCTIONS

DATE 2/26/16 Bank **: BANCO MERCANTIL DEL NORTE**
NINO OBRERO 820A CP 45050
ZAPOPAN JALISCO COLONIA CHAPALITA

RECEIVER **CLABE : 072320002707696452**

AMOUNT: **$ 441,375.00** FUNCTION CODE: ____ REFERENCE#____
**SWIFT # MENOMXMT**
WIRE FEE: $ 75.00

ORIGINATOR NAME: San Saba Pecan, LP STREET ADD: 2803 W WALLACE

CITY: San Saba STATE: TX. TIN (IF NON-CUSTOMER)

ACCOUNT NO. TO DEBIT: [redacted]

BENEFICIARY: **ASESORES COMERCIALES MUNDO, SA DE C V**
**ACCOUNT # 0270769645**

NAME: **ASESORES COMERCIALES MUNDO, SA DE C V**
STREET ADDRESS: AMON RA 4757, CP 45050
CITY: **COL MIRADOR DEL SOL RFC** *STATE* ***Mexico***

ORIGINATOR TO BENEFICIARY INFORMATION:

IF THROUGH OTHER BANK:

NAME OF BANK__________ ABA NO__________

ADDRESS:__________

TO CREDIT:__________ ACCOUNT NO:__________

I understand that once this request has been processed, the funds will have been permanently transferred to the above Beneficiary and a stop payment order is impossible. This payment implements an agreement between the undersigned and the beneficiary. The bank is not a part of this agreement and has no obligation other than to wire transfer the funds in accordance with the request. I understand that wire transfer requests are handled expeditiously by the bank, but that there is no guarantee that this request will be completed by a specific time period.

Signature: __________

Printed Name: __________
inv a1080, a1088 and a1089

**From:** Jorge Flores <jorgeflores_jf@yahoo.com.mx>
**Sent:** Monday, February 29, 2016 1:01 PM
**To:** Pamela Mann
**Subject:** Re: WIREjfnut#2CFO

Hello Pamela,
Please wire the remaining payment to the wire instructions below and Provide the tracking or reference number for payment Friday.

Bancomer Bank Name
Bank Address Paseo de la Reforma 364, Cl.Juarez, Cuauhtemoc CP 06600 Delegacion
Beneficary Name Services Y Construccion SA DE CV Katat
Beneficary adresss Mexico-Laredo National Highway Col. 5000-103 Private Residential La Rioja, CP 64988
Swift Code: BCMRMXMMPYM
Clabe: 012180001004772490
Account Number 0100477249

Best regards!!!!

Jorge Flores

El Lunes, 29 de febrero, 2016 20:19:13, Pamela Mann <pmann@sansabapecan.com> escribió:

We are sending more money today do you want it sent to last wiring instructions you sent me Friday?
pam

---

**From:** Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
**Sent:** Monday, February 29, 2016 12:14 PM
**To:** Pamela Mann
**Subject:** Re: WIREjfnut#2CFO

Could you please Provide the reference number or tracking number to the transfer? or confirmation slip.

El Lunes, 29 de febrero, 2016 20:12:14, Pamela Mann <pmann@sansabapecan.com> escribió:

I have ask for confirmation
pam

---

**From:** Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
**Sent:** Monday, February 29, 2016 11:51 AM
**To:** Pamela Mann
**Subject:** WIREjfnut#2CFO

Hello Pamela,
Just double checking to know if you were able to send money on Friday. If yes, let me know.

Best Regards!!!!

Jorge Flores

WIRE TRANSFER INSTRUCTIONS

DATE 2/29/16

Bank **: BANCOMER**
PASEO de la REFORMA 364
CI. JAUAREZ, CUAUHETMOC CP 0660 DELEGACION

RECEIVER **CLABE# 012180001004772490**

AMOUNT: **$ 220,650.00** FUNCTION CODE: _____ REFERENCE#_____

**SWIFT # BCMRMXMMPYM**

WIRE FEE: $ 75.00

ORIGINATOR NAME: San Saba Pecan, LP STREET ADD: 2803 W WALLACE

CITY: San Saba STATE: TX. TIN (IF NON-CUSTOMER)

ACCOUNT NO. TO DEBIT: [redacted]

BENEFICIARY: **SERVICES Y CONSTRUCCION SA DE CV KATAT**

**ACCOUNT # 0100477249**
**address MEXICO- LAREDO NATIONAL HIGHWAY COL. 5000-103 PRIVATE RESIDENTIAL LA RIOJA,CP**

NAME: __________ STREET ADDRESS: MEXICO- LAREDO NATIONAL HIGHWAY COL. 5000-103 PRIVATE RESIDENTIAL LA RIOJA,CP
CITY: *STATE **Mexico***

ORIGINATOR TO BENEFICIARY INFORMATION:

IF THROUGH OTHER BANK:

NAME OF BANK__________ ABA NO__________

ADDRESS:__________

TO CREDIT:__________ ACCOUNT NO:__________

I understand that once this request has been processed, the funds will have been permanently transferred to the above Beneficiary and a stop payment order is impossible. This payment implements an agreement between the undersigned and the beneficiary. The bank is not a part of this agreement and has no obligation other than to wire transfer the funds in accordance with the request. I understand that wire transfer requests are handled expeditiously by the bank, but that there is no guarantee that this request will be completed by a specific time period.

Signature: [signature]

#6733

WIRE TRANSFER INSTRUCTIONS

DATE 3/4/16

Bank : **BANCOMER**
PASEO de la REFORMA 364
CI. JAUAREZ, CUAUHETMOC CP 0660 DELEGACION

RECEIVER **CLABE# 012180001004772490**

AMOUNT: **$ 220,291.50** FUNCTION CODE: ____ REFERENCE#____
**SWIFT # BCMRMXMMPYM**
WIRE FEE: $ 75.00

ORIGINATOR NAME: San Saba Pecan, LP STREET ADD: 2803 W WALLACE

CITY: San Saba STATE: TX. TIN (IF NON-CUSTOMER)

ACCOUNT NO. TO DEBIT: [redacted]

BENEFICIARY: **SERVICES Y CONSTRUCCION SA DE CV KATAT**

**ACCOUNT # 0100477249**
**address MEXICO- LAREDO NATIONAL HIGHWAY COL. 5000-103 PRIVATE RESIDENTIAL LA RIOJA,CP**

NAME: ______________ STREET ADDRESS: MEXICO- LAREDO NATIONAL HIGHWAY COL. 5000-103 PRIVATE RESIDENTIAL LA RIOJA,CP
CITY: *STATE **Mexico***

ORIGINATOR TO BENEFICIARY INFORMATION:

IF THROUGH OTHER BANK:

NAME OF BANK____________________ ABA NO____________________

ADDRESS:____________________

TO CREDIT:____________________ ACCOUNT NO:____________________

I understand that once this request has been processed, the funds will have been permanently transferred to the above Beneficiary and a stop payment order is impossible. This payment implements an agreement between the undersigned and the beneficiary. The bank is not a part of this agreement and has no obligation other than to wire transfer the funds in accordance with the request. I understand that wire transfer requests are handled expeditiously by the bank, but that there is no guarantee that this request will be completed by a specific time period.

Signature: Keith Stokes
Inv a1094

#6836