# EXHIBIT C

# PURCHASE ORDER

**San Saba Pecan, LP**
*2803 W Wallace*
*San Saba, Texas 76877*
*(325) 372-5727*

Date 12/10/15

P.O. NO. № 001821

VENDOR J-F Nut Co
Calle Gonzales Ortega #1207
Cd. Camargo, Chih
C.P 33700
Jorge Flores

SHIP TO San Saba Pecan
2803 W. Wallace
San Saba, TX 76877
325-372-5727

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
|---|---|---|
| | Fob El Paso | |

| QTY | ITEM # | Description and Reason for Purchase (or item being repaired) | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 450 | cs | Fancy Jumbo Halves | $5.05 lb | |
| 450 | cs | Fancy Jr. Mammoth Halves | $5.05 lb | |
| 450 | cs | Fancy Mammoth Halves | $5.05 lb | |
| | | Must meet attached Specs | | |

| | |
|---|---|
| SUBTOTAL | |
| SALES TAX | |
| TOTAL | |

1. Please send two copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.
3. Please notify us immediately if you are unable to ship as specified.
4. Send all correspondence to:
Keith Shahan
2803 W Wallace
San Saba, TX 76877
325-372-5727 Phone
325-372-5171 Fax

[signature]

Date

# PURCHASE ORDER

**San Saba Pecan, LP**
*2803 W Wallace*
*San Saba, Texas 76877*
*(325) 372-5727*

Date 12/23/15

P.O. NO. № 001837

VENDOR J F Nut Co
Jorge Flores

SHIP TO San Saba Pecan
2803 W. Wallace
San Saba TX 76877
325-372-5727

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
|---|---|---|
| | FOB El Paso | |

| QTY | ITEM # | Description and Reason for Purchase (or item being repaired) | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1350 | cs | Fancy Jr. Mam Hvs | $5.45 lb | |
| | | | | |
| | | Must Meet attached Spec's | | |

1. Please send two copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.
3. Please notify us immediately if you are unable to ship as specified.
4. Send all correspondence to:
Keith Shahan
2803 W Wallace
San Saba, TX 76877
325-372-5727 Phone
325-372-5171 Fax

SUBTOTAL
SALES TAX
TOTAL

Date

# PURCHASE ORDER

**San Saba Pecan, LP**
*2803 W Wallace*
*San Saba, Texas 76877*
*(325) 372-5727*

Date 12/23/15

P.O. NO. № 001838

VENDOR JF Nut Co
Jorge Flores

SHIP TO San Saba Pecan
2803 W. Wallace
San Saba, TX

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
|---|---|---|
| | FOB El Paso | |

| QTY | ITEM # | Description and Reason for Purchase (or item being repaired) | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1350 | Cs | Fancy Jr. Mammoths | $5.45 lb | |
| | | Must Meet attached Spec | | |
| | | | SUBTOTAL | |
| | | | SALES TAX | |
| | | | TOTAL | |

1. Please send two copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.
3. Please notify us immediately if you are unable to ship as specified.
4. Send all correspondence to:
Keith Shahan
2803 W Wallace
San Saba, TX 76877
325-372-5727 Phone
325-372-5171 Fax

[signature]

Date

# PURCHASE ORDER

**San Saba Pecan, LP**
*2803 W Wallace*
*San Saba, Texas 76877*
*(325) 372-5727*

Date 12/23/15

P.O. NO. № 001839

VENDOR J F Nut Co
Jorge Flores

SHIP TO San Saba Pecan
2803 W Wallace
San Saba TX
76877

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
|---|---|---|
| | FOB El Paso | |

| QTY | ITEM # | Description and Reason for Purchase (or item being repaired) | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1350 | cs | Fancy Jr Mam Hves | A5.45 | lb |
| | | | | |
| | | Must Meet attached Specs | | |
| | | | | |

| | |
|---|---|
| SUBTOTAL | |
| SALES TAX | |
| TOTAL | |

1. Please send two copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.
3. Please notify us immediately if you are unable to ship as specified.
4. Send all correspondence to:
Keith Shahan
2803 W Wallace
San Saba, TX 76877
325-372-5727 Phone
325-372-5171 Fax

