# EXHIBIT E

**From:** Don Lindquist
**Sent:** Thursday, April 21, 2016 2:12 PM
**To:** jorge.flores@jfnut.com; Pamela Mann
**Cc:** Amanda Haynes
**Subject:** FW: JF Nut Worksheet.xlsx
**Attachments:** JF Nut Worksheet.xlsx

Jorge – Please confirm if there is anything else needed.

---

**From:** Amanda Haynes
**Sent:** Thursday, April 21, 2016 1:49 PM
**To:** Don Lindquist
**Subject:** JF Nut Worksheet.xlsx

Don,

Please look over this spreadsheet. Is this the information Jorge is wanting? Let me know if there are any changes that need to be made.
Amanda

EXHIBIT
PENGAD 800-631-6989
146
Lindquist

# DOCUMENT INFO

Comments: DOCUMENT PROVIDED IN NATIVE FORMAT

| | PO # | Date Received | INV # | Amount of Invoice | Wire Fee | Total Amount Deposited | Date Paid | Receiver | Routing Number | Account Number | Beneficiary | Bank Info |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 55487, 1 | 1882 | 2/15/2016 | A1067 | $ 218,700.00 | $ (75.00) | $ 218,775.00 | 2/17/2016 | Clabe Interbank | 012180029813023451 | 2981302345 | Jude Okoh | BBVA Bancomer |
| 157 2 | 1883 | 2/19/2016 | 010101000 | $ 218,700.00 | $ (75.00) | $ 218,775.00 | 2/18/2016 | Clabe Interbank | 012180029813023451 | 2981302345 | Jude Okoh | BBVA Bancomer |
| 158 3 | 1888 | 2/25/2016 | A1080 | $ 220,725.00 | $ (75.00) | $ 220,800.00 | 2/26/2016 | Clabe Interbank | 072320002707696452 | 0270769645 | Asesores Comerciales Mundo, SA DE CV | Banco Mercantil Nel Norte |
| 158 4 | 1889 | 2/25/2016 | A1088 | $ 220,725.00 | $ - | $ 220,725.00 | 2/26/2016 | Clabe Interbank | 072320002707696452 | 0270769645 | Asesores Comerciales Mundo, SA DE CV | Banco Mercantil Nel Norte |
| 159 5 | 1890 | 2/25/2016 | A1089 | $ 220,725.00 | $ (75.00) | $ 220,800.00 | 2/29/2016 | Clabe Interbank | 01218000100477249C | 0100477249 | Services Y Construccion Sa de CV Katat | Bancomer |
| 160 - 6 | 1891 | 3/1/2016 | A1094 | $ 220,366.50 | $ (75.00) | $ 220,441.50 | 3/4/2016 | Clabe Interbank | 01218000100477249C | 0100477249 | Services Y Construccion Sa de CV Katat | Bancomer |
| | 1884 | 3/1/2016 | A1090 | $ 219,195.00 | $ (75.00) | $ 219,270.00 | 3/11/2016 | Clabe Interbank | 002155064790016594 | 9001659 | JF Nut Co. | Banamex Branch 0647 |