# EXHIBIT F

Pecan.
Q. The one thing I didn't clarify, and I should have but I didn't want to go back that far, you said that when you moved from Arlington back to San Saba, you started working at San Saba Pecan; correct?
A. Uh-huh.
Q. Is that a yes?
A. Yes.
Q. But before that, before you moved to Arlington, had you previously worked for San Saba Pecan as well?
A. Yes.
Q. Okay. And during what time frame were you working at San Saba Pecan?
A. I worked there from 1980, April or May I believe of '80, to December or so of '84 I believe it was.
Q. And then that's when you testified you moved to Arlington; correct?
A. Yes, sir, somewhere around '85.
Q. And way back in the '80s were you also working for Mr. Adams at that time?
A. Yes.
Q. You also had the same position of administrative assistant at that time?



A. I'd say yes.
Q. As far as you know, as far as you're aware, has anybody ever came to you and said, hey, you know, we're going to do these things to help prevent any kind of embezzlement or any type of financial misconduct? Has anybody ever came to you and said, okay, these are the things we're going to put in place, these are the procedures we're going to do to try to prevent internal stealing or fraud or embezzlement or anything of that nature?
A. Not that I'm aware of.
Q. Did anybody ever come up to you, whether it was Keith or anybody else, come up to you and tell you, hey, you need to be careful with emails and, you know, people impersonating other people in emails, internet security, things of that nature?
A. No. IT says, you know, if you don't recognize the person, don't open it.
Q. So tell me about IT. Does IT, how many people are involved in the IT division, area?
A. I don't know.
Q. Is that something that's handled on-site or is that handled off-site?
A. Off-site.
Q. Okay. And who is the company or what's the



company, if you know, that handles the IT issues for San Saba?
A. I'm not sure. I don't know. I'm not sure.
Q. And when you say that you were told not to open emails from people that you don't know, who told you that? Or where did that information come from?
A. It came from the IT department, basically email saying if you don't know people, you know, if you don't know it, trying to prevent viruses within the system.
Q. To go back to what you just said again, when you said the IT department, so when you are referring to the IT department, you are not referring to anybody that's actually on the San Saba physical site?
A. Correct.
Q. At the 2803 address; correct?
A. Correct.
Q. That's someone off-site; is that correct?
A. Correct.
Q. Now, is that IT department in the corporate headquarters where Mr. Chase has his office?
A. It's in, I believe it's in Artesia.
Q. And has anybody from that IT department ever come on site and spoken to you and given you any



training or anything of that nature?
A. No.
Q. And so the things that you're saying that the IT department told you, how did they convey that information to you?
A. Email.
Q. And was it one email or do you get periodic emails once a week, once a month?
A. Just periodic, maybe once or twice a year.
Q. Okay. and generally in those emails that you get once or twice a year from the IT department, what kind of information is sent to you or conveyed to you?
A. Just basically, you know, warning about, just maybe a scam or if you don't recognize the person, the sender, you know, to either delete or send to them and they will check it out.
Q. And you are getting those emails back when all this stuff happened with Mr. Flores; correct?
A. Yes, probably.
Q. And those types of emails say beware of this scam or that scam, like the "Nigerian Prince Scammer," you have heard of that; correct?
A. Correct.
Q. And so they say be careful because there's

Page 94

email scams out there; correct?
A. Yes.
Q. And you knew that even back when all this stuff happened with Mr. Flores; right?
A. Yes.
Q. And did they give you any particulars other than, hey, just don't open an email from someone you don't know? Or did they give you any other kind of detail?
A. No.
Q. What were the type of scams that they referenced?
A. I don't remember.
Q. But you do remember seeing those kinds of emails?
A. Yes.
Q. During the time that you have been employed at J.F. Nut, you are obviously aware of this particular incident that involve -- I said J.F. Nut. I'm sorry.
During the time that you have been employed by San Saba, you are obviously aware of the situation that occurred with J.F. Nut; correct?
A. Yes.
Q. Have there been any other instances that

Page 95

you're aware of where money was sent to the wrong payee or there was some sort of fraud or email fraud going on, anything like that?
A. No.
Q. I'm sorry?
A. Not that I'm aware of.
Q. So during all the years that you have been working for San Saba, this is the first and only time that you know of any type of fraud took place or anything like that; is that correct?
A. That's right.
Q. And this is the only time that you're aware of where money went to the person that it wasn't supposed to go to; is that correct?
A. Well, yes, I guess.
Q. When you say I guess, what do you mean by when you say "I guess"?
A. Because I sent it to where --
Q. I'm sorry?
A. Yes.
Q. And so there has never been another situation where, let's say it was just simply a typo on your part or someone else's part and money went to a wrong account or to a wrong payee or maybe you got an account number mixed up. Nothing like that has

