# EXHIBIT G

**From:** Jorge Flores <jorgeflores_jf@yahoo.com.mx>
**Sent:** Thursday, December 24, 2015 1:18 PM
**To:** Pamela Mann
**Subject:** Re: money

Pam Good Morning,
We receive a deposit for
$204,435 instead $204,525
Did You find any difference in something?

This is just to clarify if there is any difference..
Best Regards!!!!

Jorge Flores

El Jueves, 24 de diciembre, 2015 6:32:39, Pamela Mann <pmann@sansabapecan.com> escribió:

$204,450

---

**From:** Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
**Sent:** Wednesday, December 23, 2015 5:30 PM
**To:** Pamela Mann
**Subject:** Re: money

Ok
Please confirm the ammount

Regards!!!

Jorge Flores

El Miércoles, 23 de diciembre, 2015 15:18:38, Pamela Mann <pmann@sansabapecan.com> escribió:

Good evening

We are wiring money tomorrow for the load of meats.

Have a good evening
Merry Christmas
Pam
San Saba pecan

**From:** Pamela Mann
**Sent:** Wednesday, January 20, 2016 7:56 AM
**To:** Jorge Flores
**Subject:** RE: Today's payment

Good morning
We sent $220,725 less 75 wiring fee so the amount that should have gone to you was $220,650. I will contact my bank this morning and see what happened to the other $15 and let you know.
pam

---

**From:** Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
**Sent:** Tuesday, January 19, 2016 6:47 PM
**To:** Pamela Mann; Don Lindquist
**Subject:** Today's payment

Pamela,

Good Night

Thank you very much, a deposit of $220,635 dlls. were received today.
There is a difference again of $90 dlls
Could you please check if there is something wrong with the bank?

Best Regards!!!

Jorge Flores