# EXHIBIT H

**SERVICE ACCOUNT:** *SAN SABA PECAN, LP*
*2803 W WALLACE ST*
*SAN SABA, TX 76877*
*621106770*

# SPRINT BUSINESS FLEX (SM) DIAL-1

*PAGE:* 8
*ACTIVITY THROUGH:* 2/19/16
*INVOICE ACCOUNT ID:* 924547417
*INVOICE NUMBER:* 39022162012043

ACCOUNTING CODE: N/A
ORIGINATING NUMBER: 325 372-5720

| NBR | DATE | TIME | * | CALLED NUMBER | CALLED LOCATION | MINUTES | GROSS CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | 2/11 | 10:33A | D | 254 526-1168 | KILLEEN TX | .6 | $.06 |
| 2 | | 10:34A | D | 318 872-2900 | MANSFIELD LA | .5 | .04 |
| 3 | | 10:38A | D | 5216771062154 | MEXICO MX | 2.9 | 1.69B |
| 4 | | 1:26P | D | 561 596-4644 | WPALMBEACH FL | 1.5 | .10 |
| 5 | 2/15 | 9:58A | D | 254 595-1390 | STRAWN TX | .3 | .03 |
| 6 | | 9:59A | D | 254 485-4220 | STEPHENVL TX | .3 | .03 |
| 7 | | 10:01A | D | 254 485-4220 | STEPHENVL TX | 4.9 | .45 |
| 8 | | 11:37A | D | 915 525-7285 | EL PASO TX | .7 | .07 |
| 9 | | 3:14P | D | 318 872-2900 | MANSFIELD LA | 1.3 | .09 |
| 10 | 2/16 | 10:32A | D | 817 313-7084 | ARLINGTON TX | 1.9 | .18 |
| 11 | 2/17 | 4:55P | D | 254 715-5225 | WACO TX | .3 | .03 |
| 12 | 2/18 | 10:02A | D | 214 543-6395 | GRANDPRARI TX | .7 | .07 |
| 13 | | 10:05A | D | 5218110444939 | MEXICO MX | .5 | .30B |

