**From:** Don Lindquist
**Sent:** Wednesday, December 09, 2015 5:15 PM
**To:** Jorge Flores
**Subject:** RE: JF Nut Pecans
**Attachments:** 20151209171308.pdf

Please see attached. If you agree I will send you some POs.

Thanks!
Don

---

**From:** Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
**Sent:** Wednesday, December 09, 2015 4:06 PM
**To:** Don Lindquist
**Subject:** Re: JF Nut Pecans

Mr. Lindquist,

We really would like to work with you.
At this time we can offer to You 3-4 loads of halves jumbo, jr. Mammoth and Mammoth at $5.05 and pieces at $ 4.95
FOB El Paso Basis

Best Regards!!!!

Jorge Flores

El Miércoles, 9 de diciembre, 2015 13:16:44, Don Lindquist <dlindquist@sansabapecan.com> escribió:

Hi Jorge... Thanks for your reply. For right now, we are in good shape. After you start shelling, if you want to offer firm bids to us, please do so and we will try and get started. If that doesn't work, I completely understand. Thank you for your interest in San Saba Pecan.

Don

---

**From:** Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
**Sent:** Wednesday, December 09, 2015 2:12 PM
**To:** Don Lindquist
**Subject:** Re: JF Nut Pecans

Mr. Lindquist,

You will be very welcome to visit our plant anytime.
We started with new crop processing last week, so we have not sell anything yet.
I would like to hear your really best Price, because here , all the buyers are
so agressive and we need to have competitive prices to face them.

Best Regards!!!

Jorge Flores

El Miércoles, 9 de diciembre, 2015 14:00:50, Don Lindquist <dlindquist@sansabapecan.com> escribió:

Hi Jorge… I hope you are doing well. Please advise what price you need on halves and pieces and we will see what we can do. I get down to Chihuahua periodically so I might be able to visit in the coming months.

Don

---

**From:** Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
**Sent:** Wednesday, December 09, 2015 1:51 PM
**To:** Don Lindquist
**Subject:** JF Nut Pecans

Mr. Lindquist,

Let me introduce myself
This is Jorge Flores From JF Nut Co.
We have a pecan shelling plant in chihuahua, mex.
We have SQF Certificate, level 2 certified HACCP plan , code Edition 7.2
and Kosher certificate.

We can process 500,000 inshell pounds per week,about 3- 4 containers of halves and 1 of pieces weekly.
when we started production some years ago, we sold to San Saba Pecan inc. some pecans.
Today I talked with Ruben Parra and told me that Mr. Adams don´t work there anymore,
son we are trying to sell halves and pieces with very good quality.

Please let me know if you have any interest.

Best Regards!!!!

Jorge Flores