**From:** Jorge Flores <jorgeflores_jf@yahoo.com.mx>
**Sent:** Tuesday, February 16, 2016 7:40 AM
**To:** Pamela Mann
**Subject:** Re: Coa's and Payment
**Attachments:** JF Nut Wire Instruction.jpg

Hello Pamela,
Sorry for the short notice, our account is not active to receive payment due to bogus checks received from customers said
by our banker. We would appreciate if payment is made to our Financial Controller's account and wire confirmation should
be forwarded to me for record purpose. Attached is the wire instruction.

Best Regards!!!!

Jorge Flores

El Lunes, 15 de febrero, 2016 23:23:00, jorgeflores_jf <jorgeflores_jf@yahoo.com.mx> escribió:

Thanks Pamela,
Early morning today one load were delivered at your plant.
Best Regards!!!!

Jorge Flores

Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone

Thanks Pamela,
Early morning today one load were delivered at your plant.
Best Regards!!!!

Jorge Flores

Sent via the Samsung Galaxy Note® II, an AT&T 4G LTE smartphone
<br><br><div>-------- Original message --------</div><div>From: Pamela Mann <pmann@sansabapecan.com> </div><div>Date:02/15/2016 12:50 (GMT-07:00) </div><div>To: Jorge Flores <jorgeflores_jf@yahoo.com.mx> </div><div>Subject: RE: Coa's and Payment </div><div><br></div>
Yes we are working today. my guys go home at 6 pm so if loads are here by 5 pm they will unload. We can receive any day Monday thr Friday as long as trucks are here by 5 pm.

Coa's take 7 to 10 business days. So if truck is here early in the morning sample should go out the same day. if trucks are late in the day sample should go out the next morning except on Fridays.
Thanks
pam

From: Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]

Sent: Monday, February 15, 2016 1:30 PM
To: Pamela Mann
Subject: Re: Coa's and Payment

Pamel

Yes we are working today. my guys go home at 6 pm so if loads are here by 5 pm they will unload. We can receive any day Monday thr Friday as long as trucks are here by 5 pm.

Coa's take 7 to 10 business days. So if truck is here early in the morning sample should go out the same day. if trucks are late in the day sample should go out the next morning except on Fridays.
Thanks
pam

From: Jorge Flores [mailto:jorgeflores_jf@yahoo.com.mx]
Sent: Monday, February 15, 2016 1:30 PM
To: Pamela Mann
Subject: Re: Coa's and Payment

Pamel

BBVA Bancomer

AVENIDA RICARDO FLORES MAGON NO 799 Loc 11 Col Ramos 16 FEBRUARY 2016

To whom it may concern:

By means of this document, the following information is made of their knowledge:

Beneficiary Name: JUDE OKOH
Account Number: 2981302345
Interbank CLABE: 012180029813023451
Swift Code: BCMRMXMM
Bank Name: BBVA Bancomer
Bank Address: 799 Loc 11 Col Ramos Millan ciudad de Mexico, Distrito Federal
08000 iztacalco

No more for now, I am at your service.

Vicente M. Rodero
Geronte de Sucursal
337.29