# WIRE TRANSFER INSTRUCTIONS

DATE 2/17/16

Bank **: BBVA BANCOMER**
**799 LOC 11 COL RAMOS MILLAN**
**CUIDAD DE MEXICO, DISTRITO**
**FEDERAL 08000 IZTACALO**

RECEIVER **CLABE INTERBANK : 012180029813023451**

AMOUNT: **$ 218,625.00** FUNCTION CODE: _____ REFERENCE#_____
**SWIFT # BCMRMXMM**
WIRE FEE: $ 75.00

ORIGINATOR NAME: San Saba Pecan, LP STREET ADD: 2803 W WALLACE

CITY: San Saba STATE: TX. TIN (IF NON-CUSTOMER)

ACCOUNT NO. TO DEBIT: [redacted]

BENEFICIARY: **JUDE OKOH** ID CODE:__

**ACCOUNT #2981302345** **address centeno 999**

NAME: **JUDE OKOH** STREET ADDRESS:
CITY: **999 Mexico city** *08400* *STATE* ***Mexico***

ORIGINATOR TO BENEFICIARY INFORMATION:

IF THROUGH OTHER BANK:

NAME OF BANK_______________________ ABA NO_______________________

ADDRESS:_______________________

TO CREDIT:_______________________ ACCOUNT NO:_______________________

I understand that once this request has been processed, the funds will have been permanently transferred to the above Beneficiary and a stop payment order is impossible. This payment implements an agreement between the undersigned and the beneficiary. The bank is not a part of this agreement and has no obligation other than to wire transfer the funds in accordance with the request. I understand that wire transfer requests are handled expeditiously by the bank, but that there is no guarantee that this request will be completed by a specific time period.

Signature: Keith Shaka

Printed Name: _______________________
inv a-1067

#6611