**From:** Jorge Flores <jorgeflores_jf@yahoo.com.mx>
**Sent:** Wednesday, March 02, 2016 11:56 AM
**To:** Pamela Mann
**Subject:** [ Sin asunto ]

Hello Pamela,
Please help me with the wire confirmation from your banker for Friday payment 2/26/2016, because we have not receive the money. I would have to print out the confirmation slip and take it to the Bank. When are you sending more money?

Best Regards!!!!

Jorge Flores