Date

# PURCHASE ORDER

**San Saba Pecan, LP**
*2803 W Wallace*
*San Saba, Texas 76877*
*(325) 372-5727*

Date 12/23/15

P.O. NO. № 001840

VENDOR J F Nut Co
Jorge Flores

SHIP TO San Saba Pecan
2803 W. Wallace
San Saba TX 76877
325-372-5727

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
| --- | --- | --- |
| | | |

| QTY | ITEM # | Description and Reason for Purchase (or item being repaired) | UNIT PRICE | LINE TOTAL |
| --- | --- | --- | --- | --- |
| 1350 | cs | Fancy Pecan Pieces | $1.54 | lb |
| | | | | |
| | | Must Meet attached Specs | | |

1. Please send two copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.
3. Please notify us immediately if you are unable to ship as specified.
4. Send all correspondence to:
Keith Shahan
2803 W Wallace
San Saba, TX 76877
325-372-5727 Phone
325-372-5171 Fax

| | |
| --- | --- |
| SUBTOTAL | |
| SALES TAX | |
| TOTAL | |

[signature] Date

# PURCHASE ORDER

**San Saba Pecan, LP**
*2803 W Wallace*
*San Saba, Texas 76877*
*(325) 372-5727*

Date 1/28/16

P.O. NO. № 001884

VENDOR J F Nut Company

SHIP TO San Saba Pecan
2803 W. Wallace
San Saba TX 76877
325-372-5727

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
|---|---|---|
| | | |

| QTY | ITEM # | Description and Reason for Purchase (or item being repaired) | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 810 lbs | | Choice Lg Pcs (27cs) | 5.40 | lb |
| 8,426 lbs | | Fancy Lg Pcs (281cs) | 5.40 | lb |
| 18,595 lbs | | Fancy E/ Lg Pcs (620cs) | 5.40 | lb |
| | | Payment to be made upon Receipt @ SS Pecan Co. | | |
| | | Must Meet attached specs | | |
| | | PO Number must be on all Paperwork BOL & Invoice | | |

1. Please send two copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.
3. Please notify us immediately if you are unable to ship as specified.
4. Send all correspondence to:
Keith Shahan
2803 W Wallace
San Saba, TX 76877
325-372-5727 Phone
325-372-5171 Fax

SUBTOTAL
SALES TAX
TOTAL

[signature]

Date

# PURCHASE ORDER

**San Saba Pecan, LP**
*2803 W Wallace*
*San Saba, Texas 76877*
***(325) 372-5727***

Date 1/28/16

P.O. NO. № 001882

VENDOR JF Nut Company
Jorge Flores

SHIP TO San Saba Pecan
2803 W. Wallace
San Saba, TX
325-372-5727

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
|---|---|---|
| | | |

| QTY | ITEM # | Description and Reason for Purchase (or item being repaired) | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 48,373 lbs | (1612 cs @ 30 lbs) | Fancy Small Pcs | $5.40 lb | |
| | | | | |
| | | | | |
| | | Payment to be made upon receipt of SSP Clear COA | | |
| | | | | |
| | | Must Meet Attached Spec's | | |
| | | | | |
| | | PO number Must be on all Paperwork (BOL & Invoice) | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1. Please send two copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.
3. Please notify us immediately if you are unable to ship as specified.
4. Send all correspondence to:
Keith Shahan
2803 W Wallace
San Saba, TX 76877
325-372-5727 Phone
325-372-5171 Fax

| | |
|---|---|
| SUBTOTAL | |
| SALES TAX | |
| TOTAL | |

[signature]