Page 96

ever happened during the time that you have been with the company that you're aware of?
MR. BINNS: Objection, asked and answered.
A. No.
Q. Has Mr. Shahan ever come to you and said, hey, you need to be careful about this particular type of situation to, you know, to avoid a particular kind of fraud or another type of fraud? Has he ever done anything like that, come up to you and told you anything, given you a heads-up about anything like that?
A. No.
Q. All right.
MR. BINNS: It's lunch time. You got a long time?
MR. TUTTLE: Let's go a little bit longer here and then we'll take a break for lunch in a little bit.
MR. BINNS: Are you okay with that?
THE WITNESS: Yes.
Q. Now, earlier we had a conversation about how it works when you are setting up a customer. And you said, well, is that for in-shell pecans? And then I said well, yes, let's start with that, with in-shell pecans and how all that paperwork takes place, and we

Page 97

talked about Phillip and things like that in the Las Cruces office.
Now, if there are pecans that are already shelled, does that process change or deviate in any way?
A. Yes.
Q. How does that deviate?
A. Now or then?
Q. Let's talk about then, at the time that it happened?
A. At that time I would hand write a PO.
Q. Okay.
A. And I would, Don would tell me what he had bought, the price and we have specs that the meats have to meet. And I would hand write the PO, put the pounds, hazard pieces, the price per pound, that it must meet our attached specs. Payment will be made upon receipt of clear COA.
Q. And for ladies and gentlemen of the jury, COA means what?
A. Certificate of Analysis.
Q. Continue, please.
A. Then I would send that to the sheller or whoever we were buying the meats from so, for them to approve, make sure it was all correct. And at that

Page 142

Q. -- that you guys used to do business with?
A. (Shook head.)
Q. Is that a no?
A. No.
Q. Okay. And so the document that's bate stamped 948 it says, there is a message from Lizz, "When you get the info for that wire, let me know because I will send it to Ben." Is that a different wire or is that the same wire?
A. It's the same wire.
Q. Okay.
(Deposition Exhibit 11 was marked.)
Q. I'm going to show you another document that's marked as Exhibit 11, that shows an email from Lizz and it says "J.F. Nut Company wire." Do you see that in Exhibit No. 11?
A. Okay.
Q. What's your understanding of what that means or is?
A. Okay, this means that trying to get him money or get the shipment by Christmas. This was done on the, there is a cutoff to send wire, send money from the bank. So she hand wrote this herself at the bank from these instructions, wanting for me to give her the okay to actually send this amount of money on

Page 143

the 24th.
Q. And so then based on that email string and chain with Lizz at the bank, I'm going to show you San Saba 954. It appears that you communicate with Jorge and I guess confirm with him that the funds are going to be transferred or deposited or wired?
A. Yes.
Q. And is it your recollection that there was an issue with some $90 being missing from the first payment but that was subsequently cleared up?
A. Yes.
Q. Do you recall that?
A. Yes.
MR. TUTTLE: Let's take a quick break.
(Recess taken.)
Q. Exhibit 10 is the information that you gave to the bank which allowed the bank to execute and effectuate the wire transfer; correct?
A. Yes.
Q. And Exhibit 11 is the document that, it kind of seems like the bank created, at least just filling out the form that you would normally fill out internally to do that; correct?
A. Correct.
Q. And the reason that that was done that way

Page 144

was to try to make sure that payments took place before Christmas because it was around, right before Christmas when this is going on; correct?
A. Yes. This was on the 24th.
Q. Did the bank require or request that someone from the company sign off on that?
A. I don't remember.
Q. Okay. Have you ever seen this document in particular, a signed version of it?
A. No.
Q. Do you remember an email where the bank said, hey, will you make sure that you get someone to sign off on this?
A. No.
Q. Okay. And so the bank obtained all this information and made the transfer based on information that you had provided to it; correct?
A. Correct.
Q. And the information that you had, you had received from, through the email, from Jorge Flores, which I believe is the email that's attached to Exhibit 10; correct?
A. Correct.
Q. And Jorge Flores didn't have any power or authority or anything like that to go directly to your

Page 145

bank to ask that the bank transfer money out of a San Saba account; correct?
A. Correct.
Q. The only one who could do that would be you or a representative from your company; correct?
A. Correct.
Q. I'm going to show you what is marked or what I will mark as Exhibit 12.
(Deposition Exhibit No. 12 was marked.)
Q. And Exhibit 12 is San Saba 460 through 467. And it's a series of documents that starts with a check request on the first page. This is the way we received it and the order that we received it from y'all. Does that look familiar to you?
A. Yes.
Q. And Exhibit No. 12, can you explain to the ladies and gentlemen of the jury what that first page is or means?
A. Okay, this is a check request.
Q. And let me ask you a question. Who generates that check request?
A. This was Maribell Rocha.
Q. And the same Maribell before that you said was Maribell Savantes who is now Maribell Rocha?
A. Correct.