**TOTAL FOR 325 372-5720** — 28 CALLS — 45.8 — $6.50

ORIGINATING NUMBER: 325 372-5727

| NBR | DATE | TIME | * | CALLED NUMBER | CALLED LOCATION | MINUTES | GROSS CHARGES |
|---|---|---|---|---|---|---|---|
| 14 | 1/20 | 11:30A | D | 918 623-6620 | OKEMAH OK | 2.0 | $.13 |
| 15 | | 1:35P | D | 817 819-2434 | ARLINGTON TX | 1.3 | .12 |
| 16 | | 4:22P | D | 512 243-7505 | AUSTIN TX | .6 | .06 |
| 17 | 1/21 | 8:52A | D | 620 423-2242 | PARSONS KS | 5.3 | .34 |
| 18 | | 1:41P | D | 918 869-2644 | MUSKOGEE OK | .5 | .04 |
| 19 | 1/22 | 10:31A | D | 580 513-5569 | ATOKA OK | .7 | .05 |
| 20 | 1/25 | 8:32A | D | 903 819-8856 | SHERMAN TX | .5 | .05 |
| 21 | | 9:40A | D | 580 504-5440 | ARDMORE OK | 4.0 | .26 |
| 22 | 1/26 | 10:24A | D | 903 249-0597 | PARIS TX | 1.2 | .11 |
| 23 | | 10:28A | D | 580 513-5569 | ATOKA OK | 2.4 | .16 |
| 24 | | 10:39A | D | 580 220-9007 | ARDMORE OK | 1.9 | .13 |
| 25 | | 10:41A | D | 903 819-8856 | SHERMAN TX | 3.7 | .34 |
| 26 | | 3:03P | D | 580 504-5440 | ARDMORE OK | 3.0 | .20 |
| 27 | 1/27 | 1:36P | D | 925 734-8900 | PLEASANTON CA | 1.8 | .12 |
| 28 | 1/28 | 4:12P | D | 915 491-4730 | EL PASO TX | 7.0 | .63 |
| 29 | 1/29 | 10:30A | D | 817 573-0207 | GRANBURY TX | 2.8 | .26 |
| 30 | | 10:55A | D | 575 746-7933 | ARTESIA NM | 2.2 | .15 |
| 31 | 2/01 | 9:08A | D | 504 586-0300 | NEWORLEANS LA | 19.0 | 1.22 |
| 32 | 2/02 | 9:20A | D | 580 504-5440 | ARDMORE OK | 8.1 | .52 |
| 33 | | 9:37A | D | 254 977-4933 | STEPHENVL TX | .5 | .05 |
| 34 | | 10:53A | D | 580 504-5440 | ARDMORE OK | 1.7 | .11 |
| 35 | 2/03 | 9:58A | D | 706 825-2741 | AUGUSTA GA | 1.0 | .07 |
| 36 | | 10:09A | D | 706 825-2741 | AUGUSTA GA | .3 | .02 |
| 37 | 2/04 | 8:20A | D | 325 698-9880 | ABILENE TX | 4.0 | .36 |
| 38 | | 8:24A | D | 580 504-5440 | ARDMORE OK | 2.8 | .18 |
| 39 | | 9:27A | D | 806 598-0126 | LEVELLAND TX | 1.7 | .16 |
| 40 | | 10:52A | D | 580 220-9007 | ARDMORE OK | 1.8 | .12 |
| 41 | 2/05 | 8:35A | D | 918 869-2644 | MUSKOGEE OK | 2.1 | .14 |
| 42 | | 1:24P | D | 817 573-0207 | GRANBURY TX | 3.1 | .28 |
| 43 | 2/08 | 10:00A | D | 254 977-4933 | STEPHENVL TX | .5 | .05 |
| 44 | | 4:34P | D | 817 988-6280 | GLENDALE TX | .3 | .03 |
| 45 | 2/09 | 9:15A | D | 918 869-2644 | MUSKOGEE OK | 9.5 | .61 |
| 46 | | 10:25A | D | 706 737-1122 | AUGUSTA GA | 4.3 | .28 |
| 47 | | 11:30A | D | 918 623-6620 | OKEMAH OK | .7 | .05 |
| 48 | 2/10 | 1:44P | D | 580 504-5440 | ARDMORE OK | 2.5 | .16 |
| 49 | | 1:49P | D | 580 504-5440 | ARDMORE OK | .8 | .06 |
| 50 | | 3:21P | D | 918 623-6620 | OKEMAH OK | 1.4 | .09 |
| 51 | | 4:29P | D | 501 278-7284 | SEARCY AR | 1.0 | .07 |
| 52 | | 4:36P | D | 254 977-4933 | STEPHENVL TX | .5 | .05 |
| 53 | 2/11 | 8:49A | D | 254 977-4933 | STEPHENVL TX | 1.6 | .15 |
| 54 | | 10:57A | D | 918 623-6620 | OKEMAH OK | .6 | .04 |
| 55 | 2/12 | 1:29P | D | 580 504-5440 | ARDMORE OK | .3 | .02 |
| 56 | 2/15 | 9:45A | D | 325 648-2216 | GOLDTHWAIT TX | .5 | .05 |
| 57 | 2/17 | 9:44A | D | 620 423-2242 | PARSONS KS | 4.0 | .26 |
| 58 | 2/17 | 10:51A | D | 254 715-5225 | WACO TX | 10.4 | $.94 |
| 59 | | 12:29P | D | 580 504-5440 | ARDMORE OK | 4.4 | .29 |
| 60 | 2/19 | 7:53A | N | 325 673-0029 | ABILENE TX | .4 | .04 |
| 61 | | 12:29P | D | 325 247-5741 | LLANO TX | .9 | .09 |
| 62 | | 12:58P | D | 575 622-1616 | ROSWELL NM | 4.1 | .27 |
| 63 | | 1:37P | D | 210 872-4230 | SANANTONIO TX | .4 | .04 |
| 64 | | 2:43P | D | 575 644-8442 | LAS CRUCES NM | 1.4 | .09 |

**TOTAL FOR 325 372-5727** — 51 CALLS — 157.5 — $10.11

ORIGINATING NUMBER: 325 372-5728

| NBR | DATE | TIME | * | CALLED NUMBER | CALLED LOCATION | MINUTES | GROSS CHARGES |
|---|---|---|---|---|---|---|---|
| 65 | 1/22 | 10:55A | D | 580 504-5440 | ARDMORE OK | .3 | $.02 |
| 66 | 1/25 | 1:44P | D | 414 861-1001 | MILWAUKZN1 WI | 28.5 | 1.83 |
| 67 | 1/26 | 9:52A | D | 580 504-5440 | ARDMORE OK | 6.0 | .39 |
| 68 | | 10:50A | D | 325 673-0029 | ABILENE TX | 3.5 | .32 |
| 69 | | 11:37A | D | 325 698-9880 | ABILENE TX | .9 | .09 |
| 70 | 1/28 | 9:12A | D | 254 715-5225 | WACO TX | 2.8 | .26 |
| 71 | | 10:27A | D | 254 977-4933 | STEPHENVL TX | .4 | .04 |
| 72 | | 11:05A | D | 580 220-9007 | ARDMORE OK | 1.0 | .07 |
| 73 | 1/29 | 10:28A | D | 818 573-0207 | SNFN PACM CA | .3 | .02 |
| 74 | | 12:41P | D | 918 869-2640 | MUSKOGEE OK | .8 | .06 |
| 75 | 2/01 | 9:41A | D | 801 717-6613 | PROVO UT | 5.1 | .33 |
| 76 | 2/03 | 10:07A | D | 325 698-9880 | ABILENE TX | .9 | .09 |
| 77 | 2/08 | 4:44P | D | 817 988-6280 | GLENDALE TX | 3.4 | .31 |
| 78 | 2/09 | 10:07A | D | 410 456-1846 | BALTIMORE MD | 1.3 | .09 |
| 79 | 2/15 | 10:50A | D | 432 362-3800 | ODESSA TX | 6.5 | .59 |
| 80 | 2/16 | 9:33A | D | 870 866-8456 | EL DORADO AR | 1.1 | .08 |
| 81 | | 9:56A | D | 830 249-8300 | BOERNE TX | 1.5 | .14 |
| 82 | | 4:34P | D | 5216391299140 | MEXICO MX | .5 | .30B |
| 83 | 2/19 | 8:44A | D | 325 698-9880 | ABILENE TX | 1.1 | .10 |