Date

# PURCHASE ORDER

**San Saba Pecan, LP**
*2803 W Wallace*
*San Saba, Texas 76877*
*(325) 372-5727*

Date 1/28/16

P.O. NO. № 001883

VENDOR JF Nut Company

SHIP TO San Saba Pecan
2803 W. Wallace
San Saba, Tx 76877
325-372-5727

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
|---|---|---|
| | | |

| QTY | ITEM # | Description and Reason for Purchase (or item being repaired) | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 41,916 lbs | | Fancy Med Pcs (1397 cs) | 5.49/lb | |
| | | Payment to be made upon Receipt of SSP clear Cert. | | |
| | | Must Meet Attached Spec's | | |
| | | PO # Must be on all Paperwork (BOL & Invoice) | | |

| | |
|---|---|
| SUBTOTAL | |
| SALES TAX | |
| TOTAL | |

1. Please send two copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.
3. Please notify us immediately if you are unable to ship as specified.
4. Send all correspondence to:
Keith Shahan
2803 W Wallace
San Saba, TX 76877
325-372-5727 Phone
325-372-5171 Fax

[signature]
*Date*

# PURCHASE ORDER

**San Saba Pecan, LP**
*2803 W Wallace*
*San Saba, Texas 76877*
*(325) 372-5727*

Date 2/10/16

P.O. NO. № 001888

VENDOR JF Nut Co

SHIP TO San Saba Pecan
2803 W. Wallace
San Saba TX 76877
325-372-5727

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
|---|---|---|
| | | |

| QTY | ITEM # | Description and Reason for Purchase (or item being repaired) | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 13500 lbs | | Fancy (M2) Halves | 5.45 lb | |
| | | | | |
| | | Must Meet attached Spec's | | |
| | | Payment to be made upon receipt of Clean SSP CoA | | |
| | | PO # must be on all Paperwork (Invoice & BOL) | | |
| | | | SUBTOTAL | |
| | | | SALES TAX | |
| | | | TOTAL | |

1. Please send two copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.
3. Please notify us immediately if you are unable to ship as specified.
4. Send all correspondence to:
Keith Shahan
2803 W Wallace
San Saba, TX 76877
325-372-5727 Phone
325-372-5171 Fax

[signature]
Date

# PURCHASE ORDER

**San Saba Pecan, LP**
*2803 W Wallace*
*San Saba, Texas 76877*
***(325) 372-5727***

Date 2/10/16

P.O. NO. № 001889

VENDOR J F Nut Co

SHIP TO San Saba Pecan
2803 W. Wallace
San Saba, TX 76877
325-372-5727

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
|---|---|---|
| | | |

| QTY | ITEM # | Description and Reason for Purchase (or item being repaired) | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1350 cs | | Fancy (#2's) Halves | $5.45/lb | |
| | | Must Meet Attached Spec's | | |
| | | Payment to be made upon receipt of Clean SSP COA | | |
| | | PO # Must be on all Paperwork | | |
| | | (Invoice & BOL) | | |

1. Please send two copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.
3. Please notify us immediately if you are unable to ship as specified.
4. Send all correspondence to:
Keith Shahan
2803 W Wallace
San Saba, TX 76877
325-372-5727 Phone
325-372-5171 Fax

| | |
|---|---|
| SUBTOTAL | |
| SALES TAX | |
| TOTAL | |

[signature]
Date

# PURCHASE ORDER

**San Saba Pecan, LP**
*2803 W Wallace*
*San Saba, Texas 76877*
*(325) 372-5727*

Date 2/10/16

P.O. NO. № 001890

VENDOR J F Nut Co

SHIP TO San Saba Pecan Co
2803 W Wallace
San Saba TX 76877
325-372-5727

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
|---|---|---|
| | | |

| QTY | ITEM # | Description and Reason for Purchase (or item being repaired) | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1350 | cs | Fancy (#2's) Halves | 5.45 lb | |
| | | Must Meet attached Spec's | | |
| | | Payment to be made upon receipt of Clear SSPCO A | | |
| | | PO # Must be on all Paperwork Invoice & BOL | | |