**TOTAL FOR 325 372-5728** — 19 CALLS — 65.9 — $5.13

ORIGINATING NUMBER: 325 372-5729

| NBR | DATE | TIME | * | CALLED NUMBER | CALLED LOCATION | MINUTES | GROSS CHARGES |
|---|---|---|---|---|---|---|---|
| 84 | 1/21 | 10:47A | D | 830 249-8300 | BOERNE TX | 13.5 | $1.22 |
| 85 | | 11:07A | D | 414 861-1001 | MILWAUKZN1 WI | 10.4 | .67 |
| 86 | 1/25 | 11:13A | D | 414 861-1001 | MILWAUKZN1 WI | .3 | .02 |
| 87 | 1/26 | 10:31A | D | 918 869-2644 | MUSKOGEE OK | .7 | .05 |
| 88 | | 1:31P | D | 614 296-3914 | COLUMBUS OH | 5.1 | .33 |
| 89 | | 2:04P | D | 410 771-5596 | COCKEYSVL MD | 10.3 | .66 |
| 90 | | 3:29P | D | 414 861-1001 | MILWAUKZN1 WI | 14.6 | .94 |
| 91 | 1/27 | 11:48A | D | 614 296-3914 | COLUMBUS OH | 2.7 | .18 |
| 92 | | 4:02P | D | 831 479-9815 | SANTA CRUZ CA | 11.3 | .73 |
| 93 | 1/28 | 10:00A | D | 706 793-4244 | AUGUSTA GA | 2.1 | .14 |
| 94 | | 10:02A | D | 925 366-4449 | PLEASANTON CA | 3.0 | .20 |
| 95 | | 1:53P | D | 254 977-4933 | STEPHENVL TX | .3 | .03 |
| 96 | 2/02 | 9:11A | D | 575 513-9738 | ARTESIA NM | 5.1 | .33 |
| 97 | | 10:22A | D | 414 861-1001 | MILWAUKZN1 WI | 14.4 | .93 |
| 98 | | 11:05A | D | 509 663-6549 | WENATCHEE WA | 3.6 | .24 |
| 99 | 2/09 | 3:54P | D | 830 249-8300 | BOERNE TX | .6 | .06 |
| 100 | 2/10 | 3:52P | D | 580 513-5569 | ATOKA OK | 1.8 | .12 |
| 101 | 2/11 | 1:51P | D | 817 941-7015 | ARLINGTON TX | 2.2 | .20 |
| 102 | | 2:45P | D | 514 796-5528 | MONTREAL PQ | .8 | .16 |
| 103 | 2/12 | 2:41P | D | 905 891-2670 | PORTCREDIT ON | 12.1 | 2.29 |
| 104 | 2/15 | 12:52P | D | 414 861-1001 | MILWAUKZN1 WI | 17.5 | 1.12 |
| 105 | | 4:40P | D | 575 703-6040 | ARTESIA NM | 10.0 | .64 |
| 106 | 2/16 | 11:29A | D | 559 289-5983 | FRESNO CA | .4 | .03 |
| 107 | | 1:54P | D | 830 693-9393 | MARBLE FLS TX | 1.8 | .17 |
| 108 | 2/17 | 1:07P | D | 706 484-2201 | EATONTON GA | 3.6 | .24 |
| 109 | | 1:24P | D | 713 869-0151 | HOUSTON TX | 4.9 | .45 |
| 110 | | 1:35P | D | 559 432-2300 | FRESNO CA | 7.7 | .50 |
| 111 | 2/18 | 9:11A | D | 575 513-9738 | ARTESIA NM | .8 | .06 |
| 112 | | 10:00A | D | 830 249-8300 | BOERNE TX | 1.2 | .11 |

B=INTL MOBILE TERMINATION CHARGE