1. Please send two copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.
3. Please notify us immediately if you are unable to ship as specified.
4. Send all correspondence to:
Keith Shahan
2803 W Wallace
San Saba, TX 76877
325-372-5727 Phone
325-372-5171 Fax

| | |
|---|---|
| SUBTOTAL | |
| SALES TAX | |
| TOTAL | |

[signature] Date

# PURCHASE ORDER

**San Saba Pecan, LP**
*2803 W Wallace*
*San Saba, Texas 76877*
*(325) 372-5727*

Date 2/10/16

P.O. NO. № 001891

VENDOR JF Nut Co

SHIP TO San Saba Pecan
2803 W. Wallace
San Saba, TX 76877
325-372-5727

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
|---|---|---|
| | | |

| QTY | ITEM # | Description and Reason for Purchase (or item being repaired) | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1350 | Cs | Fancy (#2) Halves | $5.45 lb | |
| | | Must meet attached Spec's | | |
| | | Payment to be made upon receipt of Clean SSP COA | | |
| | | PO # must be on all Paperwork Invoice & BOL | | |

1. Please send two copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.
3. Please notify us immediately if you are unable to ship as specified.
4. Send all correspondence to:
Keith Shahan
2803 W Wallace
San Saba, TX 76877
325-372-5727 Phone
325-372-5171 Fax

| | |
|---|---|
| SUBTOTAL | |
| SALES TAX | |
| TOTAL | |

[signature]
Date

# PURCHASE ORDER

**San Saba Pecan, LP**
*2803 W Wallace*
*San Saba, Texas 76877*
*(325) 372-5727*

Date 3/16/16

P.O. NO. № 002000

VENDOR J F Nut Company

SHIP TO San Saba Pecan
2803 W. Wallace
San Saba, TX 76877
325-372-5727

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
|---|---|---|
| | FOB El Paso | Prompt |

| QTY | ITEM # | Description and Reason for Purchase (or item being repaired) | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 138000 | | Fancy Small Pcs | $5.80 lb | |
| | | | | |
| | | Must Meet attached Spec's | | |
| | | (30 # must be on all Paperwork (Invoice or BOL) | | |
| | | | | |
| | | Payment to be made upon receipt of clean COA from San Saba Pecan | | |

1. Please send two copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.
3. Please notify us immediately if you are unable to ship as specified.
4. Send all correspondence to:
Keith Shahan
2803 W Wallace
San Saba, TX 76877
325-372-5727 Phone
325-372-5171 Fax

| | |
|---|---|
| SUBTOTAL | |
| SALES TAX | |
| TOTAL | |

[signature]

Date

# PURCHASE ORDER

**San Saba Pecan, LP**
*2803 W Wallace*
*San Saba, Texas 76877*
*(325) 372-5727*

Date 3/16/16

P.O. NO. № 002001

VENDOR J F Nut Company

SHIP TO San Saba Pecan LP
2803 W. Wallace
San Saba, TX 76877
325-372-5095

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
|---|---|---|
| | Fob El Paso | Prompt |

| QTY | ITEM # | Description and Reason for Purchase (or item being repaired) | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1380 cs | | Fancy Medium Pcs | $5.80 lb | |
| | | | | |
| | | | | |
| | | Must meet attached Specs | | |
| | | | | |
| | | PO # Must be on all Paperwork (invoice & BOL) | | |
| | | | | |
| | | Payment to be made upon receipt of Clean COA from San Saba Pecan | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| SUBTOTAL | |
| SALES TAX | |
| TOTAL | |

1. Please send two copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.
3. Please notify us immediately if you are unable to ship as specified.
4. Send all correspondence to:
Keith Shahan
2803 W Wallace
San Saba, TX 76877
325-372-5727 Phone
325-372-5171 Fax

[signature]

Date

# PURCHASE ORDER

San Saba Pecan, LP
2803 W Wallace
San Saba, Texas 76877
(325) 372-5727

Date 3/16/14

P.O. NO. № 002002

VENDOR J.F. Nut Company

SHIP TO San Saba Pecan
2803 W. Wallace
San Saba, TX 76877
325-372-5727

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
| --- | --- | --- |
| | Fob El Paso | Prompt |

| QTY | ITEM # | Description and Reason for Purchase (or item being repaired) | UNIT PRICE | LINE TOTAL |
| --- | --- | --- | --- | --- |
| 1380cs | | Fancy Large Pcs | $4.580 lb | |
| | | Must meet attached spec's | | |
| | | PO # Must be on all paperwork (invoice & BOL) | | |
| | | Payment to be made upon receipt of clear COA from San Saba Pecan | | |

1. Please send two copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.
3. Please notify us immediately if you are unable to ship as specified.
4. Send all correspondence to:
Keith Shahan
2803 W Wallace
San Saba, TX 76877
325-372-5727 Phone
325-372-5171 Fax

SUBTOTAL
SALES TAX
TOTAL

[signature] Date

# PURCHASE ORDER

**San Saba Pecan, LP**
*2803 W Wallace*
*San Saba, Texas 76877*
***(325) 372-5727***

Date 3/16/16

P.O. NO. № 002004

VENDOR Q-7 Nut Company

SHIP TO San Saba Pecan
2803 W Wallace
San Saba TX 76877
325-372-5727

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
|---|---|---|
| | Fob El Paso | Prompt |

| QTY | ITEM # | Description and Reason for Purchase (or item being repaired) | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 1380 | cs | Fancy Assorted Pieces | $5.80 | lb |
| | | | | |
| | | Must meet attached spec's | | |
| | | PO# must be on all Paperwork (Invoice & BOL) | | |
| | | Payment to be made upon receipt of clear COA from San Saba Pecan | | |

1. Please send two copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.
3. Please notify us immediately if you are unable to ship as specified.
4. Send all correspondence to:
Keith Sheehan
2803 W Wallace
San Saba, TX 76877
325-372-5727 Phone
325-372-5171 Fax

| | |
|---|---|
| SUBTOTAL | |
| SALES TAX | |
| TOTAL | |

[signature]

Date

# PURCHASE ORDER

**San Saba Pecan, LP**
*2803 W Wallace*
*San Saba, Texas 76877*
*(325) 372-5727*

Date 3/16/16

P.O. NO. № 002005

VENDOR JF Nut Company

SHIP TO San Saba Pecan
2803 W. Wallace
San Saba, TX 76877
325-372-5727

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
|---|---|---|
| | fob El Paso | Prompt |

| QTY | ITEM # | Description and Reason for Purchase (or item being repaired) | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| 13800 | lbs | Fancy Assorted Pcs | $1.580 lb | |
| | | Must meet attached Spec's | | |
| | | PO # must be on all Paperwork (Invoice & BOL) | | |
| | | Payment to be made upon receipt of Clear COA from San Saba Pecan | | |

1. Please send two copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.
3. Please notify us immediately if you are unable to ship as specified.
4. Send all correspondence to:
Keith Shahan
2803 W Wallace
San Saba, TX 76877
325-372-5727 Phone
325-372-5171 Fax

| | |
|---|---|
| SUBTOTAL | |
| SALES TAX | |
| TOTAL | |

[signature]

Date

# PURCHASE ORDER

**San Saba Pecan, LP**
*2803 W Wallace*
*San Saba, Texas 76877*
***(325) 372-5727***

Date 5/3/2016

P.O. NO. № 002019

VENDOR JF Nut Co.

SHIP TO San Saba

| SHIPPING METHOD | SHIPPING TERMS | DELIVERY DATE |
|---|---|---|
| | | |

| QTY | ITEM # | Description and Reason for Purchase (or item being repaired) | UNIT PRICE | LINE TOTAL |
|---|---|---|---|---|
| | | | | |
| 1380 | | Fcy Jr Mam Halves | $5.90 | |
| | | | | |
| | | Per San Saba Specs | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| SUBTOTAL | |
| SALES TAX | |
| TOTAL | |

1. Please send two copies of your invoice.
2. Enter this order in accordance with the prices, terms, delivery method, and specifications listed above.
3. Please notify us immediately if you are unable to ship as specified.
4. Send all correspondence to:
Keith Shahan
2803 W Wallace
San Saba, TX 76877
325-372-5727 Phone
325-372-5171 Fax

[signature] Date